FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo<br>a.k.a. Morpheus Titania,<br><br>    Defendant. | CR-17-00585-PHX-DJH(DKD)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) & 924(a)(2)<br>(Felon in Possession of Ammunition)<br>(Count One)<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about April 20, 2017, in the District of Arizona, the defendant, THOMAS MARIO COSTANZO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Possession or Use of Marijuana, on March 17, 2015, in the Superior Court of Arizona for Maricopa County; did knowingly possess in and affecting interstate commerce, ammunition, that is, 60 rounds of 5.56 x 45 mm caliber Winchester ammunition, said ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATIONS

The allegation set forth in Count One of this Indictment is hereby incorporated by reference herein.

As the result of committing the foregoing offense in violation of Title 18, United

States Code, Sections 922(g)(1) and 924(a)(2), as alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, all ammunition involved in the commission of the offense.

This includes, but is not limited to: 60 rounds of 5.56 x 45 mm caliber Winchester ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: April 25, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/

CAROLINA ESCALANTE KONTI
MATTHEW BINFORD
Assistant U.S. Attorneys