ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7756
Matthew.Binford@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       vs.<br><br>Thomas Mario Costanzo<br>a.k.a. Morpheus Titania,<br><br>              Defendant. | No. CR-17-585-PHX-DJH<br><br>**NOTICE OF AUTHORITY** |

At the detention hearing held earlier today, the government relied on *United States v. Santos-Flores*, 794 F.3d 1088 (9th Cir. 2015), to support its argument that, in determining whether detention was appropriate, the Court could rely on prior failure to appear charges that did not result in convictions, and on the number of Costanzo's prior arrests. Although the government acknowledges that the Court's ruling today was not based on those specific factors, in an abundance of caution, and because specific citations to the case were not provided to the Court during the hearing, the government provides the following citations from the decision.

In *Santos-Flores*, the Ninth Circuit affirmed the District Court's alternative ruling that a defendant was a voluntary flight risk under 18 U.S.C. § 3142(e). In doing so, the Court of Appeals specifically mentioned a "prior *charge* of failure to appear" in a separate proceeding, and noted that the prior failure to appear was a "[p]rimary factor." *Santos-*

*Flores*, 794 F.3d at 1092 (emphasis added).  The Court of Appeals also referenced "a number of other prior arrests" beyond the failure to appear charge.  *Id.*  The Court went on to state that "[c]onsideration of a defendant's record concerning appearance at court proceedings and other past conduct is proper under 18 U.S.C. § 3142(g)(3)(A)."  *Id.*

Respectfully submitted this 27th day of April, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Matthew Binford*

MATTHEW BINFORD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the above filing date, I electronically transmitted the attached document to the CM/ECF system.

*s/ Matthew Binford*
Matthew Binford
Assistant U.S. Attorney