JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, State Bar #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF DISCOVERY REQUEST** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Maria Teresa Weidner, Assistant Federal Public Defender, on behalf of defendant Thomas Mario Costanzo, hereby files Notice that on April 27, 2017 the defense delivered its written discovery requests to Carolina Escalante Konti, Assistant United States Attorney.

Respectfully submitted: April 27, 2017.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

| | |
|---|---|
| 1 | Copy of the foregoing transmitted by ECF for filing April 27, 2017, to: |
| 2 | |
| 3 | CLERK'S OFFICE |
| 4 | United States District Court<br>Sandra Day O'Connor Courthouse |
| 5 | 401 W. Washington |
| 6 | Phoenix, Arizona 85003 |
| 7 | CAROLINA ESCALANTE KONTI |
| 8 | Assistant U.S. Attorney |
| 9 | United States Attorney's Office<br>Two Renaissance Square |
| 10 | 40 N. Central Avenue, Suite 1200 |
| 11 | Phoenix, Arizona 85004-4408 |
| 12 | Copy mailed to: |
| 13 | |
| 14 | THOMAS MARIO COSTANZO<br>Defendant |
| 15 | |
| 16 |   *s/yc* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |