IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo, et al.,<br><br>  Defendants. | CR-17-00585-PHX-JJT<br><br>**ORDER** GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS<br><br>(2nd Request) |

Upon motion of Defendant with no objection from the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial (Doc. 31), for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from August 1, 2017 to **October 3, 2017 at 9:00 a.m.** as to the defendants listed above.

1  **IT IS FURTHER ORDERED** continuing the pretrial motions deadline until
2  **September 5, 2017** as to the defendants listed above.
3  **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
4  served in this matter, that they remain in effect and are answerable at the new trial date
5  and the party who served the subpoena should advise the witnesses of the trial date.
6  **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.
7  §3161(h)(7)(A) and (B) will commence from August 2, 2017 to October 3, 2017.
8  **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
9  possibility of settlement and should settlement be reached, the parties shall notify the
10 Court.
11 DATED this 6th day of July, 2017.

_____
John J. Tuchi
United States District Judge