JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER; #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas Mario Costanzo, et al.,<br><br>　　　　　Defendant | No. CR-17-0585-01-PHX-JJT<br><br>**NOTICE<br>OF<br>ACKNOWLEDGMENT** |

　　　　Defendant, through undersigned counsel, respectfully submits this Notice of Acknowledgment as to this Court's Order of August 14, 2017 (Doc. 40).

　　　　The defense does not object to the limited disclosure of documents containing personal identifying information (PII) and issuance of a protective order to protect said information from further dissemination. Undersigned counsel further attests that she and Mr. Costanzo's defense team will abide by the terms set forth in this Court's Order (Doc. 40).

　　　　Respectfully submitted:  August 23, 2017.

　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　 *s/Maria Teresa Weidner*
　　　　　　　　　　　　　　　　MARIA TERESA WEIDNER
　　　　　　　　　　　　　　　　Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing August 23, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

FERNANDA CAROLINA ESCALANTE KONTI
MATTHEW H. BINFORD
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

LEE DAVID STEIN
Counsel for Co-Defendant
Peter Nathan Steinmetz
1 Renaissance Sq.
2 N Central Ave., Ste. 1900
Phoenix, AZ 85004

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*