ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MARK J. WENKER
Arizona State Bar Number 018187
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>1. Thomas Mario Costanzo;<br>2. Peter Nathan Steinmetz,<br><br>　　　　　　　Defendants. | CR17-00585-PHX-DJH<br><br>**Government's First Bill of Particulars Regarding Forfeiture** |

　　　　The United States of America gives this notice to identify certain property that the government seeks to forfeit and adds them to the forfeiture allegations contained in the indictment (Doc. 5) and first superseding indictment (Doc. 18).  In addition to the assets already identified in the indictment and first superseding indictment, the assets to be forfeited are:

　　　　1.　　$627.36 in United States currency;

　　　　2.　　$103,033.00 in United States currency;

　　　　3.　　Assorted Precious Metals, VL: $19,354.96;

　　　　4.　　Assorted Precious Metals, VL: $256.72;

　　　　5.　　Assorted Precious Metals, VL: $1,162.67;

　　　　6.　　7.09232292 Bitcoins, Acct. #15aRXabZfc4o6Dn3qZL4Qjwpa5AdY1SG2E, VL: $8,843.98

　　　　7.　　$500.00 Federal Reserve Note;

8.  152.87574 Ethereums,

    Acct. #0xb456c4acdaae63a54df7f67c114df46c9ebaa7b8, VL: $7,645.55;

9.  80.94512167 Bitcoins,

    Acct. # 13QM5xL4rqwUgQPRtMv3tZtVvpc6caPepv, VL: $145,353.96;

10. Assorted Firearms, VL: $2,547.00;

11. (3) Bitcoins Accounts, VL: $84,893.21;

12. 1999 Saturn SL2 bearing Arizona license plate BHZ6208, Vehicle Identification Number 1G8ZK5274XZ253931; and,

13. 52.69448172 Bitcoins, Acct. # 1Dvv6tNfix8kd9SRo67pWnk89UsuRaK5ch, VL: $92,079.75.

Respectfully submitted this 6th of September, 2017.

                ELIZABETH A. STRANGE
                Acting United States Attorney
                District of Arizona

                *S/ Mark J. Wenker*
                MARK J. WENKER
                Assistant United States Attorney

**CERTIFICATION**

I certify that on September 6, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria T. Weidner
Federal Public Defender's Office – Phoenix
E-mail: Maria_Weidner@fd.org
*Counsel for Thomas M. Costanzo*

Lee D. Stein
MITCHELL STEIN & CAREY PC
E-mail: lee@mitchellsteincarey.com
*Counsel for Peter Nathan Steinmetz*

By: *S/ Tina Keoni*