1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR-17-00585-PHX-JJT
                                           )
10              Plaintiff,                  )   **ORDER** GRANTING MOTION TO
                                           )   CONTINUE TRIAL AND PRETRIAL
11  vs.                                     )   MOTIONS
                                           )
12                                          )   (3rd Request)
    Thomas Mario Costanzo, et al.,          )
13                                          )
                Defendants.                 )
14                                          )
    _____    )
15

16          Upon motion of Defendant with no objection from the Government, and good cause

17  appearing,

18          **IT IS ORDERED** granting Defendant's Motion to Continue Trial (Doc. 45), for the

19  reasons stated in Defendant's motion, including that defense counsel needs additional time

20  to prepare for trial.

21          This Court specifically finds that the ends of justice served by granting a continuance

22  outweigh the best interests of the public and the defendant in a speedy trial.  This finding is

23  based upon the Court's conclusion that the failure to grant such a continuance would deny

24  Defendant the reasonable time necessary for effective preparation, taking into account the

25  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

26          **IT IS FURTHER ORDERED** continuing the trial from October 3, 2017 to

27  **December 5, 2017 at 9:00 a.m.** as to the defendants listed above.

28

1    **IT IS FURTHER ORDERED** continuing the pretrial motions deadline until

2    **November 6, 2017** as the defendants listed above.

3    **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and

4    served in this matter, that they remain in effect and are answerable at the new trial date

5    and the party who served the subpoena should advise the witnesses of the trial date.

6    **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.

7    §3161(h)(7)(A) and (B) will commence from October 4, 2017 to December 5, 2017.

8    **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the

9    possibility of settlement and should settlement be reached, the parties shall notify the

10   Court.

11   DATED this 8th day of September, 2017.

12

13

14   _____

15   John J. Tuchi
     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28