IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Thomas Mario Costanzo, et al.,<br>　　　　Defendant | Case No.  CR-17-0585-01-PHX-JJT<br>**ORDER** |

　　　Upon motion of the defendant for request for hearing on Defendant's Motion to Dismiss Counts 1 & 2 of the Indictment, and good cause appearing,

　　　IT IS HEREBY ORDERED setting the hearing for _____ day of _____, 2017.