IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-17-0585-01-PHX-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Thomas Mario Costanzo, et al., | |
| Defendant | |

Upon motion of the defendant for request for hearing on Defendant's Motion to Dismiss Counts 1 & 2 of the First Superseding Indictment for Failure to State an Offense, and good cause appearing,

IT IS HEREBY ORDERED setting the hearing for _____ day of _____, 2017.