**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-17-00585-PHX- JJT |
| Plaintiff, | |
| vs. | **ORDER** |
| Thomas Mario Costanzo, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable G. Murray Snow. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-17-00585-PHX-GMS.  Pending: (Motion to Dismiss (Doc. 50), Motion to Dismiss (Doc. 51), Motion to Dismiss (Doc. 52) and Motion to Disclose Grand Jury Instructions and Transcripts (Doc. 54)).  A Jury Trial is currently set for 12/5/2017 and Pretrial Motions Deadline is currently set for 11/6/2017.

DATED this 31st day of October, 2017.

_____
John J. Tuchi
United States District Judge