JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA T. WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-00585-001-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE OF JOINDER AS TO DKT. #57** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Thomas Mario Costanzo hereby gives Notice of Joinder in co-defendant Peter Nathan Steinmetz's Motion to Sever Counts 1 and 2 from Counts 3 through 8 (Dkt. # 57), filed November 1, 2017.  Defendant joins in the following argument presented in co-defendant Steinmetz's Motion to Sever:

That the alleged violations of 18 U.S.C. §§ 371 and 1960, Counts 1 and 2 of the present indictment, are regulatory in nature (i.e., *mala prohibita*) and that joinder of these counts with the more serious § 1956 allegations under the statute's "sting" provision, are by contrast *mala in se*. Trying these counts together confuses and misdirects potential jurors, thus irreparably prejudicing defendants. Mr. Costanzo thus agrees that joinder of Counts 1 and 2 with Cunts 3 through 8 under these circumstances is improper under Fed. R. Crim. P. 8(b), or in the alternative, impermissively prejudicial under Fed. R. Crim. P. 14, albeit for different factual reasons than those set forth in co-defendant's motion.

In addition, Mr. Costanzo joins in any hearings held before this Honorable Court concerning the issue of severance of Counts 1 and 2 form Counts 3 through 8 of the present indictment.

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: November 1, 2017.

JON M. SANDS
Federal Public Defender

*s/Maria T. Weidner*
MARIA T. WEIDNER
Asst. Federal Public Defender

1 | Copy of the foregoing transmitted
2 | by ECF for filing November 1, 2017, to:

3 CLERK'S OFFICE
4 United States District Court
Sandra Day O'Connor Courthouse
5 401 W. Washington
6 Phoenix, Arizona 85003

7 MATTHEW BINFORD
8 CAROLINA ESCALANTE-KONTI
Assistant U.S. Attorneys
9 United States Attorney's Office
10 Two Renaissance Square
40 N. Central Avenue, Suite 1200
11 Phoenix, Arizona 85004-4408

12
13 LEE STEIN
MICHAEL MORRISSEY
14 Attorneys for Peter Nathan Steinmetz

15
Copy mailed to:
16
17 THOMAS MARIO COSTANZO
Defendant
18
19   *s/yc*

3