JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>Defendant | No. CR-17-0585-01-PHX-GMS<br><br>**MOTION FOR LEAVE<br>TO FILE NON-ELECTRONIC<br>EXHIBIT** |

      Defendant, through undersigned counsel, respectfully seeks leave to allow the non-electronic filing of Exhibits D and E which is referenced in Defendant's Motion to Dismiss Counts 3, 4, 5, 6, & 7 of the First Superseding Indictment for Outrageous Government Conduct filed November 6, 2017, a CD containing audio, and therefore not convertible to electronic form.

      Excludable delay under 18 U.S.C. § 3161(h) is unlikely to result from this motion.

      Respectfully submitted: November 6, 2017.

                      JON M. SANDS
                        Federal Public Defender

                        *s/Maria Teresa Weidner*
                        MARIA TERESA WEIDNER
                        Asst. Federal Public Defender

| | |
|---|---|
| 1 | Copy of the foregoing transmitted by ECF for filing November 6, 2017, to: |
| 2 | |
| 3 | CLERK'S OFFICE |
| 4 | United States District Court<br>Sandra Day O'Connor Courthouse |
| 5 | 401 W. Washington |
| 6 | Phoenix, Arizona 85003 |
| 7 | MATTHEW BINFORD |
| 8 | CAROLINA ESCALANTE-KONTI |
| 9 | Assistant U.S. Attorneys<br>United States Attorney's Office |
| 10 | Two Renaissance Square |
| 11 | 40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408 |
| 12 | |
| 13 | LEE STEIN and MICHAEL MORRISSEY |
| 14 | Counsel for Co-Defendant<br>PETER NATHAN STEINMETZ |
| 15 | |
| 16 | Copy mailed to: |
| 17 | THOMAS MARIO COSTANZO |
| 18 | Defendant |
| 19 | _s/yc_ |

2

