IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　vs.<br>Thomas Mario Costanzo,<br>　　　　Defendant | No. CR-17-0585-01-PHX-GMS<br>**ORDER** |

　　　　Upon motion of the defendant, and good cause shown therefore,

　　　　IT IS HEREBY ORDERED granting Defendant's Motion for Leave to File Non-Electronic Exhibits, thereby permitting the defendant to file the non-electronic exhibits in support of Defendant's Motion to Dismiss Counts 3, 4, 5, 6, & 7 of the First Superseding Indictment for Outrageous Government Conduct filed November 6, 2017.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.