**INDEX OF EXHIBITS**

United States v. Thomas Mario Costanzo

CR-17-0585-01-PHX-GMS

Exhibit A ................................ Superior Court of AZ Minute Entry, March 17, 2015

# EXHIBIT

# A

Michael K. Jeanes, Clerk of Court
*** Filed ***
3-19-15 8am

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2014-161388-001 DT 03/17/2015

COMMISSIONER JAMES RUMMAGE

CLERK OF THE COURT
T. Sandoval
Deputy

STATE OF ARIZONA

v.

THOMAS MARIO COSTANZO (001)
DOB: 07/29/1964

ALAN CECHANOWICZ

WILLIAM H AKINS III

APO-SENTENCINGS-CCC
APPEALS-CCC
DISPOSITION CLERK-CSC
RFR

## SUSPENSION OF SENTENCE - PROBATION GRANTED

10:43 a.m.

Courtroom SCT 3B

State's Attorney: Shay Beasley
Defendant's Attorney: William Akins
Defendant: Present

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

Due to an error in the original plea agreement, the State has submitted an amended plea agreement for re-filing.

Count(s) 1: WAIVER OF TRIAL: The Defendant knowingly, intelligently and voluntarily waived all pertinent constitutional and appellate rights and entered a plea of guilty.

IT IS THE JUDGMENT of the Court Defendant is guilty of the following:

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2014-161388-001 DT 03/17/2015

OFFENSE: Count 1: Possession or Use of Marijuana
Class 6 Designated Felony
A.R.S. § 13-3401, 3405, 3418, 901.01, 901.01(F), 901.01(D), 701, 702, 801, 12-116.08, 116.04, 269
Date of Offense: 12/31/2014
Non Dangerous - Non Repetitive

The Court is suspending imposition or execution of sentence and, under the supervision of the Adult Probation Department (APD), placing the Defendant on probation for:

Count 1 Probation Term: 2 years

To begin 03/17/2015.

Condition 6: Report to the APD within 72 hours of sentencing, absolute discharge from prison, release from incarceration, or residential treatment and continue to report as directed. Keep APD advised of progress toward case plan goals and comply with any written directive of the APD to enforce compliance with the conditions of probation. Provide DNA testing if required by law.

Condition 8 - Request and obtain written permission of the APD prior to leaving the state.

Condition 15: Restitution, Fines and Fees:

FINE: Count 1 - Total amount of $1,372.50, which includes surcharges of 83%, payable $50.00 per month beginning 05/01/2015.

PROBATION ASSESSMENT: Count 1 - $20.00 payable on 05/01/2015.

PENALTY ASSESSMENT - A.R.S. §12-116.04: Count 1 - $13.00 payable on 05/01/2015.

Investigative Agency:

Scottsdale Police Department

Count 1: $15.00 to the Technical Registration Fund payable on 05/01/2015.

All amounts payable through the Clerk of the Superior Court.

Condition 17 - Count 1: Complete a total of 24 hours of community restitution. Complete a set number of hours per month as directed in writing by APD. Complete hours at a site approved by the APD.

IT IS FURTHER ORDERED that Defendant shall submit to fingerprint identification processing by the Maricopa County Sheriff's Office if directed to do so by the Adult Probation Department. The Adult Probation Department shall direct any Defendant placed on probation who has not already had a State Identification Number (SID) established to submit to fingerprint processing.

Defendant is advised pursuant to A.R.S. § 13-805 that failure to maintain contact with the Probation Department may result in the issuance of:

1. A criminal restitution order in favor of the state for the unpaid balance, if any, of any fines, costs, incarceration costs, fees, surcharges or assessments imposed.

2. A criminal restitution order in favor of each person entitled to restitution for the unpaid balance of any restitution ordered.

IT IS ORDERED granting the Motion to Dismiss the following: Counts 2 and 3; Allegation of prior adult felony convictions; Allegation of multiple dates of offense.

IT IS FURTHER ORDERED that Defendant must submit to DNA testing for law enforcement identification purposes in accordance with A.R.S. §13-610.

The presentence investigation report is filed under CR2014-157290-001.

10:56 a.m. Matter concludes.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

COMMISSIONER JAMES RUMMAGE

Date: 03/17/2015

CLERK OF THE COURT
T. Sandoval
Deputy

No. CR2014-161388-001

STATE V. THOMAS MARIO COSTANZO

Let the record reflect that the Defendant's right index fingerprint is permanently affixed to this sentencing order in open court.

(right index fingerprint)

COMMISSIONER JAMES RUMMAGE
JUDICIAL OFFICER OF THE SUPERIOR COURT