ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Gary.Restaino@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>1. Thomas Mario Costanzo<br>　　a.k.a. "Morpheus Titania,"<br>　　and<br>2. Peter Nathan Steinmetz,<br>　　a.k.a. "Amedio,"<br><br>　　　　　　Defendants. | No. CR-17-00585-PHX-GMS (DKD)<br><br>**NOTICE OF APPEARANCE<br>OF CO-COUNSEL** |

　　　Notice is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court, District of Arizona, that Assistant United States Attorney Gary M. Restaino is appearing as co-counsel for the United States in this matter.

　　　Respectfully submitted this 7th day of November, 2017.

　　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/ Gary M. Restaino*
　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Maria Teresa Weidner**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Email: Maria_Weidner@fd.org

*Attorney for Thomas Mario Costanzo*

**Lee David Stein**
Mitchell Stein & Carey PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1900
Phoenix, AZ 85004
602-358-0292
Fax: 602-358-0291
Email: lee@mscclaw.com

**Michael Thomas Morrissey**
Mitchell Stein & Carey PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1900
Phoenix, AZ 85004
602-358-0290
Fax: 602-359-0291
Email: michael@mscclaw.com

*Attorneys for Peter Nathan Steinmetz*

*s/ Lauren M. Routen*
Lauren M. Routen
U.S. Attorney's Office