IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Mario Costanzo, and<br>Peter Nathan Steinmetz,<br><br>　　　　Defendants. | CR-17-0585-PHX-GMS<br><br>**ORDER** |

　　　　Upon motion of the United States, no objection from either defendant, and good cause appearing,

　　　　IT IS HEREBY ORDERED dismissing Counts 1 and 2 of the Superseding Indictment, without prejudice to refiling.

　　　　IT IS FURTHER ORDERED dismissing the forfeiture allegation as to Dr. Steinmetz and dismissing Dr. Steinmetz from the Superseding Indictment, without prejudice to filing separate charges against Dr. Steinmetz.

　　　　IT IS FURTHER ORDERED that the government shall remove the lis pendens on the Julie Drive property of Dr. Steinmetz within 7 days of this Order.