JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA T. WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>    Defendant. | No. CR-17-00585-01-PHX-GMS<br><br>**NOTICE OF JOINDER** |

Thomas Mario Costanzo hereby gives Notice of Joinder in co-defendant Steinmetz's Motion for Grand Jury Instructions and Transcripts (Dkt. #54), filed October 30, 2017, and Second Motion to Extend Time to File Pretrial Motions (Dkt. #60).

Defendant joins without exception to the Second Motion to Extend Time to File Pretrial Motions (Dkt. # 60), and joins in the legal arguments advanced in the Motion for Grand Jury Instructions and Transcripts (Dkt. #54), extending that argument to include Counts 3, 4, 5, 6, & 7 of the First Superseding Indictment (Dkt. #18), in that each of the charged money laundering counts alleges that defendant acted "with the intent to avoid a transaction reporting requirement under federal law" but does not specify which such requirement was presented by the government and ultimately found by the grand jury.

Thomas Mario Costanzo reasserts the above-referenced motions of co-defendant as if the government had not moved to dismiss Counts 1 & 2 of the present indictment (Dkt. # 70), and joins in any hearings held before this Honorable Court concerning disclosure of grand jury proceedings as well as hearing regarding extending time to file motions.

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: November 13, 2017.
JON M. SANDS
Federal Public Defender

*s/Maria T. Weidner*
MARIA T. WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing November 13, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
Phoenix, Arizona 85003

MATTHEW BINFORD
CAROLINA ESCALANTE-KONTI
GARY RESTAINO
Assistant U.S. Attorneys

LEE DAVID STEIN
MICHAEL MORRISSEY
Counsel for Co-Defendant
Peter Nathan Steinmetz

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

   *s/yc*