ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00585-PHX-GMS |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO EXTEND TIME TO FILE RESPONSES TO PRETRIAL MOTIONS** |
| v. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

The United States moves to extend the time to file responses to pretrial motions, as described more fully below.

The government moved yesterday to dismiss Counts 1 and 2 of the Superseding Indictment. (dkt. # 70.) This moots out many of the pending motions. Five remain viable as to Mr. Costanzo: 1) the motion to sever the felon in possession count from the money laundering counts, with its responsive filing currently due Wednesday, November 15 (dkt. # 58); 2-3) the dispositive motions to dismiss all the money laundering counts (dkt. # 63) and the felon in possession count (dkt. # 67), with their responsive filings currently due on Monday, November 20; 4) the motion to suppress evidence related to the

residence search, and for a *Franks* hearing, with its responsive filing currently due on Monday, November 20 (dkt. # 65); and 5) the motion for the grand jury colloquy, with its responsive filing currently due on Monday, November 27 (dkt. # 71).

The motion to sever raises a relatively discrete issue, and the government will respond to it on Wednesday, November 15. But the other motions either purport to be dispositive as to certain counts (dkt. ## 63 and 67) and/or contain significant exhibits and attachments (dkt. ## 63 and 65) and/or contain allegations against the government that it intends to carefully address (dkt. ## 63 and 65)[1] and/or contain unusual requests (as to dkt. # 71, seeking the legal colloquy presented to the grand jury). These are detailed motions that will of necessity (and consistent with the Speedy Trial Act) delay the December 5 trial setting. Accordingly, the government seeks an extension of time until Monday, December 4, 2017 to respond to the other four motions, that is, a two-week extension for docket numbers 63, 65 and 67, and a one-week extension for docket number 71. This should enable the parties to complete briefing efficiently while also arriving, in consultation with the Court, at a firmer trial setting at the conclusion of the motions practice.

For the foregoing reasons, the government moves to extend the time to respond to docket numbers 63, 65, 67 and 71 until through and including Monday, December 4, 2017. Undersigned counsel has spoken with defense counsel Maria Weidner about the motion practice generally and this extension request specifically, and Ms. Weidner reserves her position on the motion to extend time pending consultation with her client.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this

---

[1] Motions to dismiss under the due process clause and/or the Court's supervisory powers, as well as motions for *Franks* hearings, of necessity involve allegations against agents or prosecutors. Neither type of motion is particularly common in this District, and in the right case the filing of such motions can be an appropriate tool in the defense toolbox. But these motions can have reputational and other adverse impacts, and the government therefore seeks the extension to ensure that it has the opportunity to fully absorb the defense arguments and to discuss each allegation with the prosecution team member to which it is directed.

motion or of an order based thereon.

>Respectfully submitted this 14th day of November, 2017.

>>ELIZABETH A. STRANGE
>>Acting United States Attorney
>>District of Arizona

>>*s/ Gary Restaino*
>>MATTHEW BINFORD
>>CAROLINA ESCALANTE
>>GARY M. RESTAINO
>>Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record in this case.

 *s/ Lauren M. Routen*
*United States Attorney's Office*