IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | CR-17-00585-PHX-GMS<br><br>**ORDER** |
|---|---|

　　Upon United States' Motion to Extend Time to File Responses to Pretrial Motions (dkt. # _____ ), and good cause appearing,

　　IT IS HEREBY ORDERED that the United States shall have until through and including Monday, December 4, 2017, to respond to the motions in docket numbers 63, 65, 67 and 71.

　　The Court finds excludable delay under 18 U.S.C. § 3161(h)(1)(D) from _____ to _____ .