# EXHIBIT 3

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | ▮ ▮ |
|---|---|
| 4. Page 5 of 6 | |
| 5. Program Code ▮ | 6. Date Prepared 04-11-2017 |

stated that he has access to the pilots lounge at the airport and that he would prefer the deal is conducted there rather than in a parking lot somewhere where the police might see the deal. STEINMETZ also stated that he will be armed during the deal for everyone's safety.

14. STEINMETZ stated that he and COSTANZO are fairly well known in the Bitcoin community and that there was no reason to be concerned about the deal. ▮ verified that STEINMETZ would be charging a seven percent fee above the average market price of Bitcoin to conduct the transact. STEINMETZ confirmed the fee and said that he and COSTANZO would be splitting the proceeds from the transaction. STEINMETZ advised that he has another appointment on Monday morning, but agreed that ▮ could conduct the transaction on Monday afternoon or Tuesday morning. STEINMETZ confirmed that ▮ would conduct the deal at the Chandler Municipal Airport in one of the pilot rooms. He advised that there would be no security checks to get into the room and that it would not look out of the ordinary to conduct a deal in the room. It was agreed that COSTANZO and STEINMETZ would pick a pilot room to meet in, bring a money counter for the deal, and inform ▮ ▮ which room to meet in.

15. Before the meeting was concluded, STEINMETZ mentioned that one of the craziest deals he ever conducted was on a dark street in downtown Phoenix. He said that it was with someone he trusted and advised that he has never had a deal go bad and doesn't plan on ever having a deal go bad. STEINMETZ said that one of his mentors in business once said, "honesty and fair dealing are the best business". STEINMETZ also advised that your reputation will get around. STEINMETZ told ▮ ▮ to contact COSTANZO when he is ready to do the deal and that COSTANZO will coordinate the deal.

16. At approximately 4:06 pm, the meeting was concluded and ▮ left the meet location. As ▮ was leaving the lot, he observed STEINMETZ red Porsche Boxster displaying Arizona license plate "SATOSHI" parked on the east side of the building.

17. A transcript of the Telegram text message conversation with COSTANZO was downloaded and saved to the case file. The ▮ meeting was audio and

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. v. Costanzo, et al.        CR-17-00585-PHX-JJT        000059