# EXHIBIT 4

RECORDED CONVERSATION
11-16-16

| | | |
|---|---|---|
| 596 | | the carry out. The minimum wage was $2.35. |
| 597 | | |
| 598 | A: | Yeah. |
| 599 | | |
| 600 | A5: | But I didn't say to myself, you know, I wanna live on this forever. |
| 601 | | |
| 602 | A: | Yeah. |
| 603 | | |
| 604 | A5: | I'm gonna be a carry out for the rest of my life. |
| 605 | | |
| 606 | A: | Exactly. |
| 607 | | |
| 608 | A5: | It's stupid. |
| 609 | | |
| 610 | A: | Yup. Yup. (Unintelligible). |
| 611 | | |
| 612 | A5: | So if I have a job that maybe doesn't - that maybe I have - I want somebody to sweep the sidewalks and I think it's only worth $5 an hour. That means I can't hire somebody to sweep the side- that means I gotta do it myself. |
| 615 | | |
| 616 | A: | Yup. Yup. I don't get it. |
| 617 | | |
| 618 | A5: | Y- it - it's just - it - it - the government has no business being involved in schools, being involved in marriage, being involved in education, being involved in - in - in - in, uh, in - in employment. |
| 621 | | |
| 622 | A: | Yeah. |
| 623 | | |
| 624 | A5: | Their job is to do two things. Protect our rights and make sure that nobody gets in that comes across the border without, uh, you know, some documentation or having some kind of, uh, border protection. |

U.S. v. Costanzo, et al.   CR-17-00585-PHX-JJT

Page 20 of 58
000729

RECORDED CONVERSATION
11-16-16

| | | |
|---|---|---|
| 627 | | |
| 628 | A: | Yeah. |
| 629 | | |
| 630 | A5: | Like at your house - you have border protection 'cause you don't want somebody |
| 631 | | comin' in your house. |
| 632 | | |
| 633 | A: | Yeah. |
| 634 | | |
| 635 | A5: | I mean - somebody comes in your house you blow his brains out. You know? But I |
| 636 | | mean that - these are the two things they're supposed to do and those are the two |
| 637 | | things they don't do. And it pisses me off. |
| 638 | | |
| 639 | A: | Well and I hope (bic) point is around forever and I hope that's the new currency. You |
| 640 | | gotta keep it going. |
| 641 | | |
| 642 | A5: | There's no hoping. It - it already is. |
| 643 | | |
| 644 | A: | Yup. |
| 645 | | |
| 646 | A5: | It already is. |
| 647 | | |
| 648 | A: | And right now it does what I need. I need to take my cash and I need to get it to |
| 649 | | somebody without havin' to drive across the country. |
| 650 | | |
| 651 | A5: | Exactly. I have a guy... |
| 652 | | |
| 653 | A: | And that's the only way to do it. |
| 654 | | |
| 655 | A5: | ...right now - his wife is getting a bonus who works for a, uh, a (unintelligible). |
| 656 | | |
| 657 | A: | I had to deal with cops pullin' me over and tryin' to feed my money. |