# EXHIBIT 4

RECORDED CONVERSATION
11-16-16

| | | |
|---|---|---|
| 596 | | the carry out. The minimum wage was $2.35. |
| 597 | | |
| 598 | A: | Yeah. |
| 599 | | |
| 600 | A5: | But I didn't say to myself, you know, I wanna live on this forever. |
| 601 | | |
| 602 | A: | Yeah. |
| 603 | | |
| 604 | A5: | I'm gonna be a carry out for the rest of my life. |
| 605 | | |
| 606 | A: | Exactly. |
| 607 | | |
| 608 | A5: | It's stupid. |
| 609 | | |
| 610 | A: | Yup. Yup. (Unintelligible). |
| 611 | | |
| 612 | A5: | So if I have a job that maybe doesn't - that maybe I have - I want somebody to sweep |
| 613 | | the sidewalks and I think it's only worth $5 an hour. That means I can't hire somebody |
| 614 | | to sweep the side- that means I gotta do it myself. |
| 615 | | |
| 616 | A: | Yup. Yup. I don't get it. |
| 617 | | |
| 618 | A5: | Y- it - it's just - it - it - the government has no business being involved in schools, being |
| 619 | | involved in marriage, being involved in education, being involved in - in - in - in, uh, in - |
| 620 | | in employment. |
| 621 | | |
| 622 | A: | Yeah. |
| 623 | | |
| 624 | A5: | Their job is to do two things. Protect our rights and make sure that nobody gets in that |
| 625 | | comes across the border without, uh, you know, some documentation or having some |
| 626 | | kind of, uh, border protection. |

U.S. v. Costanzo, et al.     CR-17-00585-PHX-JJT

Page 20 of 58
000729

RECORDED CONVERSATION
11-16-16

| | | |
|---|---|---|
| 627 | | |
| 628 | A: | Yeah. |
| 629 | | |
| 630 | A5: | Like at your house - you have border protection 'cause you don't want somebody |
| 631 | | comin' in your house. |
| 632 | | |
| 633 | A: | Yeah. |
| 634 | | |
| 635 | A5: | I mean - somebody comes in your house you blow his brains out. You know? But I |
| 636 | | mean that - these are the two things they're supposed to do and those are the two |
| 637 | | things they don't do. And it pisses me off. |
| 638 | | |
| 639 | A: | Well and I hope (bic) point is around forever and I hope that's the new currency. You |
| 640 | | gotta keep it going. |
| 641 | | |
| 642 | A5: | There's no hoping. It - it already is. |
| 643 | | |
| 644 | A: | Yup. |
| 645 | | |
| 646 | A5: | It already is. |
| 647 | | |
| 648 | A: | And right now it does what I need. I need to take my cash and I need to get it to |
| 649 | | somebody without havin' to drive across the country. |
| 650 | | |
| 651 | A5: | Exactly. I have a guy... |
| 652 | | |
| 653 | A: | And that's the only way to do it. |
| 654 | | |
| 655 | A5: | ...right now - his wife is getting a bonus who works for a, uh, a (unintelligible). |
| 656 | | |
| 657 | A: | I had to deal with cops pullin' me over and tryin' to feed my money. |