# EXHIBIT 5



I couldn't get myself figure out what was the next best direction to go.  Keele was pregnant with my son.  We were having house built in Anthem, Arizona.  We were bleeding money.  We moved the business to working in our dream house, it just wasn't the same.  I went into a tailspin.  Keele got an offer to work in Florida of a competitor.  We sold the house, filed bankruptcy and the IRS had my ass in a sling.

As a result of going to Florida, I met Robert (Bob) Podolsky at a Libertarian meeting near West Palm Beach.  I knew right away Bob had some of the answers I was looking for.   Bob started talking about **Creativity** and Ethics and how they were linked.   He shared with me that hierarchies create the problems so they can justify their existence.  Being sort of a Libertarian, even though I have the privilege of never voting, I knew that the Government was bad, almost Evil.   The Federal Reserve was Evil, and being a recovering Roman Catholic, I knew Organized Religion was a snow job.

Bob let me know these entities were not separate, they were just parts of the same Organization, a cartel really.  To be more precise they are parasites operating as part of the Power Brokerage Cartel we call as the **B.O.R.G.**  The B.O.R.G. is an acronym coined by Bob, which stands for Banks and Big Business, Organized Religion, and Government.  These are the institutions that most people think of to SOLVE problems, Actually they create the problems first and then they Manage these created problems, for a small fee of course!  Many of the concepts Bob was explaining to me made more sense than anything else I had ever heard, especially since Bob had a solution to the Hierarchical problems

The trouble with these **BORG**'s  created problems is they have to continue to grow, and the small fee gets larger.  When some upstart decides they do not like being part of a social contract they have never volunteered into and can never get out of, the government attack them..  They get tired of being a SLAVE, those people who get the B.O.R.G. mad at them, generally will have their lives destroyed, end up in prison, or Dead.   Remember the American President who attempted to get out of Vietnam and go around the Federal reserve and print silver certificates, his initials were JFK.  Those that hold power when, who when they cross the B.O.R.G. will have war waged on them or be cut off (embargoed) for not participating in their game.

After understanding what the source of ALL the problems in the world were caused by this hierarchical group of Psychopaths known as the BORG, Bob also let me know that there is actually a solution to the BIG PROBLEM. To correct this imbalance, individuals are needed to create competing, non hierarchical groups know as Octologues, which is a group that work unanimously to direct energy in any ethical way they see what they fit.   Its simple really: in an **octologue** members must agree or the group can not make a decision.  The simple beauty here is the system actually encourages feedback.  In a typical hierarchical construct that most of us live in it boils down to this: If we wanted your opinion we would be giving it to you.  The surveys are simply there to understand how well the information is being accepted and how much more marketing needs to be done for whatever threshold is needed for WHATEVER they are selling.   These Pyramid  structures are created specifically to avoid, eliminate and destroy any feedback and  ere as the non hierarchical **Octologue** feedback is fostered and encouraged.

From here, it is part of my Destiny to bring Titania to the world.  A Gaiawyrd.  I have every reason to believe it is the solution to **humanity**'s BIG PROBLEM.  Unless it is implemented, NOW, the great science experiment known as the Human race will end. Period!

Constitution of Titania
Desired Outcome
Ethical Means and Ethical Ends
Ethical Principles
Ethics
Ethics Law & Government
Ethics of Intellectual Property
Ethics: Titanian
 Is There A God?
Ethics: Utilitarian
FAQ
Flourish order page
Flourish will change your life.
Gaia's Dream
Government: The BORG Robot
Guns for Goodness Sake
Holomats & Octologues
How did government develop into Power Brokerage Cartels?
Mulder & Scully…
Participate
 Personal Evolution
 The Titania Project
 Titanian Academic Education Project
 Titanian Law Project
 Titanian Organization
Site Map
FICTION
Taxation is Slavery
The Bill of Ethics
The Challenge of AI
Moses and 10 Suggestions
HOME
Titanian Code of Honor
Titanians Store
Today's Bandits

Comments RSS
WordPress.org

http://www.titanians.org/who-is-morpheus/                                                                                     2/4

U.S. v. Costanzo, et al.                    CR-17-00585-PHX-JJT                                      001115