IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Thomas Mario Costanzo, and<br>Peter Nathan Steinmetz,<br><br>    Defendants. | CR-17-0585-PHX-GMS<br><br>**ORDER** |

Upon motion of the United States, no objection from either defendant, and good cause appearing,

IT IS HEREBY ORDERED dismissing Counts 1 and 2 of the Superseding Indictment as to both defendants, without prejudice to refiling.

IT IS FURTHER ORDERED dismissing the forfeiture allegation and dismissing the Superseding Indictment as to Peter Nathan Steinmetz, without prejudice to filing separate charges against Mr. Steinmetz.

IT IS FURTHER ORDERED that the government shall remove the lis pendens on the Julie Drive property of Mr. Steinmetz within 7 days of this Order.

Dated this 21st day of November, 2017.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge

cc: USPTS, USMS