ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00585-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE AS TO PENDING MOTIONS** |
| v. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Pursuant to docket # 74, Counts 1-2 have been dismissed in this matter, and the second defendant (Dr. Steinmetz) has been dismissed from the Superseding Indictment, all without prejudice to refiling.  The government and counsel for Mr. Costanzo agree that the following summarizes the status of pending motions:

The dismissal of Counts 1-2 moots out all motions which pertain solely to Dr. Steinmetz, to wit: ## 50, 51 and 57.  It also moots out motions as to Mr. Costanzo that relate solely to Counts 1-2, to wit: ## 52, 55, 59, 61 and 62.

Substantive motions 54 (through joinder in 71), 58, 63, 65, 67, and 71 all remain viable as to Mr. Costanzo.  The government has a pending motion to extend the time to respond to ## 63, 65, 67 and 71 to through and including Monday, December 4, 2017.

Two other non-substantive motions filed without objection from the government also remain viable: # 64 (seeking leave to file a compact disk); and # 60 [through joinder by Mr. Costanzo in # 71] (seeking an extension of the time to file pretrial motions until 30 days after a resolution of the existing motions, as filed by Dr. Steinmetz without objection from the government).

Respectfully submitted this 22nd day of November, 2017.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Gary Restaino*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY M. RESTAINO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record in this case.