JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER; #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-01-PHX-GMS |
|---|---|
| Plaintiff, | **MOTION FOR STATUS CONFERENCE TO SET A FIRM TRIAL DATE** |
| vs. | |
| Thomas Mario Costanzo, | **(First Request)** |
| Defendant | |

The above-captioned matter is currently set for trial on December 5, 2017. The government's motion to dismiss Counts 1 & 2 of the present indictment has been granted by this court. (Dkt. #74). Notwithstanding pretrial motions mooted by dismissal of Counts 1 & 2, there are still a number of motions that will require responsive pleadings and evidentiary hearings. *See* Dkt. # 75. Additionally, the government has requested an extension of time to respond to some of these surviving motions (Dkt. # 72).

Based on these developments, undersigned counsel requests on behalf of defendant that this Court set a status hearing so that a firm date can be selected for trial that works with the schedules of the parties and the Court and provides sufficient time to conduct the litigation of pretrial motions.

Assistant United States Attorney Gary Restaino does not object to this motion.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: November 22, 2017.

                        JON M. SANDS
                        Federal Public Defender

                        *s/Maria Teresa Weidner*
                        MARIA TERESA WEIDNER
                        Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing November 22, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

GARY RESTAINO
FERNANDA CAROLINA ESCALANTE KONTI
MATTHEW H. BINFORD
Assistant U.S. Attorneys
United States Attorney's Office
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*