IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-01-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant | |

      Upon motion of the defendant, and good cause appearing therefore,

      IT IS HEREBY ORDERED setting a status conference on _____, at _____ before the Honorable G. Murray Snow.

      The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.