JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ZACHARY CAIN
State Bar #020396
Asst. Federal Public Defender
Attorney for Defendant
zachary_cain@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-585-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE OF CO-COUNSEL** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

    Undersigned counsel hereby gives Notice that he will be representing the defendant as co-counsel in the above captioned matter.

    Respectfully submitted:  December 4, 2017.

                      JON M. SANDS
                        Federal Public Defender


                       *s/Zachary Cain*
                       ZACHARY CAIN
                       Asst. Federal Public Defender

1  Copy of the foregoing transmitted
   by ECF for filing December 4, 2017, to:
2  CLERK'S OFFICE
   United States District Court
3  Sandra Day O'Connor Courthouse
   401 W. Washington
4  Phoenix, Arizona 85003

5  FERNANDA CAROLINA ESCALANTE-KONTI
   MATTHEW H. BINFORD
6  GARY M. RESTAINO
   Assistant U.S. Attorneys
7  United States Attorney's Office
   Two Renaissance Square
8  40 N. Central Avenue, Suite 1200
   Phoenix, Arizona 85004-4408
9
   Copy mailed to:
10
   THOMAS MARIO COSTANZO
11 Defendant

12   *s/yc*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28