IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | CR-17-00585-PHX-GMS<br><br>**ORDER** |

　　Upon motion of the United States, and good cause shown,

　　IT IS ORDERED granting the United States' Motion for Leave to File Non-Electronic Exhibit.

　　Dated this _____ day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE G. MURRAY SNOW
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge