# **EXHIBIT 1**:

## Transcript of Grand Jury Testimony of William Green, April 25, 2017

## **(Filed Separately Under Seal)**