# EXHIBIT 2:

## Transcript of Grand Jury Testimony of Don Ellsworth, June 20, 2017

**(Filed Separately Under Seal)**