# **EXHIBIT 2**:

## AZDOC Case Records for Thomas M. Costanzo



| Last Name | First Name | Middle Initial |
|---|---|---|
| COSTANZO | THOMAS | M |

| Gender | Height (inches) | Weight | Hair Color |
|---|---|---|---|
| MALE | 68 | 150 | BROWN |

| Eye Color | Ethnic Origin | Custody Class | Inmate/Detainee |
|---|---|---|---|
| BROWN | CAUCASIAN | | INMATE |

| Sentence | Admission | Prison Release Date | Max End Date |
|---|---|---|---|
| Sentence Information Below | 01/02/1986 | 04/21/1987 | |

| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc | Unit |
|---|---|---|---|---|
| -N- | -- | EXPIRATION | CENTRAL OFFICE RELSE | CENTRAL OFFICE RELSE |

| Community Supervision Parole | Last Movement | Commitment Status | Status |
|---|---|---|---|
| EXPIRATION | 04/21/1987 | | INACTIVE |

Inmate 056422

This only applies to AZDOC Supervision.

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

### Commitment Information *1 record(s)*

| Commit# | Sentence yy/mm/dd | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A04 | 2 Y/ 0 M/ 0 D | MARICOPA | 0151529 | 09/08/1985 | IMPOSED | FLIGHT FROM LAW VEHICLE | ND/NR | CL5 | Y | NO |

### Sentence Information *1 record(s)*

| Commit# | Sentence yy/mm/dd | Admit Date | Consec/Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A04 | 2 Y/ 0 M/ 0 D | 12/23/1985 | | 07/25/1986 | | 04/21/1987 | 09/08/1987 |

### Disciplinary Infractions *16 record(s)*

| Violation Date | Infraction | Verdict Date | Verdict |
|---|---|---|---|
| 10/07/1986 | DISOBEYING ORDER | 10/15/1986 | GUILTY-MIN.VIOL |
| 10/05/1986 | VIOLATE RULES | 10/15/1986 | GUILTY-MIN.VIOL |
| 09/16/1986 | DISOBEYING ORDER | 09/18/1986 | GUILTY-MIN.VIOL |
| 08/29/1986 | VIOLATE RULES | 09/15/1986 | GUILTY-MIN.VIOL |
| 08/03/1986 | DISOBEYING ORDER | 08/09/1986 | GUILTY-MIN.VIOL |
| 07/24/1986 | DISOBEYING ORDER | 07/30/1986 | GUILTY-MIN.VIOL |
| 07/23/1986 | DISOBEYING ORDER | 07/25/1986 | DISMISS-COUNSEL |
| 07/05/1986 | NARCOTICS POSS. | 07/09/1986 | GUILTY-MIN.VIOL |
| 06/18/1986 | DISOBEYING ORDER | 07/01/1986 | DISMSS-TIME FRM |
| 06/07/1986 | DISOBEYING ORDER | 06/10/1986 | DISMISS-COUNSEL |
| 04/28/1986 | NARCOTICS POSS. | 05/06/1986 | NOT GLT-MIN.VIO |
| 04/12/1986 | DISOBEYING ORDER | 04/15/1986 | GUILTY-MIN.VIOL |
| 04/12/1986 | NOT IN AUTH AREA | 04/15/1986 | DISMISS-COUNSEL |
| 03/04/1986 | NOT IN AUTH AREA | 03/06/1986 | DISMISS-COUNSEL |
| 02/24/1986 | DISOBEYING ORDER | 03/03/1986 | NOT GLT-MIN.VIO |
| 02/22/1986 | DISOBEYING ORDER | 03/03/1986 | NOT GLT-MIN.VIO |

### Disciplinary Appeals *0 record(s)* *[Info]*

### Profile Classification *0 record(s)* *[Info]*

### Parole Action *1 record(s)*

| Hearing Date | Statute | Action | CS Sent |
|---|---|---|---|
| 07/01/1986 | PAROLE 31-412(B) | PREVIOUSLY WAIVED | |

**Parole Placement** *6 record(s)*

| Custody Date | Class Type | Approved Date | Next Review | Parole Class |
|---|---|---|---|---|
| 10/22/1986 | MAND.REL. | | | R |
| 10/21/1986 | PGM. REVIEW | | 01/29/1987 | 0 |
| 07/31/1986 | PGM. REVIEW | | 10/29/1986 | 0 |
| 04/01/1986 | PGM. REVIEW | | 07/01/1986 | 0 |
| 01/14/1986 | INITIAL CL. | | 04/14/1986 | 1 |
| 01/02/1986 | ADMISSION | | 01/14/1986 | 2 |

**Work Program** *7 record(s)*

| Eval Date | Assign | Work Type | Rating | Hours | Rate | SP |
|---|---|---|---|---|---|---|
| 09/30/1986 | SHTMTL ASSMB. SHTMTL | A.C.I. | E | 90.0 | 0.0 | INCOMPLETE |
| 08/30/1986 | METAL MACH.OPER.OPER | A.C.I. | E | 68.0 | 0.0 | AGREES |
| 07/31/1986 | METAL MACH.OPER.OPER | A.C.I. | E | 91.0 | 0.0 | INCOMPLETE |
| 04/30/1986 | METAL MACH.OPER.OPER | A.C.I. | E | 97.5 | 0.0 | AGREES |
| 03/31/1986 | YARD DETAIL | WIPP | E | 0.0 | 0.2 | AGREES |
| 03/31/1986 | GRAPHIC ARTS | VOCATIONAL TRAINING | E | 0.0 | 0.0 | AGREES |
| 02/28/1986 | YARD DETAIL | WORK (NON-WIPP) | S | 0.0 | 0.0 | DISAGREES |

**Notification Requests, Detainers, and/or Warrants** *0 record(s)*