IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-585-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | (4th Request) |
| Thomas Mario Costanzo, | |
| Defendant. | |

Upon request of the defendant, no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting the defendant's request to set a firm trial and motion hearing for the reasons stated in defendant's motion (Doc. 76) and at the hearing held on December 4, 2017.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial date from December 5, 2017 to **March 20, 2018 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until February 2, 2018. This is a FIRM TRIAL setting.

**IT IS FURTHER ORDERED** setting a hearing on pending motions for **January 4, 2018 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from 12/6/17 to 3/20/18.

DATED this 4th day of December, 2017.

G. Murray Snow
United States District Judge