# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-17-585-PHX-GMS |
| Plaintiff, ) | |
| ) | **ORDER SETTING FINAL** |
| vs. ) | **PRETRIAL CONFERENCE** |
| ) | |
| Thomas Mario Costanzo, ) | |
| Defendant. ) | |
| ) | |

**IT IS ORDERED** setting a Final Pretrial Conference for **Tuesday, March 13, 2018 at 9:30 a.m.**, before Judge G. Murray Snow, in Courtroom 602, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial, as well as the Defendant, shall attend the Final Pretrial Conference. Counsel shall bring their calendars so that trial scheduling can be discussed. Counsel shall be prepared to discuss each of the items set forth below:

(1) Trial schedule,

(2) Voir dire procedures,

(3) Number of witnesses,

(4) Number of exhibits,

(5) Marking of exhibits and copies for the court,

(6) Special equipment needs,

(7) Need for an interpreter.

**IT IS FURTHER ORDERED** that the parties shall file and/or lodge with the Clerk of the Court the following documents, <u>and deliver a copy of the documents to chambers, three-hole punched on the left side of the page</u>, **by 12:00 p.m. on March 1, 2018**:

 (1) Joint statement of the case,

 (2) Joint witness list,

 (3) Joint voir dire questions,

 (4) Joint jury instructions (see attached instructions),

 (5) Joint verdict form,

 (6) Motions in limine.

Responses to motions in limine and other pretrial motions shall be filed with the Clerk of the Court **by 12:00 p.m. on March 6, 2018**. No Replies shall be filed.

**IT IS FURTHER ORDERED** that the parties shall submit their proposed voir dire questions, joint statement of the case, verdict form, and jury instructions to the Court in Word format by email to Snow_Chambers@azd.uscourts.gov.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

**IT IS FURTHER ORDERED** that counsel shall review Judge Snow's statement of Trial Conduct and Decorum before the Final Pretrial Conference. A copy can be found on the Court's website at www.azd.uscourts.gov under Judges and Courtrooms and Orders, Forms and Procedures.

DATED this 5th day of December, 2017.

_____
G. Murray Snow
United States District Judge

The parties shall submit a joint list of proposed jury instructions. The list shall contain four sections, including an Index at the beginning, to be followed by the entire proposed jury instruction on a separate page.

I.     Section I shall contain model instructions. If an instruction is requested by both parties, the instruction shall be preceded by "ST" (stipulated). If the instruction is requested by only one party, the instruction shall be preceded by either "PL" (Plaintiff) or "DF" (Defendant).[1] For example:

EXAMPLE OF MODEL INSTRUCTIONS:

**I.     MODEL INSTRUCTIONS**

    **A.     Preliminary Instructions**

    ST     1.1    Duty of Jury

    ST     1.2    The Charge-Presumption of Innocence

    ST     1.3    What is Evidence

    ST     1.4    What is Not Evidence

    ST     1.5    Direct and Circumstantial Evidence

    **B.     Instructions In The Course Of Trial**

    ST     2.1    Cautionary Instruction-First Recess

    ST     2.2    Bench Conferences and Recesses

    PL     2.7    Transcript of Recording in English

    PL     2.10   Other Crimes, Wrongs or Acts of Defendant

    **C.     Instructions At End Of Case**

    ST     3.1    Duties of Jury to Find Facts and Follow Law

    ST     3.2    Charge Against Defendant Not Evidence-Presumption of Innocence-Burden of Proof

    ST     3.3    Defendant's Decision Not to Testify

    **D.     Consideration of Particular Evidence**

---

[1] If multiple Defendants, identify which Defendant.

|   |   |   |
|---|---|---|
| ST | 4.1 | Statements by Defendant |
| PL | 4.3 | Other Crimes, Wrongs or Acts of Defendant |
| DF | 4.5 | Character of Victim |
| PL | 4.14 | Opinion Evidence, Expert Witness |

**E.     Responsibility**

ST     5.6   Knowingly-Defined

**F.     Specific Defenses**

DF     6.8   Self-Defense   (modified)

**G.     Jury Deliberations**

ST     7.1   Duty to Deliberate

ST     7.2   Consideration of Evidence-Conduct of the Jury

ST     7.3   Use of Notes

**II.**   Section II shall contain any non-model instructions to which the parties have stipulated.

**III.**  Section III shall contain any non-model instructions requested by Plaintiff (numbered consecutively). Plaintiff shall include citation to authority to support the requested instruction. Defendant shall state all objections to such instruction immediately following the instruction and Plaintiff's authority. Defendant shall support any objection with citation to authority. If Defendant offers an alternative instruction, such alternative instruction shall immediately follow Defendant's objection.

**IV.**   Section IV shall contain any non-model instructions requested by Defendant (numbered consecutively). Defendant shall include citation to authority to support the requested instruction. Plaintiff shall state all objections to such instruction immediately following the instruction and Defendant's authority. Plaintiff shall support any objection with citation to authority. If Plaintiff offers an alternative instruction, such alternative instruction shall immediately follow Plaintiff's objection.