JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER; #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-01-PHX-GMS |
|---|---|
| Plaintiff, | **MOTION TO EXTEND DEADLINE FOR REPLIES TO GOVERNMENT RESPONSES TO PRETRIAL MOTIONS TO DECEMBER 15, 2017** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant | **(First Request)** |

Undersigned counsel, on behalf of Mr. Costanzo, moves this court to extend the deadline for filing replies to the government's responses to pretrial motions to December 15, 2017.

This request is made to allow undersigned counsel sufficient time to effectively represent the defense in this aspect of pretrial motions litigation.

Assistant United States Attorneys Binford, Escalante, and Restaino have been contacted regarding this request. AUSA Binford has advised that the government does not object to this requested extension of time to reply.

/ / /

/ / /

/ / /

/ / /

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may result from this motion or from an order based thereon.

Respectfully submitted: December 6, 2017.

JON M. SANDS
Federal Public Defender

 *s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing December 6, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

MATTHEW H. BINFORD
FERNANDA CAROLINA ESCALANTE KONTI
GARY RESTAINO
Assistant U.S. Attorneys
United States Attorney's Office
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*