IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas Mario Costanzo,<br><br>　　　　Defendant | No. CR-17-0585-01-PHX-GMS<br><br>**ORDER** |

　　　　Upon motion of the defendant, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED granting the Defense Motion to Extend Time for Filing of Reply Briefs.

　　　　IT IS FURTHER ORDERED extending the deadline for the filing of Reply briefs to Government Responsive filings to December 15, 2017.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.