JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Thomas Mario Costanzo,<br><br>                    Defendant | No. CR-17-585-PHX-GMS<br><br>**NOTICE OF FILING<br>NON-ELECTRONIC EXHIBIT** |

          Pursuant to the Court's Order of December 5, 2017, Docket #86, Defendant, through undersigned counsel, hereby gives Notice of Filing the DVD/CD, Exhibits D and E, in support of Defendant's Motion to Dismiss Counts 3, 4, 5, 6 & 7 of the First Superseding Indictment for Outrageous Government Contact, filed November 6, 2017, Docket #64.

          Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

          Respectfully submitted:  December 7, 2017.

                              JON M. SANDS
                              Federal Public Defender

                               s/Maria Teresa Weidner
                              MARIA TERESA WEIDNER
                              Asst. Federal Public Defender

1   Copy of the foregoing transmitted
    by ECF for filing December 7, 2017, to:
2

3   CLERK'S OFFICE
    United States District Court
4   Sandra Day O'Connor Courthouse
    401 W. Washington
5   Phoenix, Arizona 85003

6
    CAROLINA ESCALANTE KONTI
7   MATTHEW BINFORD
    GARY RESTAINO
8   Assistant U.S. Attorneys
    United States Attorney's Office
9   Two Renaissance Square
    40 N. Central Avenue, Suite 1200
10  Phoenix, Arizona 85004-4408

11
    Copy mailed to:
12

13  THOMAS MARIO COSTANZO
    Defendant
14

15    _s/yc_

16

17

18

19

20

21

22

23

24

25

26

27

28
                                2