# INDEX OF EXHIBITS

<u>United States v. Thomas Mario Costanzo, et al.</u>

CR-17-585-01-PHX-GMS

Exhibit A ................................................................. CD containing Exhibit D & E

# EXHIBIT A

