ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Assistant U.S. Attorney
Arizona State Bar No. 029019
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Matthew.Binford@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00585-01-PHX-GMS |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the Government hereby gives notice of filing a non-electronic exhibit to accompany its Response to Motion to Dismiss Counts 3, 4, 5, 6 & 7 of the First Superseding Indictment for Outrageous Government Conduct (Doc. #79).  The non-electronic exhibit consists of one CD which contains an audio recording, and therefore cannot be filed through the CM/ECF System, and will instead be filed with the Clerk's Office via a hard copy.

Respectfully submitted this 7th day of December, 2017.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

 *s/Matthew Binford*
MATTHEW BINFORD
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant under this file number:

Maria Teresa Weidner
*Attorney for Thomas Mario Costanzo*

 *s/Yvonne M. Garcia*
U.S. Attorney's Office