JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, State Bar #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-585-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE OF DELIVERY OF NON-ELECTRONIC EXHIBIT PURSUANT TO ORDER NO. 86** |
| vs. | |
| Thomas Mario Costanzo, | **Filed Under Seal** |
| Defendant. | |

Defendant, through undersigned counsel, hereby gives notice of delivery of non-electronic exhibit (containing Exhibits D & E, referenced in Defendant's Motion to Dismiss Counts 3, 4, 5 6, & 7 of the First Superseding Indictment for Outrageous Government Contact) to the Clerk's office on November 7, 2017.

Respectfully submitted:  December 8, 2017.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing December 8, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Copy mailed to:

CAROLINA ESCALANTE KONTI
MATTHEW BINORD
GARY RESTAINO
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

THOMAS MARIO COSTANZO
Defendant

*s/yc*