# INDEX OF EXHIBITS

<u>United States v. Thomas Mario Costanzo</u>

CR-17-585-01-PHX-GMS

Exhibit A ................................................................................ Seized Assets Claim Form

# EXHIBIT

# A

# SEIZED ASSET CLAIM FORM

DRUG ENFORCEMENT ADMINISTRATION (DEA)
FORFEITURE COUNSEL, ASSET FORFEITURE SECTION
8701 MORRISSETTE DRIVE
SPRINGFIELD, VIRGINIA 22152

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

| PART I: Enter your contact information | |
|---|---|
| Name: Thomas Mario Costanzo | |
| Address:<br>REG. #73285-408<br>CAFCC - West<br>P. O. Box 6300<br>Florence, Arizona  85132 | |
| Telephone Number: NA | Email Address: NA |
| Attorney Name: Maria Teresa Weidner | |
| Attorney Address:<br>850 West Adams Street, Ste. 201<br>Phoenix, Arizona  85007 | |
| Attorney Telephone Number: 602-382-2700 | Attorney Email Address: maria_weidner@fd.org |

| PART II: List all assets you are claiming<br>State your interest in each asset listed and explain why you believe the property belongs to you. You may attach documents to support your claim.  If claiming more than three assets, continue on a separate page. | | |
|---|---|---|
| 1. | **Asset ID Number:**<br>17-DEA-630830 | Description of Asset: Assorted precious metals valued at $1,162.67 (i.e., 1 Silver Morgan Silver Dollar, 1 oz.; 1 Gold American Eagle Coin, l oz.) |
| | **Interest in Property:**<br>I am the owner of this asset. | |
| 2. | **Asset ID Number:**<br>17-DEA-630490 | Description of Asset: $627.36 U.S. Currency |

1

|  | **Interest in Property:** | |
|---|---|---|
|  | I am the owner of this asset. | |
| 3. | **Asset ID Number:**<br>17-DEA-630951 | **Description of Asset:** 80.94512167 Bitcoins seized from Acct. # 13QM5xL4rqwUgQPRtMv3tZtVvpc6caPepv, valued at $100,873.81. |
|  | **Interest in Property:**<br>I am the owner of a portion of this asset. Specifically, 49.99363132 bitcoins from the above listed account. | |

4. **Asset ID Number:**
   17-DEA-630951

   **Description of Asset:**
   Assorted precious metals valued at $256.72 (i.e., 1 Silver Bar—1 g; 5 Silver Dimes; 3 Silver Quarters; 4 Silver Half Dollars; 4 Silver Half Dollars; 1 Gold Bar—.5 g; 5 Silver Coins—1 oz.; 1 Silver Bar—1 oz.; 1 Silver Bar .1 oz.; 5 Copper Coins—1 oz.; 3 Silver Coins—1 oz; 1 Silver Morgan Silver Dollar—1 oz.; 1 Silver Peace Dollar—1 oz.).

   **Interest in Property:**

   I am the owner of this asset.

**PART III: Declaration**

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_Thomas Costanzo_
Name Printed

_[signature]_
Signature

_2017/6/23_
Date


If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. 18 U.S.C. § 983(h). A false statement or claim may subject a person to prosecution under 18 U.S.C. § 1001.