1

**INDEX OF EXHIBITS**

2

<u>United States v. Thomas Mario Costanzo</u>

3

CR-17-585-01-PHX-GMS

4

5

6 | Exhibit A ................................................................Bates #1083-1097

7 | Exhibit B ................................................................Bates #1127-1129

8 | Exhibit C ................................................................Bates #723-730

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT

# A

INTERVIEW WITH CONSTANZO
Interviewer: UC
04-20-17/10:40 am

| 1834 | | |
|---|---|---|
| 1835 | Q: | Okay. I got to see those - I like the Matrix one. It's all (unintelligible). |
| 1836 | | |
| 1837 | A: | Yeah, and then, uh - and then also, uh, what's his name? Uh, the Morpheus character |
| 1838 | | is, uh - (Clarence) Fishbourne he's in the movie too. |
| 1839 | | |
| 1840 | Q: | Huh. |
| 1841 | | |
| 1842 | A: | Yeah, and that's like his signal buddy. |
| 1843 | | |
| 1844 | Q: | Yeah, that's cool, kinda linked it to together and... |
| 1845 | | |
| 1846 | A: | No, not really... |
| 1847 | | |
| 1848 | Q: | Kinda at the same time? |
| 1849 | | |
| 1850 | A: | ...but it's interesting that they had given (unintelligible) same time. That's also |
| 1851 | | (unintelligible), lake, I guess there was probably some desire on the characters to |
| 1852 | | probably to work with each other again. |
| 1853 | | |
| 1854 | Q: | Have you worked with (unintelligible)? |
| 1855 | | |
| 1856 | A: | Yeah, I know, let's check it out. |
| 1857 | | |
| 1858 | Q: | It's like a space tent or something? |
| 1859 | | |
| 1860 | A: | No, it's just a - just a heavy duty tent, you know, it's like it came - you know, |
| 1861 | | (unintelligible). |
| 1862 | | |
| 1863 | Q: | Oh, okay. |
| 1864 | | |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| | | |
|---|---|---|
| 1865 | A: | You got a weapon there? |
| 1866 | | |
| 1867 | Q: | I gotta look, you know, and then the thing they have these that are - you know you can |
| 1868 | | pull 'em apart and it has a knife in it... |
| 1869 | | |
| 1870 | Q: | Oh, yeah. |
| 1871 | | |
| 1872 | A: | ...and it has compartment in it, but I don't wanna have - you know, you go in a Ford |
| 1873 | | or... |
| 1874 | | |
| 1875 | Q: | Oh yeah. |
| 1876 | | |
| 1877 | A: | ...something, I mean I can get the tent but - yeah. That'd be like 100%. |
| 1878 | | |
| 1879 | Q: | (Unintelligible). |
| 1880 | | |
| 1881 | A: | So, I would have friends with me and, you know, I mean I'd... |
| 1882 | | |
| 1883 | Q: | Little jabber? |
| 1884 | | |
| 1885 | A: | Yeah 'cause (unintelligible). I - I - I do my best to - you know - screw with anybody who |
| 1886 | | I don't feel safe around. |
| 1887 | | |
| 1888 | Q: | Yeah. |
| 1889 | | |
| 1890 | A: | And then - put it back... |
| 1891 | | |
| 1892 | Q: | Yeah, (unintelligible). |
| 1893 | | |
| 1894 | A: | ...something - something (unintelligible). You know, I mean not - just for whatever |
| 1895 | | reason. |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

