# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

CR-17-585-1-PHX-GMS          DATE: 1/4/18
Case Number

HON: G. Murray Snow

USA v. Thomas Mario Costanzo

DEFENDANT: X Present _Not Present _Released X Custody (Restraint level 2L) _Writ

Deputy Clerk: Kathleen Zoratti    Court Reporter: Charlotte Powers

U.S.Atty: Gary Restaino, Matthew Binford and Carolina Escalante
Defense: Maria Weidner and Zachary Cain
         X FPD  apptd  retd
================================================================================

**PROCEEDINGS:**  X Open Court   _Chambers   _Other   _SEALED

9:05 a.m.  Motion Hearing held.  IT IS ORDERED as follows:

Government's Motion to Seal (Doc. 102) is GRANTED, and accompanying Motion is granted.
Defendant's Motion to Disclose Grand Jury Instructions and Transcripts (Doc. 54) is GRANTED.
Defendant's Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g) (Doc. 95) is DENIED.
Defendant's Motion to Dismiss Count 8 (Doc. 67) is GRANTED.
Defendant's Motion Seeking Relief from Misjoinder (Doc. 58) is DENIED AS MOOT.
Defendant's Motion to Dismiss Counts 3, 4, 5, 6 & 7 of the First Superseding Indictment (Doc. 63) is DENIED as set forth on the record.
Defendant's Motion to Suppress Evidence (Doc. 65) is DENIED WITHOUT PREJUDICE as set forth on the record.
Government's Motion to Seal (Doc. 82) is GRANTED.

10:05 a.m.  Hearing concludes.

                                            Time in Court:  1 hr.
                                            9:05 AM - 10:05 AM