# TRANSCRIPT ORDER

AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Terry I. Major | 623-451-5588 | 01/16/2018 |

**4. FIRM NAME**

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| PO Box 1115 | Glendale | AZ | 85311 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS |
|---|---|---|
| 2:17-CR-585-PHX-GMS | Hon. G. Murray Snow | 11. 04/21/2017   12. 01/04/2018 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS |
|---|---|
| USA v. Thomas Mario Costanzo | 14. Phoenix   15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | ALL DATES |
| [ ] OPENING STATEMENT (Plaintiff) | | | 04/21/2017 |
| [ ] OPENING STATEMENT (Defendant) | | | 04/27/2017 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 06/23/2017 |
| [ ] CLOSING ARGUMENT (Defendant) | | | 06/28/2017 |
| [ ] OPINION OF COURT | | | 12/04/2017 |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | 01/04/2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [x] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: tmajor@greytechs.com

**19. SIGNATURE**  s/Terry I. Major

**20. DATE**  January 16, 2018

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY