JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-PHX-GMS |
|---|---|
| Plaintiff, | **MOTION FOR BILL OF PARTICULARS** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant | |

   Defendant Thomas Mario Costanzo, by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure and the inherent power of the United States District Courts, to order the Government to file a bill of particulars providing the Court and the defendant with the information described below regarding Counts 3, 4, 5, 6, and 7 of the First Superseding Indictment, and further moves the Court, pursuant to the Due Process Clause of the Fifth Amendment and the Sixth Amendment of the United States Constitution, to order the Government to provide notice of that same information.

. . .

. . .

. . .

. . .

. . .

## FACTS

Count 3-7 of the present indictment charge Mr. Costanzo with the crime of Money Laundering Conspiracy 18 U.S.C. § 1956(a)(3)(B) (regarding funds represented by law enforcement to be the proceeds of a specified unlawful activity) and (a)(3)(C) (to avoid a transaction reporting requirement under state or federal law). Mr. Costanzo's concern lies in the fact that the charges are silent with respect to what federal statutory transaction reporting requirement(s) he is alleged to have intended to avoid.

While the indictment does specify that the relevant transaction reporting requirement(s) are federal rather than state, there is otherwise no indication of what transaction reporting requirement(s) is/are alleged to have been avoided by Mr. Costanzo. This aspect of the indictment is thus insufficient to provide proper notice to properly prepare for trial, avoid surprise, and guard against double jeopardy. *United States v. Burt*, 765 F.2d 1364, 1367 (9th Cir. 1985).

## ARGUMENT

A bill of particulars "is intended to supplement the indictment by providing more detail of the facts upon which the charges are based." *United States v. Inryco, Inc.*, 642 F.2d 290, 295 (9th Cir. 1981). A bill of particulars serves three purposes: 1) to aid the defense in preparing for trial, 2) to eliminate surprise at trial, and 3) to protect against double jeopardy. *Burt*, 765 F.2d at 1367. While a motion for a bill of particulars must typically be filed within ten days of the arraignment, the motion may be made at a later time if the court permits. Fed. R. Crim. P. 7(f). It is customary in this jurisdiction for the government to consider the filing of defense motions (beyond motions to continue) as an indication that the matter will proceed to trial. It was hoped that the Grand Jury transcripts disclosed would elucidate this issue, but they too are silent on this matter.

Mr. Costanzo therefore requests the government be ordered to provide the defense with the following information critical to effective representation as to charges of violating 18 U.S.C. § 1956(a)(3)(C) in the present indictment: the applicable federal

transaction reporting requirement(s) Mr. Costanzo is alleged to have sought to avoid for each of the remaining counts of the present indictment.

## CONCLUSION

Mr. Costanzo therefore requests that this Court order the Government to file a bill of particulars identifying the federal transaction reporting requirement(s) that Mr. Costanzo is alleged to have sought to avoid for each of the charged transactions in the present indictment, and further moves the Court to order the Government to provide notice of that same information.

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: January 19, 2018.

JON M. SANDS
Federal Public Defender

*s/ Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing delivered filing January 19, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

MATTHEW BINFORD
CAROLINA ESCALANTE-KONTI
GARY RESTAINO
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

*s/yc*