**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

```
United States of America,         )
                                  )
              Plaintiff,           )   CR-17-00585-PHX-GMS(DKD)
                                  )
         vs.                       )   Phoenix, Arizona
                                  )   June 28, 2017
Thomas Mario Costanzo,             )   10:07 a.m.
                                  )
              Defendant.           )
_____)
```

**BEFORE:   THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE**

**TRANSCRIPT OF PROCEEDINGS**

**ARRAIGNMENT ON SUPERSEDING INDICTMENT**


           A P P E A R A N C E S

For the Government:
    **VINCENT Q. KIRBY, ESQ.**
    U.S. Attorney's Office (Phoenix)
    40 N. Central, Ste. 1800
    Phoenix, AZ 85004-4408
    602.514.7500/(fax) 602.514.7650

For the Defendant:
    **MARIA WEIDNER, ESQ.**
    Federal Public Defender (Phoenix)
    805 W. Adams St., Ste. 201
    Phoenix, AZ  85007
    602.382.2700/(fax)602.382.2800

Transcriptionist:
**Elaine Cropper**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 35
Phoenix, Arizona  85003-2150
602.322.7245/(fax) 602.322.7253

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

United States District Court

**P R O C E E D I N G S**

    (Defendant present and in custody.)

    (Court was called to order by the courtroom deputy.)

    (Proceedings begin at 10:07 a.m.)

    COURTROOM DEPUTY: Case number CR17-585, *United States of America v. Thomas Mario Costanzo*, before the Court for arraignment as to the superseding indictment.

    MR. KIRBY: Vincent Kirby on behalf of the United States.

    THE COURT: Good morning, Mr. Kirby.

    MS. WEIDNER: Good morning, Your Honor. Maria Weidner for Mr. Costanzo. He is present and in custody.

    THE COURT: Good morning Ms. Weidner. Did you have an opportunity to review the document with your client?

    MS. WEIDNER: Yes, your Honor. I reviewed it with him in the marshals' cell this morning.

    He advises that his name is spelled correctly in the caption and understands the charges against him and the forfeiture allegation and waives reading in open court and asks the Court to enter pleas of not guilty as to the counts against him as well as a denial of the forfeiture allegation.

    THE COURT: Sir, your pleas of not guilty are entered into the record as well as a denial of the forfeiture allegation and we have a trial date set for you. Tuesday, August 1, 2017, at 9:00 a.m. before Judge Tuchi and that is

```
 1   courtroom 505.
 2               It is ordered setting your motions deadline for July
 3   7, 2017.
 4               Is there anything further?
 5               MS. WEIDNER:  Nothing further, Your Honor.
 6               THE COURT:  All right.  Have a good day.
 7               (Proceedings concluded at 10:08 a.m..)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CR-17-00585-PHX-GMS(DKD), June 28, 2017

```
 1
 2
 3
 4                    C E R T I F I C A T E
 5
 6         I, ELAINE M. CROPPER, court-approved transcriber,
 7    certify that the foregoing is a correct transcript, to the
 8    best of my skill and ability, from the official electronic
 9    sound recording of the proceedings in the above-entitled
10    matter.
11
12         DATED at Phoenix, Arizona, this 25th day of January,
13    2018.
14
15
16
17                                         s/Elaine M. Cropper
18                                    _____
19                                         Elaine M. Cropper
20
21
22
23
24
25
```

United States District Court