ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00585-PHX-GMS |
|---|---|
| Plaintiff, | **UNITED STATES' NOTICE OF ADMISSIONS AND STATEMENTS** |
| v. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Pursuant to Local Rule of Criminal Procedure 16.1, the government provides notice of the post-arrest statements by defendant on April 20, 2017, as memorialized in the audio recording bates-stamped as 3268 and the two-page summary memorandum bates-stamped 3269-3270.  The government does not intend to use these statements in its case-in-chief, but reserves the ability to use them for impeachment purposes.

Respectfully submitted this 22nd day of February, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
*s/ Gary Restaino*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY M. RESTAINO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Maria T. Weidner,
*Attorney for Defendant*


 *s/Cristina Abramo*
U.S. Attorney's Office