ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00585-PHX-GMS |
|---|---|
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| v. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

The parties submit the following joint statement of the case:

This is a criminal case brought by the United States government.

The government charges the defendant with five counts of money laundering. Specifically, the government alleges that on five occasions Mr. Costanzo accepted money represented by undercover agents to be proceeds of drug transactions and exchanged that money for bitcoin. The government further alleges that Mr. Costanzo intended to avoid federal currency transaction reporting requirements and to conceal and disguise the nature of the money[1] when he exchanged the money for bitcoin.

---

[1] The defendant objects to this clause. The government includes it because it is part of the disjunctive manner in which a jury may find a "sting" violation: based on the intent

This is a "sting" case, which means that the money provided to Mr. Costanzo was not actually drug proceeds and the undercover agents involved were not actually drug dealers.

The charges against Mr. Costanzo are contained in the indictment. The indictment simply describes the charges made by the government against the defendant, and does not constitute evidence.

Mr. Costanzo denies the charges.[2]

Mr. Costanzo denies that he intended to evade federal currency transaction reporting requirements when he exchanged the bitcoins for money.

Mr. Costanzo asserts that he did not rely on representations made by the undercover agents that the money involved was drug trafficking proceeds.[3]

Respectfully submitted this 1st day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Gary Restaino*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY RESTAINO
Assistant U.S. Attorneys

*s/ Maria Weidner with permission*
MARIA WEIDNER
ZACHARY CAIN
Assistant Federal Public Defenders
Attorneys for defendant

---

to evade reporting requirements; or the intent to conceal and disguise the nature of the dirty money.

[2] The government recommends this final sentence in lieu of the defendant's proposed final two sentences.

[3] The defendant recommends these final two sentences in lieu of the government's proposed final sentence.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*s/Cristina Abramo*
U.S. Attorney's Office