UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

USA vs. Costanzo, Thomas, M.
Last, First, Middle Initial

CR- 17-00585-1-PHX-GMS
Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☒ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Michael Fleischmann, Special Agent (IRS) | G | | |
| 2. | Sergei Kushner, Special Agent (IRS) | G | | |
| 3. | Thomas Klepper, Special Agent (IRS) | G | | |
| 4. | Chad Martin, Task Force Officer (DEA/SPD) | G | | |
| 5. | Aric Manore, Task Force Officer (DEA) | G | | |
| 6. | John Nelson, Special Agent (DEA) | G | | |
| 7. | Keith Landa, Special Agent (DEA) | G | | |
| 8. | Schuyler Kenney, Special Agent (DEA) | G | | |
| 9. | William Green, Special Agent (HSI) | G | | |
| 10. | Don Ellsworth, Special Agent (IRS) | G | | |
| 11. | Marcus Hernandez, Task Force Officer (DEA) | G | | |
| 12. | David Alvarado, Task Force Officer (DEA) | G | | |
| 13. | Ed Goodyear, Special Agent (HSI) | G | | |
| 14. | Chris Hemerka, Special Agent (HSI) | G | | |
| 15. | Erin McLoughlin, Special Agent (HSI) | G | | |

|     | NAME | G/D | DATE SWORN | DATE APPEARED |
|-----|------|-----|------------|---------------|
| 16. | Brandon Lopez, Special Agent (IRS) | G | | |
| 17. | Justin Owens, Special Agent (IRS) | G | | |
| 18. | Alicia Aldecoa, Special Agent (IRS) | G | | |
| 19. | David Votaw, Special Agent (IRS) | G | | |
| 20. | Robin Newgren, Special Agent (IRS) | G | | |
| 21. | Sergeant Dietrich (MCSO SWAT Team) | G | | |
| 22. | Jason L. Shadle, Forensic Computer Analyst, Sr. (USPS) | G | | |
| 23. | Marcella Preciado, Custodian of Records (CoreCivic) | G | | |
| 24. | Aaron Medina, Custodian of Records (CoreCivic) | G | | |
| 25. | Nolan Sperling | G | | |
| 26. | Kelly Westbrook | G | | |
| 27. | Michael Baysek | D | | |
| 28. | Todd Kandaris | D | | |
| 29. | Michael Shoen | D | | |
| 30. | Tom Westbrook | D | | |