UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>Thomas Mario Costanzo,<br><br>    Defendant. | CR-17-00585-1-PHX-GMS<br><br>**VERDICT FORM** |

We, the Jury, find the defendant, Thomas Mario Costanzo:

_____ of Money Laundering, as charged in Count 1 of the Indictment ($3,000 on or around May 20, 2015).
Guilty / Not Guilty

If you find the defendant guilty, as charged in Count 1 of the Indictment, please check one or both of the following boxes:

☐   The defendant intended to avoid a transaction reporting requirement.
☐   The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

_____ of Money Laundering, as charged in Count 2 of the Indictment ($13,000 on or around October 7, 2015).
Guilty / Not Guilty

If you find the defendant guilty, as charged in Count 2 of the Indictment, please check one or both of the following boxes:

☐   The defendant intended to avoid a transaction reporting requirement.
☐   The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

_____  of Money Laundering, as charged in Count 3 of the
Guilty / Not Guilty          Indictment ($13,000 on or around November 21, 2015)

If you find the defendant guilty, as charged in Count 3 of the Indictment, please check one or both of the following boxes:

☐  The defendant intended to avoid a transaction reporting requirement.
☐  The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

_____  of Money Laundering, as charged in Count 4 of the
Guilty / Not Guilty          Indictment ($30,000 on or around February 2, 2017).

If you find the defendant guilty, as charged in Count 4 of the Indictment, please check one or both of the following boxes:

☐  The defendant intended to avoid a transaction reporting requirement.
☐  The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

_____  of Money Laundering, as charged in Count 5 of the
Guilty / Not Guilty          Indictment ($107,000 on or around April 20, 2017).

If you find the defendant guilty, as charged in Count 5 of the Indictment, please check one or both of the following boxes:

☐  The defendant intended to avoid a transaction reporting requirement.
☐  The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

_____           _____
DATE                                  Presiding Juror Number