JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA WEIDNER, #027912
maria_weidner@fd.org
ZACHARY CAIN, #020396
zachary_cain@fd.org
Asst. Federal Public Defender
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | No. CR-17-0585-PHX-GMS<br><br>**NOTICE OF EXPERT TESTIMONY FOR THE DEFENSE** |

Thomas Mario Costanzo, by and through undersigned counsel, hereby files this Notice pursuant to Fe. R. Crim. P. 16(b)(1)(C) that he anticipates introducing expert testimony at trial under Fed. R. Evid. 702, 703, & 705. The defense anticipates calling:

1. **Todd Kandaris**, a local businessman specializing in blockchain technologies and automation. He is affiliated with Stepwyze of Mesa, Arizona, a leader in providing automation and blockchain technology to developers and organizations who seek the very best in I.T. systems. He also has extensive experience with and understanding of the development, use, and potentials for intangible commodities, including bitcoin.

　　Mr. Kandaris is consulting with the defense on bitcoin and blockchain issues and will testify as necessary to provide additional information if needed or upon rebuttal to clarify or correct expert testimony elicited from Special Agent Ellsworth, as appropriate.

The defense will comply with Fed. R. Crim. P. 16(b)(1)(C), providing the government and this court with Mr. Kandaris' resume and a written summary of the testimony the defense expects may be offered as evidence at trial.

Respectfully submitted: March 1, 2018.

          JON M. SANDS
          Federal Public Defender

          *s/Maria Teresa Weidner*
          MARIA TERESA WEIDNER
          ZACHARY CAIN
          Asst. Federal Public Defenders

Copy of the foregoing transmitted by ECF for filing March 1, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

MATTHEW BINFORD
FERNANDA CAROLINA ESCALANTE-KONTI
GARY RESTAINO
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*