# EXHIBIT 1

| | |
|---|---|
| **From:** | Restaino, Gary (USAAZ) |
| **To:** | Maria Weidner; zachary_cain@fd.org |
| **Cc:** | Binford, Matthew (USAAZ); Escalante Konti, Fernanda (USAAZ) |
| **Subject:** | Costanzo test email |
| **Date:** | Wednesday, February 28, 2018 5:54:00 PM |

1. I still haven't received your email from earlier today, or the re-send. Which is fine; we get what you're filing.
2. But I do want to make sure you've been getting our emails. If not I guess I can find a fax machine.
    a. I sent the letter last night that identifies the specific stuff we would use from the computers. From the context of our conversation earlier, I think you did get it.
    b. And then I attached the actual exhibits in another email last night.
    c. And then today around 3pm Matt sent an email about an additional witness name (and I added a polite "please remember to get us the joint packet" reminder).
    d. And finally today around 3:06pm legal assistant Yvonne Garcia sent the cover letter that accompanies the hard drive that was on its way back to you.
3. More on the *Brady* issue, and I appreciate that you're not raising those concerns with respect to the computer evidence: We think Exhibit 28 is a computer used by Bob Podolski. We took a look at the outlook folders, and the emails belong to him. The larger outlook file or its backup does have a small folder of Morpheus communications; nothing rang bells from either an inculpatory or exculpatory perspective for us.
4. Send me a quick "yup we got it" email if in fact you get this.

Gary


Gary M. Restaino
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Direct Line: (602) 514-7756