JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA WEIDNER, #027912
maria_weidner@fd.org
ZACHARY CAIN, #020396
zachary_cain@fd.org
Asst. Federal Public Defender
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-PHX-GMS |
|---|---|
| Plaintiff, | **SUPPLEMENT TO NOTICE OF EXPERT TESTIMONY FOR THE DEFENSE** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Thomas Mario Costanzo, by and through undersigned counsel, hereby files this Supplement to his Notice of Intent to Rely on Expert Testimony of Todd Kandaris:

1. **Basis for Mr. Kandaris' qualification as an expert regarding Bitcoin and Blockchain technology.**

   The defense provides notice that Mr. Kandaris' resume was provided to the prosecution via email on March 2, 2018. Mr. Kandaris' resume is also attached here for the Court's review as Exhibit A (filed under seal). This document details Mr. Kandaris' knowledge, skill, experience, training, and education in Information Technology, including Blockchain and "crypto-currency" technologies, including Bitcoin.

2. **Summary of Mr. Kandaris' anticipated testimony at trial.**

   Mr. Kandaris will provide testimony explaining Blockchain and Bitcoin technologies, including the decentralized nature of bitcoin and other cryptocurrencies that utilize Blockchain technology. He will testify as to the risks and benefits of major exchange platforms versus peer-to-peer exchanges, and explain the purpose and function of bitcoin meetups.

The defense has complied with Fed. R. Crim. P. 16(b)(1)(C) via production of Mr. Kandaris' resume and the above summary of testimony the defense expects may be offered as evidence at trial.

Respectfully submitted: March 8, 2018.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
ZACHARY CAIN
Asst. Federal Public Defenders

Copy of the foregoing transmitted by ECF for filing March 8, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

MATTHEW BINFORD
FERNANDA CAROLINA ESCALANTE-KONTI
GARY RESTAINO
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*