JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, #027912
Asst. Federal Public Defender
ZACHARY CAIN
Attorneys for Defendant
maria_weidner@fd.org
zachary_cain@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-585-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE OF FILING ADDITIONAL EXHIBIT TO DOCKET #134** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

    Thomas Mario Costanzo, through undersigned counsel, hereby gives notice of filing the attached Exhibit F to docket #134 (Defense Motion in Limine to Preclude Digital Evidence for Late Discovery).

    Respectfully submitted: March 12, 2018.

                          JON M. SANDS
                           Federal Public Defender

                           *s/Maria Teresa Weidner*
                           MARIA TERESA WEIDNER
                           Asst. Federal Public Defender

| | |
|---|---|
| 1 | Copy of the foregoing transmitted |
| 2 | by ECF for filing March 12, 2018, to: |
| 3 | CLERK'S OFFICE |
| 4 | United States District Court |
|   | Sandra Day O'Connor Courthouse |
| 5 | 401 W. Washington |
| 6 | Phoenix, Arizona 85003 |
| 7 | FERNANDA CAROLINA ESCALANTE |
| 8 | MATTHEW H. BINFORD |
|   | GARY M. RESTAINO |
| 9 | Assistant U.S. Attorneys |
| 10 | United States Attorney's Office |
|    | Two Renaissance Square |
| 11 | 40 N. Central Avenue, Suite 1200 |
| 12 | Phoenix, Arizona 85004-4408 |
| 13 | |
|    | Copy mailed to: |
| 14 | |
| 15 | THOMAS MARIO COSTANZO |
|    | Defendant |
| 16 | |
| 17 |   _s/yc_ |