JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA WEIDNER, #027912
maria_weidner@fd.org
ZACHARY CAIN, #020396
zachary_cain@fd.org
Asst. Federal Public Defender
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>   Defendant. | No. CR-17-0585-PHX-GMS<br><br>**NOTICE OF ADDITIONAL<br>VOIR DIRE QUESTIONS<br>PROPOSED BY THE DEFENSE** |

Thomas Mario Costanzo, by and through undersigned counsel, hereby files the following additional proposed voir dire questions:

**PROPOSED JOINT VOIR DIRE QUESTION TO BE INSERTED SUBSEQUENT TO CURRENT QUESTION # 20:**

You may hear evidence that references recreational drug use in this case. Do you have strong feelings about recreational drug use? Is there anything about that information that would affect your ability to give either the United States or the defendant a fair hearing in this matter?

**PROPOSED JOINT VOIR DIRE QUESTION TO BE INSERTED SUBSEQUENT TO CURRENT QUESTION # 22:**

If the United States does not meet its burden of proof under the law, would you have difficulty finding a person not guilty because of your own personal beliefs or attitudes about a case of this nature, because of your sympathy for the government, or because it might otherwise be an unpleasant task?

Respectfully submitted: March 13, 2018.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
ZACHARY CAIN
Asst. Federal Public Defenders

Copy of the foregoing transmitted by ECF for filing March 13, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

MATTHEW BINFORD
FERNANDA CAROLINA ESCALANTE-KONTI
GARY RESTAINO
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

  *s/yc*