ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>Defendant. | CR-17-00585-PHX-GMS<br><br>**UNITED STATES' NOTICE RE: DEFENSE SUPPLEMENTAL VOIR DIRE, AND CORRECTION TO THE PROPOSED VERDICT FORM** |
|---|---|

The United States has no objection to the additional voir dire questions propounded by the defense in dkt. # 156.

The government raises one additional matter that undersigned counsel forgot to mention at the pretrial conference, to wit: the form of verdict for Count 3 (the November 21, 2015 transaction) should read $11,700 in lieu of $13,000.[1]

---

[1] "Count 3" for purposes of the proposed verdict form is Count 5 of the Superseding Indictment.  Count 5 of the Superseding Indictment identifies the transaction amount as $13,000 but in actuality the transactions specific to defendant Costanzo total $11,700 on that date.

Respectfully submitted this 13th day of March, 2018.

> ELIZABETH A. STRANGE
> First Assistant United States Attorney
> District of Arizona
>
> *s/ Gary Restaino*
> MATTHEW BINFORD
> CAROLINA ESCALANTE
> GARY M. RESTAINO
> Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

 I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and generation of a Notice of Electronic Filing to all counsel of record.