# INDEX OF EXHIBITS

<u>United States v. Thomas Mario Costanzo</u>

CR-17-585-PHX-GMS

Exhibit A .................................................................Email dated Feb. 27, 2018
Exhibit B .................................................................Email dated Mar. 14, 2018
Exhibit C ...........................................Bitcoin flyer noticed in Feb. 27, 2018 email

# EXHIBIT A


RE: CostanzoRestaino, Gary (USAAZ) to: Maria Weidner,
02/27/2018 04:57 PM
Cc: "Binford, Matthew (USAAZ)", "Escalante Konti , Fernanda (USAAZ)"
From: "Restaino, Gary (USAAZ)"
To: Maria Weidner

Cc: "Binford, Matthew (USAAZ)"                                                "Escalante Konti ,
Fernanda (USAAZ)"
History:
This message has been forwarded.

8 Attachments

local bitcoin flyer-2 w #.pdf  Serge Report.pdf  Sperling Report.pdf  Kuro Bubble DMT Report.pdf

Mad Steve Report.pdf  Mad Wife Report.pdf  Jake (UC3) Chat Report.pdf  Amideo Chat Report.pdf

Let's see if these go through.

---

**From:** Restaino, Gary (USAAZ)
**Sent:** Tuesday, February 27, 2018 4:50 PM
**To:** 'Maria Weidner'
**Cc:** Binford, Matthew (USAAZ)                        Escalante Konti , Fernanda (USAAZ)

**Subject:** Costanzo

Maria and Zach – see attached re: the info we intend to exhibit from the computer peripherals (although the form of presentation may change). I will try to send the 8 documents via email in a followup; if they don't go through we will get them to you tomorrow.

Gary


Gary M. Restaino
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004

# EXHIBIT B



Letters identificationRestaino, Gary (USAAZ) to: Maria Weidner, Zachary Cain 03/13/2018 08:54 PM
Cc: "Escalante Konti , Fernanda (USAAZ)", "Binford, Matthew (USAAZ)"
From: "Restaino, Gary (USAAZ)"
To: Maria Weidner                              , Zachary Cain
    "Escalante Konti , Fernanda (USAAZ)"
    "Binford, Matthew (USAAZ)"
History:This message has been replied to.

| | |
|---|---|
| Letter to D | 5/9/17 is bates 4833-4838. |
| Letter to M | 5/12/17 is bates 4849-4852. |

# EXHIBIT C



# LocalBitcoins.com

# Buy bitcoins with cash near this area! (85201, Mesa, United States)

Check the price and contact in:

https://localbitcoins.com/ad/6372



bitcoin

I travel all over the valley. I come to you! Lets do BitCoin! text is best 602-434-1725

If you're new to BitCoins send me your public Key. I will be more than happy to fund your account for FREE.
Pay it forward!
www.meetup.com/Creativity-Enhancement-Mastermind-Group/

Bitcoin is the first decentralized currency, outside the control of goverments and banks. More information at weusecoins.com

Buy bitcoins 602-434-1725 | Buy bitcoins 602-434-1725 | Buy bitcoins 602-4343-1725 | Buy bitcoins 602-4343-1725 | Buy bitcoins 602-434-1725 | Buy bitcoins 602-434-1725 | Buy bitcoins 602-434-1725 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372 | Buy bitcoins https://localbitcoins.com/ad/6372