ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       v.<br><br>Thomas Mario Costanzo,<br><br>            Defendant. | CR-17-00585-PHX-GMS<br><br>**STIPULATION AS TO UNDERCOVER RECORDINGS** |

The government has marked as exhibits excerpts from the audio recordings of communications between undercover agents and Mr. Costanzo.  The parties stipulate as follows:

    1. The parties stipulate and agree to the authenticity and admissibility of the excerpts of recordings for the five charged counts, and the parties also stipulate to the presentation at trial of each excerpt accompanied by scrolling text that corresponds to each excerpt:

        a. Ex. 102 (Clips A through J): May 20, 2015 conversation between UC1 (Sergei Kushner) and Mr. Costanzo.

        b. Ex. 103 (Clips A through K): October 7, 2015 conversation between

                UC2 (Tom Klepper) and Mr. Costanzo.

    c.    Ex. 104 (Clips A through F): November 21, 2015 conversation between UC1 (Sergei Kushner) and Mr. Costanzo.

    d.    Ex. 107 (Clips A through G): February 2, 2017 conversation between UC3 (Chad Martin) and Mr. Costanzo.

    e.    Ex. 109 (Clips A through D): April 20, 2017 conversation between UC3 (Chad Martin) and Mr. Costanzo.

2.    The parties stipulate and agree to the authenticity of the excerpts of recordings for three uncharged transactions. The defense reserves a relevance objection to the introduction of the excerpts of recordings for these days. If the Court admits the audio excerpts the parties stipulate to the presentation at trial of each excerpt accompanied by scrolling text that corresponds to each excerpt:

    a.    Ex. 101 (Clips A through R): March 20, 2015 conversation between UC1 (Sergei Kushner) and Mr. Costanzo.

    b.    Ex. 105 (Clips A through Q): September 14, 2016 conversation between UC3 (Chad Martin) and Mr. Costanzo.

    c.    Ex. 106 (Clips A through E): November 16, 2016 conversation between UC3 (Chad Martin) and Mr. Costanzo.

3.    The parties have no agreement as to the authentication or admissibility of excerpts of recordings (Ex. 108A, 108B and 108C) of the April 10, 2017 conversation between UC3 (Chad Martin), Mr. Costanzo, and Dr. Peter Steinmetz.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 19th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Gary Restaino*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY RESTAINO
Assistant U.S. Attorneys

s/ Maria Weidner with permission
MARIA WEIDNER
ZACHARY CAIN
Assistant Federal Public Defenders
Attorneys for defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*s/Cristina Abramo*
U.S. Attorney's Office