# EXHIBIT 97

| 28 | **Participants:**<br>316603226<br>* * *<br>Amideo<br>* * *<br>100024878<br>* * *<br> Morpheus (owner)<br>* * *<br>**Identifier:** 316603226<br>**Source:** Telegram<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/org.telegram.messenger/files/cache4.db : 0x52FBC (Table: messages, users, Size: 634880 bytes)<br>**Source Extraction:** File System<br>**Body file:** chat-28.txt | **Start Time:** 12/13/2016 1:02:16 PM(UTC-7)<br>**Last Activity:** 12/13/2016 1:02:16 PM(UTC-7)<br>**Number of attachments:** 0 |

12/13/2016 1:02:16 PM(UTC-7)Direction:Outgoing, 100024878 (Morpheus)
I use it at least it's not on the servers for the phone co
**Status:** Sent
**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/org.telegram.messenger/files/cache4.db : 0x52FBC (Table: messages, users, Size: 634880 bytes)

| 28(1) | **Participants:**<br>316603226<br>* * *<br>Amideo<br>* * *<br>100024878<br>* * *<br> Morpheus (owner)<br>* * *<br>**Identifier:** 316603226<br>**Source:** Telegram<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/org.telegram.messenger/files/cache4.db : 0x52FBC (Size: 634880 bytes)<br>**Source Extraction:** Logical<br>**Body file:** | **Start Time:** 12/13/2016 1:02:16 PM(UTC-7)<br>**Last Activity:** 12/13/2016 1:02:16 PM(UTC-7)<br>**Number of attachments:** 0 |

12/13/2016 1:02:16 PM(UTC-7)Direction:Outgoing, 100024878 (Morpheus)
I use it at least it's not on the servers for the phone co
**Status:** Sent
**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/org.telegram.messenger/files/cache4.db : 0x52FBC (Table: messages, users, Size: 634880 bytes)