Page 61 of 75
001084

| 1896 | | |
|---|---|---|
| 1897 | Q: | Yeah. |
| 1898 | | |
| 1899 | A: | You know, it could be a random person... |
| 1900 | | |
| 1901 | Q: | Yeah. |
| 1902 | | |
| 1903 | A: | ...you know... |
| 1904 | | |
| 1905 | Q: | Well, especially if you're walking around, somebody see you have the money, decides |
| 1906 | | to walk up and... |
| 1907 | | |
| 1908 | A: | Right - right - like I was at, uh - I was at the - I was at the (unintelligible) one day, and I |
| 1909 | | was doing this deal with this guy and he was - he was like, talking at random and so I |
| 1910 | | don't even talk back. |
| 1911 | | |
| 1912 | Q: | Yeah. |
| 1913 | | |
| 1914 | A: | But, uh, so we do the deal with this guy - he texts some guy, walks up, he goes "Hey, |
| 1915 | | uh, you know, I wanna know what kind of business you guys are doing and I - I'm a |
| 1916 | | real hard worker... |
| 1917 | | |
| 1918 | Q: | He asked you to talk to you about it? |
| 1919 | | |
| 1920 | A: | ...bi- bilingual and..." you know, this and that. I'm like "Oh okay." |
| 1921 | | |
| 1922 | Q: | Yeah. |
| 1923 | | |
| 1924 | A: | You know, "When I'm done with this guy, I'll - I'll talk to you." |
| 1925 | | |
| 1926 | Q: | Yeah. |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| | | |
|---|---|---|
| 1927 | | |
| 1928 | A: | And so he comes in, uh, (unintelligible) my guy leaves, he comes in, we talked for a |
| 1929 | | minute, like, hey, you know, what's bitcoin, I explained to him what it is. |
| 1930 | | |
| 1931 | Q: | Yeah. |
| 1932 | | |
| 1933 | A: | I go, "Do you have a cell phone?" "No." Do you have a car? "No." I'm like, "Okay, well |
| 1934 | | here - I'll - I'll give you our website, you can go look something up if you access at |
| 1935 | | home, you know, who knows, maybe, whatever." I'm just... |
| 1936 | | |
| 1937 | Q: | Yeah. |
| 1938 | | |
| 1939 | A: | ...I - I don't like to discount anything... |
| 1940 | | |
| 1941 | Q: | Yeah. |
| 1942 | | |
| 1943 | A: | ...but you never know. |
| 1944 | | |
| 1945 | Q: | Yeah. |
| 1946 | | |
| 1947 | A: | Uh, and then - and then I'm coming to, uh, and then I pick up my stuff and I'm just |
| 1948 | | Leaving and he goes, "Here, I'll walk to you to your car." |
| 1949 | | |
| 1950 | Q: | Huh. |
| 1951 | | |
| 1952 | A: | Exactly. I'm like, |
| 1953 | | |
| 1954 | Q: | "Here, let me see what you're driving and get you a loan." |
| 1955 | | |
| 1956 | A: | No, I just - you know, it's like, "I gotta go to the bathroom," you know... |
| 1957 | | |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| 1958 | Q: | Yeah. |
| 1959 | | |
| 1960 | A: | ...so it's like, but - the thing is that that was... |
| 1961 | | |
| 1962 | Q: | Right. |
| 1963 | | |
| 1964 | A: | ...you know, a little too fishy, I mean, I don't know what his intentions were, but it was a |
| 1965 | | little too fishy for me. I can certainly walk myself to the car, I don't know who the fuck |
| 1966 | | you are. |
| 1967 | | |
| 1968 | Q: | Yeah. |
| 1969 | | |
| 1970 | A: | Uh, and then... |
| 1971 | | |
| 1972 | Q: | It's been slow today. |
| 1973 | | |
| 1974 | A: | Oh, well, it's - yeah, it's only been a few minutes but whatever, I mean - and then there |
| 1975 | | was there was this one time, I'm like - I'm at McDonald's, another McDonald's... |
| 1976 | | |
| 1977 | Q: | Yeah. |
| 1978 | | |
| 1979 | A: | ...and I'm walking up and there's this guy and he's like, opening the door for people out |
| 1980 | | - clearly he hasn't had - had a bath in a few weeks or whatever, I mean... |
| 1981 | | |
| 1982 | Q: | Right. Trying to get tips or something? |
| 1983 | | |
| 1984 | A: | I have no idea and - and he's like, apparently, "I - I got it, man, don't have to open my |
| 1985 | | door," uh, you know. I - I mean I like to (unintelligible) I mean I was in a deal the other |
| 1986 | | day, the guy strikes up a conversation with me and my guy, he goes "Oh, you happen |
| 1987 | | to have some money so I can buy something to eat," so I was like, "Right here." Just |
| 1988 | | 50 cents. |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

1989

1990    Q:              Yeah.

1991

1992    A:              You know, but - I'm not gonna do it at night...

1993

1994    Q:              Yeah. Exactly.

1995

1996    A:              You know, I - I mean - the guys that are paying at night, I'm like, what are you doing all

1997                    day long. Don't you know you're hungry during the daytime?

1998

1999    Q:              Yeah.

2000

2001    A:              And you're paying to get nights?

2002

2003    Q:              Yeah.

2004

2005    A:              Gosh, where - where did you - what school of pain did you go to?

2006

2007    Q:              Yeah.

2008

2009    A:              So...

2010

2011    Q:              Yep, can't trust people anymore. Never know.

2012

2013    A:              Well no, it's just you gotta - you know, especially in this business you gotta, like, trust

2014                    people...

2015

2016    Q:              Yeah.

2017

2018    A:              ...like - no, you gotta keep your eyes out.

2019

Page 65 of 75

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT          001088

2020   Q:   Yeah, you gotta trust people that can do this but, like, random people, that's, like,
2021         guaranteeing...
2022

2023   A:   Well...
2024

2025   Q:   I don't want to be walking somewhere, turning around, and stacking cash and...
2026

2027   A:   Yeah.
2028

2029   Q:   ...the wrong guy can't handle it on the side of...
2030

2031   A:   Right, yeah, you never know or just - just - you gotta be careful.
2032

2033   Q:   Yeah. Because...
2034

2035   A:   I like - I like helping people.
2036

2037   Q:   Yeah.
2038

2039   A:   But I don't want it - you gotta be way out - just a cost versus benefit analysis of doing
2040         this.
2041

2042   Q:   Yeah.
2043

2044   A:   It's an operation. You know. 'Cause you never know how people change or...
2045

2046   Q:   Oh yeah.
2047

2048   A:   ...like - or they - you know, they deceive you with their intentions, like, I remember I
2049         was - I was coming back from Florida to Arizona...
2050

U.S. v. Costanzo, et al.     CR-17-00585-PHX-JJT     Page 66 of 75

001089

INTERVIEW WITH CONSTANZO
Interviewer: UC
04-20-17/10:40 am

| | | |
|---|---|---|
| 2051 | Q: | Uh-huh. |
| 2052 | | |
| 2053 | A: | ...and I'm flowing through - I just get into, uh, Alabama, and this guy, he's like on the |
| 2054 | | side of the road and it's like - I don't know, like, midnight or something, like... |
| 2055 | | |
| 2056 | Q: | Yeah. |
| 2057 | | |
| 2058 | A: | ...rolled down my window, "Hey, man, what's going on?" Oh, he gave me two |
| 2059 | | (unintelligible), "You - you wanna kill me? Are you gonna rob me? No? Okay, hop in |
| 2060 | | the car." |
| 2061 | | |
| 2062 | Q: | Yeah. |
| 2063 | | |
| 2064 | A: | And he goes, "Well, I'm going to - going to New Orleans," I'm like, "Okay, I'll take you |
| 2065 | | to New Orleans." I was talking shit and this is right when Katrina came through... |
| 2066 | | |
| 2067 | Q: | Ah. |
| 2068 | | |
| 2069 | A: | ...you know, just fucking wiped the whole place out... |
| 2070 | | |
| 2071 | Q: | Yeah. |
| 2072 | | |
| 2073 | A: | ...seemed like - I'm not in New Orleans anymore, I'm gonna check out the devastation. |
| 2074 | | |
| 2075 | Q: | Yeah. |
| 2076 | | |
| 2077 | A: | And, uh, he's, uh - I mean we - I find this guy and I go, "Could you show me where's |
| 2078 | | the worst devastation near ya?" We go down this road, and then you know, I'm like, |
| 2079 | | "Here it goes, here - I'll - I'll - follow me." |
| 2080 | | |
| 2081 | Q: | Yeah. |

Page 67 of 75

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT          001090

2082

2083    A:    So I follow 'em out there and - I mean, it's just like the fucking place been carpet

2084          bombed.

2085

2086    Q:    Mm-hm.

2087

2088    A:    No, really.

2089

2090    Q:    I never seen it.

2091

2092    A:    No, it was...

2093

2094    Q:    Just pictures and things.

2095

2096    A:    It was - you know, usually, you know, the pictures do not do things like that justice.

2097

2098    Q:    Huh.

2099

2100    A:    I mean, you got cars on top of houses, you got houses on top of cars, I mean it was - it

2101          was really out of, you know, one of those things that, you know - you know, it's like a

2102          B-52 just ran through it

2103

2104    Q:    Yeah.

2105

2106    A:    ...and blew the shit out of it. But anyway - and so, um, this thing (unintelligible) - I'm

2107          taking him to where, like - to New Orleans, the center...

2108

2109    Q:    Yeah.

2110

2111    A:    ...where (unintelligible)...

2112

INTERVIEW WITH CONSTANZO
Interviewer: UC
04-20-17/10:40 am

2113   Q:          Yeah.

2114

2115   A:          ...and he's like, hating that guy and apparently the cops stole his van, old - school, you

2116               know...

2117

2118   Q:          (Unintelligible)?

2119

2120   A:          Yeah. Yes, of course.

2121

2122   Q:          Yes.

2123

2124   A:          Yeah, you know, so whatever (unintelligible)...

2125

2126   Q:          Right.

2127

2128   A:          ...you own a driver's license...

2129

2130   Q:          Oh the motor - oh, the (unintelligible)...

2131

2132   A:          But anyway - but he, uh - and then, so we're, like, going down the road, there's these

2133               signs that say, you know, "Need your roof repaired? Call this number." And I'm like,

2134               "Oh, there's - like - that's a job."

2135

2136   Q:          Yeah.

2137

2138   A:          That's a job application right there. "Hey, I'm going down the road, I got my buddy here

2139               - he's - he's, uh, does roofing, he does this and that," and he goes, "Oh, yeah, yeah,"

2140               and then so I - basically I got him a job...

2141

2142   Q:          Huh.

2143

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

INTERVIEW WITH CONSTANZO
Interviewer: UC
04-20-17/10:40 am

| | | |
|---|---|---|
| 2144 | A: | ...while we're going from the west to the 9th Ward or where ever it was when they had |
| 2145 | | the - the worst... |
| 2146 | | |
| 2147 | Q: | Yeah. |
| 2148 | | |
| 2149 | A: | ...of - of it. Um, we're driving into New Orleans, I give him, like 3 or 4 phone numbers |
| 2150 | | of people here, college guys, this is his name, and you need this, that, you know... |
| 2151 | | |
| 2152 | Q: | What... |
| 2153 | | |
| 2154 | A: | ...and we're, like, dropping him off and then, like I took back off to Arizona... |
| 2155 | | |
| 2156 | Q: | Hey you're showing up, I got one through, looks like we got a confirmation on that one. |
| 2157 | | |
| 2158 | A: | Only one? |
| 2159 | | |
| 2160 | Q: | No, they all.... |
| 2161 | | |
| 2162 | A: | Oh, oh. |
| 2163 | | |
| 2164 | Q: | One is like confirmed. |
| 2165 | | |
| 2166 | A: | Oh, yeah, they should - I mean they should all come through at the same time... |
| 2167 | | |
| 2168 | Q: | Yeah, we got - I think you got a 3 and - we're just waiting on one more? Yeah. |
| 2169 | | |
| 2170 | A: | No, we got all of them. |
| 2171 | | |
| 2172 | Q: | That's the thing, I mean, I'm waiting for... |
| 2173 | | |
| 2174 | A: | No, they're all through. You got three on one and three on the other one and the two |

INTERVIEW WITH CONSTANZO
Interviewer: UC
04-20-17/10:40 am

2175             on the other one?

2176

2177    Q:        Is that, like, the best?

2178

2179    A:        That's what I - that's what I think.

2180

2181    Q:        Okay.

2182

2183    A:        That was easy?

2184

2185    Q:        Yeah.

2186

2187    A:        So anyway, so then - I don't know...

2188

2189    Q:        Cool.

2190

2191    A:        ...after about two or three - maybe a month or two or three weeks, I call - like I got his

2192             phone number even though his phone wasn't working is what it - he had to get it

2193             (unintelligible) - I still had his phone number, and he must have must of kept

2194             (unintelligible).

2195

2196    Q:        Let me check on the thing. I don't trust this app, so I like to check and see what the

2197             actual block chain.

2198

2199    A:        Sure. Check whatever you want. But anyway, so I call him back and he goes, "Man,

2200             you're the coolest motherfucker I ever met." You know?

2201

2202    Q:        You trusted him?

2203

2204    A:        Well, and then they go - you know, I went out of my way, you know, get him booked

2205             up, he goes "You know, I got a job, I got a girlfriend now, the girlfriend is the daughter

2206     of - of a guy that I'm working for..."

2207

2208 Q:   Oh yeah.

2209

2210 A:   ...and he gave me a house to live in, "and he goes "you know, I'll never forget you."

2211     And I go, "Thank you."

2212

2213 Q:   Now you got a guy in another state.

2214

2215 A:   Right. Right. And you know, I mean it's just - I like going out of my way...

2216

2217 Q:   Yeah.

2218

2219 A:   ...to help people but on the same token (unintelligible)...

2220

2221 Q:   Oh yeah.

2222

2223 A:   (Unintelligible) I mean, uh, working at night...

2224

2225 Q:   Well that's...

2226

2227 A:   ...was the last night.

2228

2229 Q:   Yeah. That's the thing, you got large amounts of cash like that and...

2230

2231 A:   And then there was another - and then I picked up this other girl, same trip, and I'm -

2232     she's hanging out and I pick her up and then she's got her hand and it's like

2233     bleeding...

2234

2235 Q:   Yeah.

2236

| 2237 | A: | ...and it's just, like, bleeding all over my - I'm like, "Hey, you know, here's some pape- - |
| 2238 | | paper towels, we can wrap this up and take you to the hospital or..." and then I, like, I |
| 2239 | | go to the store less risky, and then she - she's like, rummaging around in my car, I'm |
| 2240 | | like "Okay, you gotta get out." |
| 2241 | | |
| 2242 | Q: | Yeah. |
| 2243 | | |
| 2244 | A: | And so I just went to the nearest - and saw (unintelligible) I didn't realize that was she |
| 2245 | | was rummaging my car. |
| 2246 | | |
| 2247 | Q: | Yeah. |
| 2248 | | |
| 2249 | A: | So I was, like, "Hey, I need to take you to the hospital, but I don't wanna be, you know, |
| 2250 | | mixed up in whatever she was mixed up in." |
| 2251 | | |
| 2252 | Q: | Yeah. Huh. |
| 2253 | | |
| 2254 | A: | And so I was - I went to the nearest - I went to - it was, like, uh rest stop, you know, a |
| 2255 | | few miles down the road, "Hey, let's go get, uh, you know, something to drink," 'cause |
| 2256 | | I'm like, you know, "Get out of the car, let's go get something to drink, 'cause I don't |
| 2257 | | want to have to force you out of the car, you know" |
| 2258 | | |
| 2259 | Q: | Yeah. |
| 2260 | | |
| 2261 | A: | "Hey I'll go buy you a soda pop or something." We get out of the car, and then I got |
| 2262 | | back in the car and say, "hey," I, like, go. What - whoa - whoa. What are you doing? |
| 2263 | | |
| 2264 | Man: | Don't grab anything. |
| 2265 | | |
| 2266 | A: | We were talking... |
| 2267 | | |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| 2268 | Man: | (Unintelligible). |
| 2269 | | |
| 2270 | A: | Yeah, you're fine... |
| 2271 | | |
| 2272 | Q: | You're (unintelligible) you're good, you're good. |
| 2273 | | |
| 2274 | Man: | And so I need to set - set up your (unintelligible) who's here. |
| 2275 | | |
| 2276 | Q: | (Unintelligible). |
| 2277 | | |
| 2278 | A: | Okay, oh, oh, oh, oh. |
| 2279 | | |
| 2280 | Man: | (Unintelligible). |
| 2281 | | |
| 2282 | Q: | What's going on? |
| 2283 | | |
| 2284 | Man: | (Unintelligible). |
| 2285 | | |
| 2286 | Man: | About to (unintelligible). |
| 2287 | | |
| 2288 | Q: | Yeah. |
| 2289 | | |
| 2290 | Man: | (Unintelligible) |
| 2291 | | |
| 2292 | Q: | Exactly. |
| 2293 | | |
| 2294 | Man: | Yep. (Unintelligible) you're good? |
| 2295 | | |
| 2296 | Q: | Walking around the building? |
| 2297 | | |
| 2298 | Man: | Want (unintelligible) this? |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

# EXHIBIT

# B

9/7/2016                                    MorpheusTitania on LocalBitcoins.com

💬 0   ·   Dashboard (/ads)   ·   ฿ 0 (/accounts/wallet/)   ·   Support (/support/)   ·   Merchant (/merchant/)   ·

Trusted (/accounts/trusted/)   ·   Account security: weak (/accounts/security/)

# MorpheusTitania ●

Hey I'm Morpheus lets get together and do Bitcoin! :)

Visit MorpheusTitania's homepage ◉ (http://titanians.org/who-is-morpheus/)

# Information on MorpheusTitania

**Trade volume**

Higher than 150 BTC

**Number of confirmed trades**

**100+**

...with **107** different partners

**Feedback score**

**100 %**

**First purchase**

3 years, 5 months ago (2013-03-13T20:06:39+00:00)

**Account created**

3 years, 5 months ago (2013-03-12T18:32:43+00:00)

**Last seen**

10 hours, 40 minutes ago (2016-09-07T07:02:55+00:00)

**Language**

English

**Email**

☑ Verified 2 years, 5 months ago (2014-03-28T22:42:35+00:00)

**Phone number**

☑ Verified 2 years, 9 months ago (2013-12-03T02:37:28+00:00)

**Trust**

Trusted by **30+** people

**Blocks**

Blocked by **0** people

Chat with Support!  ▭

https://localbitcoins.com/accounts/profile/MorpheusTitania/                                        1/3

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT                    001127

9/7/2016        MorpheusTitania on LocalBitcoins.com

> ★ Trust MorpheusTitania

You do not currently trust **MorpheusTitania**.      ⊗ Block this user

⚐ Report this user (/support/request/?indicator=7-2n&User name=MorpheusTitania)

# Buy bitcoins with cash from MorpheusTitania

| Seller | Location | Price/BTC | |
|---|---|---|---|
| MorpheusTitania (100+; 100%) (https://localbitcoins.com/ad/16078/buy-bitcoins-with-cash-chandler-az-usa) ● | Chandler, AZ, USA | 708.18 USD | Buy (https://localbitcoins.com/ad/16078/buy-bitcoins-with-cash-chandler-az-usa) |
| MorpheusTitania (100+; 100%) (https://localbitcoins.com/ad/40390/buy-bitcoins-with-cash-avondale-az-85323-usa) ● | Avondale, AZ 85323, USA | 677.39 USD | Buy (https://localbitcoins.com/ad/40390/buy-bitcoins-with-cash-avondale-az-85323-usa) |
| MorpheusTitania (100+; 100%) (https://localbitcoins.com/ad/6372/buy-bitcoins-with-cash-scottsdale-az-85260-usa) ● | Scottsdale, AZ 85260, USA | 659.43 USD | Buy (https://localbitcoins.com/ad/6372/buy-bitcoins-with-cash-scottsdale-az-85260-usa) |

» Show all user's ads to buy bitcoins with cash (/accounts/profile/MorpheusTitania/buy-bitcoins-with-cash/)

# Sell bitcoins for cash to MorpheusTitania

| Buyer | Location | Price/BTC | |
|---|---|---|---|
| MorpheusTitania (100+; 100%) (https://localbitcoins.com/ad/6675/sell-bitcoins-for-cash-mesa-az-85206-usa) ● | Mesa, AZ 85206, USA | 594.26 USD | Sell (https://localbitcoins.com/ad/6675/sell-bitcoins-for-cash-mesa-az-85206-usa) |

» Show all user's ads to sell bitcoins for cash (/accounts/profile/MorpheusTitania/sell-bitcoins-to-cash/)

## Feedback

Feedback left by users with noticeable trade volume.

Sept. 9, 2015, 10:41 a.m.
👍

Nov. 17, 2015, 10:29 p.m.
👍 Awesome to work with!

May 13, 2015, 11:36 a.m.
👍 Fast smooth transaction

Aug. 18, 2013, 4:11 p.m.
👍 Good dealer!

Aug. 26, 2013, 2:19 p.m.
👍 yeah all went smoothly as usual

... see 💬 more feedback for **MorpheusTitania** (/accounts/profile/MorpheusTitania/feedback/)

 ⬡ LocalBitcoins.com

Chat with Support!   ▭

https://localbitcoins.com/accounts/profile/MorpheusTitania/        2/3

9/7/2016                                  MorpheusTitania on LocalBitcoins.com

ABOUT
   About us (/about)
   Careers (/careers)
   Terms of service (/terms_of_service/)
   Security bounties (/whitehat)
   Statistics (/statistics)
SUPPORT
   Contact support (/support/request/)
   Forgot password (/password_reset/)
   Lost two-factor (/faq#cp-2fa-not-working)
   Report phishing (/support/request/?indicator=2h-2i)
   FAQ (/faq)
SERVICES
   English
   Dashboard (/ads)
   Apps (/accounts/api/)
   API (/api-docs/)
   LocalBitcoins ATM (/atm/order-your-own-bitcoin-atm)
   Affiliate (/affiliate/)
   Block Explorer (https://chain.localbitcoins.com)
FOLLOW US
   f   Facebook (https://www.facebook.com/pages/Localbitcoinscom/266849920086274?notif_t=page_new_likes)
   ▼   Twitter (https://twitter.com/LocalBitcoins)
   G+  Google+ (https://plus.google.com/s/localbitcoins)
   ☺   Reddit (http://www.reddit.com/r/localbitcoins/)
   #   IRC (/irc)
   ℥   Blog (http://localbitcoins.blogspot.com/)
   ☺   Chinese Blog (http://www.weibo.com/localbitcoins/)

Chat with Support!   ▭

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT                          001129

# EXHIBIT

# C

RECORDED CONVERSATION
11-16-16

410

411   A:            Yeah.

412

413   A5:           And there's 600 other (cryptos) so...

414

415   A:            See what I don't understand is - so we've got the minors who - who, like, the nodes

416                 who do the conformation.

417

418   A5:           Right.

419

420   A:            And that's basically what keeps it all running.

421

422   A5:           Sure.

423

424   A:            That right?

425

426   A5:           Right.

427

428   A:            So...

429

430   A5:           Well but - the - well you have two things. You have the nodes...

431

432   A:            Uh-huh.

433

434   A5:           ...which verify the - at the - the transaction. It's like when we do a transaction...

435

436   A:            Yeah.

437

438   A5:           ...it gets sent out to these nodes. The nodes go - does (Morpheus) in his account have

439                 the big coins all the way back to when those big coins were formed.

440

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

RECORDED CONVERSATION
11-16-16

| | | |
|---|---|---|
| 441 | A: | Yeah. |
| 442 | | |
| 443 | A5: | And then if he does and all the numbers jive then it sends that out to the other nodes. |
| 444 | | Then the minors... |
| 445 | | |
| 446 | A: | But the nodes are run by the minors. Right? |
| 447 | | |
| 448 | A5: | No. |
| 449 | | |
| 450 | A: | Okay. |
| 451 | | |
| 452 | A5: | Separate. |
| 453 | | |
| 454 | A: | Nodes are different? |
| 455 | | |
| 456 | A5: | Right. |
| 457 | | |
| 458 | A: | Okay. |
| 459 | | |
| 460 | A5: | Separate. |
| 461 | | |
| 462 | A: | So the nodes will always be there. |
| 463 | | |
| 464 | A5: | Well the problem is - is you don't get paid to be a node... |
| 465 | | |
| 466 | A: | Yeah like when the (bic) coins runs out its still gonna probably go up in value 'cause |
| 467 | | there's none left to mine. But then who's gonna run the nodes if there's no reward for |
| 468 | | running a node. |
| 469 | | |
| 470 | A5: | Well the mi- see it's different. The nodes don't make any money. |
| 471 | | |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

RECORDED CONVERSATION
11-16-16

| 472 | A: | Okay. |
|---|---|---|
| 473 | | |
| 474 | A5: | I think that's a serious flaw in the system. So - but the - and - and - and it ta- it takes up |
| 475 | | gigabytes of - of data to store the block chain. Well so if you're a node you're running |
| 476 | | this thing just because you wanna support the network but it's, you know, it's - I've - |
| 477 | | I'm tempted to do it myself. |
| 478 | | |
| 479 | A: | Yeah. |
| 480 | | |
| 481 | A5: | And I can't even download the chain. It just - it craps out every single time I do it. So, |
| 482 | | uh, I - and then it eats up your bandwidth... |
| 483 | | |
| 484 | A: | Yeah. |
| 485 | | |
| 486 | A5: | I mean it - it's not an inexpensive thing to do. So - and then the miners - what they do |
| 487 | | is they take all the transactions and they put 'em into, uh, they - they put it into |
| 488 | | (shatcha) 56... |
| 489 | | |
| 490 | A: | Yeah. |
| 491 | | |
| 492 | A5: | ...and they go all these transactions - like transaction one, transaction two, transaction |
| 493 | | three, comma one. |
| 494 | | |
| 495 | A: | Yeah. |
| 496 | | |
| 497 | A5: | What's the - (shatcha) 56 for that? Well if it's smaller than the target then it's |
| 498 | | considered to be solid block and then they transmit that to the nodes and the no- and |
| 499 | | then they check - everybody checks to make sure that... |
| 500 | | |
| 501 | A: | Yeah. |
| 502 | | |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

Page 16 of 58
000725

| 503 | A5: | ...it's correct. And then if it is then people move on to the next block. |
| 504 | | |
| 505 | A: | All right. |
| 506 | | |
| 507 | A5: | Okay? But the thing is - is that the blocks are gettin' so big that for the bl- there's so |
| 508 | | many transactions goin' through that the block can't handle it. So then you have all |
| 509 | | these un- un- uh, what'cha call it? In the, uh, the transactions that go in the memory |
| 510 | | pool that - the way I overcome makin' sure that my transactions go through is I pay the |
| 511 | | higher fee. |
| 512 | | |
| 513 | A: | Yeah. |
| 514 | | |
| 515 | A5: | But then now you're paying this gigantic fee to make sure your transaction get |
| 516 | | included in the block. Now if you do $100,000 who cares? If you're doin' $0.50 now it's |
| 517 | | a problem. |
| 518 | | |
| 519 | A: | Yeah. |
| 520 | | |
| 521 | A5: | And unless the system can - can work at the small levels, you know, so we can do |
| 522 | | exchange pennies and parts of pennies... |
| 523 | | |
| 524 | A: | Yeah. |
| 525 | | |
| 526 | A5: | ...uh, because everything that's big was small at one time. |
| 527 | | |
| 528 | A: | Yeah. |
| 529 | | |
| 530 | A5: | Well if you want to be able to do tipping or something, like, people who write articles. |
| 531 | | "Oh I wanna give you five cents." |
| 532 | | |
| 533 | A: | Yeah. |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| 534 | | |
|---|---|---|
| 535 | A5: | Or whatever well - or it's just - you wanna sell things that don't have much value. |
| 536 | | |
| 537 | A: | Yeah. |
| 538 | | |
| 539 | A5: | But you wanna make it because w- it's like if you owed the - like me with this place |
| 540 | | Starbucks but if you go to, like, a regular coffee shop and they'll charge you $2.00 for |
| 541 | | this coffee. And I go in there - I'm broke. I say, "Hey I'll give you $1.50." No they won't |
| 542 | | take it. |
| 543 | | |
| 544 | A: | Yeah. |
| 545 | | |
| 546 | A5: | Well that's stupid. 'Cause you're makin' more than the $0.50. |
| 547 | | |
| 548 | A: | Yeah. |
| 549 | | |
| 550 | A5: | And all - alls I got is $1.50 at least you're makin' a sale and you're makin' some |
| 551 | | money. Some money is better than no money. |
| 552 | | |
| 553 | A: | Yeah. |
| 554 | | |
| 555 | A5: | Part of somethin's better than all of nothin'. Least the last time I checked. |
| 556 | | |
| 557 | A: | Yeah. |
| 558 | | |
| 559 | A5: | So but - and so this w- what it leads to is a drive of crisis to go down. |
| 560 | | |
| 561 | A: | Right. |
| 562 | | |
| 563 | A5: | And that's what the - that's what the big Hawaiian economy is all about - is about |
| 564 | | making things - because the government wants everything to cost more. |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

Page 18 of 58
000727

RECORDED CONVERSATION
11-16-16

| 565 | | |
|---|---|---|
| 566 | A: | Yeah. |
| 567 | | |
| 568 | A5: | Look at - hello. All the dumb shits in the minimum wage. Who wanna have a minimum |
| 569 | | wage that's $12 an hour. |
| 570 | | |
| 571 | A: | Yeah. |
| 572 | | |
| 573 | A5: | Well guess what? I own a McDonald's. And the price the - it went from $8 to $12 or if |
| 574 | | everybody's fired and everybody's gonna work harder. |
| 575 | | |
| 576 | A: | Right. |
| 577 | | |
| 578 | A5: | And then plus I'll get some robots in there to do the work of all the people that I've had |
| 579 | | to fire... |
| 580 | | |
| 581 | A: | Right. |
| 582 | | |
| 583 | A5: | ...and then I don't pay 'em any benefits. I don't have to pay 'em any minimum wage |
| 584 | | and I don't have to have any, you know, all these dumb shit kids that I have to baby- |
| 585 | | sit. |
| 586 | | |
| 587 | A: | Yeah. |
| 588 | | |
| 589 | A5: | Guess what? What's the net total? The net total is you have less jobs. |
| 590 | | |
| 591 | A: | Yeah. |
| 592 | | |
| 593 | A5: | But this is how dumb people are. My girlfriend even voted for that stupid shit. It's like |
| 594 | | wait a second. She goes well we have to pay people minimum wage. You know I |
| 595 | | remember when I was a kid - I'm older than you. My first job - I was working at (Fries) - |

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT

| 596 | | the carry out. The minimum wage was $2.35. |
| 597 | | |
| 598 | A: | Yeah. |
| 599 | | |
| 600 | A5: | But I didn't say to myself, you know, I wanna live on this forever. |
| 601 | | |
| 602 | A: | Yeah. |
| 603 | | |
| 604 | A5: | I'm gonna be a carry out for the rest of my life. |
| 605 | | |
| 606 | A: | Exactly. |
| 607 | | |
| 608 | A5: | It's stupid. |
| 609 | | |
| 610 | A: | Yup. Yup. (Unintelligible). |
| 611 | | |
| 612 | A5: | So if I have a job that maybe doesn't - that maybe I have - I want somebody to sweep |
| 613 | | the sidewalks and I think it's only worth $5 an hour. That means I can't hire somebody |
| 614 | | to sweep the side- that means I gotta do it myself. |
| 615 | | |
| 616 | A: | Yup. Yup. I don't get it. |
| 617 | | |
| 618 | A5: | Y- it - it's just - it - it - the government has no business being involved in schools, being |
| 619 | | involved in marriage, being involved in education, being involved in - in - in - in, uh, in - |
| 620 | | in employment. |
| 621 | | |
| 622 | A: | Yeah. |
| 623 | | |
| 624 | A5: | Their job is to do two things. Protect our rights and make sure that nobody gets in that |
| 625 | | comes across the border without, uh, you know, some documentation or having some |
| 626 | | kind of, uh, border protection. |

RECORDED CONVERSATION
11-16-16

627

628    A:      Yeah.

629

630    A5:     Like at your house - you have border protection 'cause you don't want somebody
631            comin' in your house.

632

633    A:      Yeah.

634

635    A5:     I mean - somebody comes in your house you blow his brains out. You know? But I
636            mean that - these are the two things they're supposed to do and those are the two
637            things they don't do. And it pisses me off.

638

639    A:      Well and I hope (bic) point is around forever and I hope that's the new currency. You
640            gotta keep it going.

641

642    A5:     There's no hoping. It - it already is.

643

644    A:      Yup.

645

646    A5:     It already is.

647

648    A:      And right now it does what I need. I need to take my cash and I need to get it to
649            somebody without havin' to drive across the country.

650

651    A5:     Exactly. I have a guy...

652

653    A:      And that's the only way to do it.

654

655    A5:     ...right now - his wife is getting a bonus who works for a, uh, a (unintelligible).

656

657    A:      I had to deal with cops pullin' me over and tryin' to feed my money.

Page 21 of 58

U.S. v. Costanzo, et al.          CR-17-00585-PHX-JJT          000730