# EXHIBIT 120



# Extraction Report
Cellebrite UFED Reports

## Participants
Kuro

## Conversation - SMS Messages (19)

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|--------|-------|------|----------------|------|--------|---------|---------|
| 1 | Inbox | **From**  **Direction:** Incoming | 8/18/2015 12:29:50 PM(UTC-7) | **Network:** 8/18/2015 12:29:47 PM(UTC-7) | +14054720057 | Read | did you still want that dmt? **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6767A2 (Table: sms, Size: 14880768 bytes) | |
| 2 | Sent | **To** Kuro* **Direction:** Outgoing | 8/18/2015 12:32:08 PM(UTC-7) | | | Sent | Lets use telegraph app for text **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x676682 (Table: sms, Size: 14880768 bytes) | |
| 3 | Inbox | **From** Kuro* **Direction:** Incoming | 8/18/2015 12:32:36 PM(UTC-7) | **Network:** 8/18/2015 12:32:34 PM(UTC-7) | +14054720057 | Read | i cant they wont let me haha **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x67661D (Table: sms, Size: 14880768 bytes) | |
| 4 | Sent | **To** Kuro* **Direction:** Outgoing | 8/18/2015 12:33:46 PM(UTC-7) | | | Sent | Need address **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x676DD8 (Table: sms, Size: 14880768 bytes) | |
| 5 | Inbox | **From** Kuro* **Direction:** Incoming | 8/18/2015 12:35:01 PM(UTC-7) | **Network:** 8/18/2015 12:34:57 PM(UTC-7) | +14054720055 | Read | can u do cash? sorry haha **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6765BB (Table: sms, Size: 14880768 bytes) | |
| 6 | Sent | **To** Kuro* **Direction:** Outgoing | 8/18/2015 12:41:24 PM(UTC-7) | | | Sent | I just bought a bunch. cash tight rn. That will change. Nothing on the sites rn though so I cant make promises. Can send btc to hold and when see u convert to cash **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6764DF (Table: sms, Size: 14880768 bytes) | |
| 7 | Inbox | **From** Kuro* **Direction:** Incoming | 8/18/2015 12:42:08 PM(UTC-7) | **Network:** 8/18/2015 12:42:05 PM(UTC-7) | +14054720057 | Read | sure that works **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x676485 (Table: sms, Size: 14880768 bytes) | |
| 8 | Inbox | **From** Kuro* **Extrection:** Incoming | 8/18/2015 12:42:35 PM(UTC-7) | **Network:** 8/18/2015 12:42:29 PM(UTC-7) | +12063130056 | Read | 12QPQKqmkaYFrJTKCPQjkjKdTCuctW9Cuw **Source Extraction:** File System **Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x67641A (Table: sms, Size: 14880768 bytes) | |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | Sent | ▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/18/2015<br>12:42:52 PM(UTC-7) | | | | ow pg<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6763DA (Table: sms, Size: 14880768 bytes) |
| 10 | Inbox | **From**<br>▇▇▇<br>Kuro*<br>**Direction:** Incoming | 8/18/2015<br>12:43:20 PM(UTC-7) | **Network:**<br>8/18/2015<br>12:43:17 PM(UTC-7) | +14054720055 | Read | 80 per gram<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x676386 (Table: sms, Size: 14880768 bytes) |
| 11 | Sent | **To**<br>▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/18/2015<br>12:54:35 PM(UTC-7) | | | Sent | Please be way more discreet.  Sent<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6762D6 (Table: sms, Size: 14880768 bytes) |
| 12 | Inbox | **From**<br>▇▇▇<br>Kuro*<br>**Direction:** Incoming | 8/18/2015<br>12:57:32 PM(UTC-7) | **Network:**<br>8/18/2015<br>12:57:29 PM(UTC-7) | +14054720057 | Read | sorry i use voip for all my calling / texting, my end is secure, i encourage other users to do the same<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x676226 (Table: sms, Size: 14880768 bytes) |
| 13 | Sent | **To**<br>▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/18/2015<br>12:58:06 PM(UTC-7) | | | Sent | Sent<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6761E8 (Table: sms, Size: 14880768 bytes) |
| 14 | Sent | **To**<br>▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/21/2015<br>12:49:37 PM(UTC-7) | | | Sent | Wats eta for eagle landing?<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x674230 (Table: sms, Size: 14880768 bytes) |
| 15 | Inbox | **From**<br>▇▇▇<br>Kuro*<br>**Direction:** Incoming | 8/21/2015<br>12:50:17 PM(UTC-7) | **Network:**<br>8/21/2015<br>12:50:15 PM(UTC-7) | +14054720056 | Read | I've got it bro sorry I forgot to follow up<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6741BC (Table: sms, Size: 14880768 bytes) |
| 16 | Sent | **To**<br>▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/21/2015<br>12:51:18 PM(UTC-7) | | | Sent | Ok swing by 20?<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x67412C (Table: sms, Size: 14880768 bytes) |
| 17 | Inbox | **From**<br>▇▇▇<br>Kuro*<br>**Direction:** Incoming | 8/21/2015<br>12:52:31 PM(UTC-7) | **Network:**<br>8/21/2015<br>12:52:29 PM(UTC-7) | +12063130055 | Read | Sure<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x6740DF (Table: sms, Size: 14880768 bytes) |
| 18 | Sent | **To**<br>▇▇▇<br>Kuro*<br>**Direction:** Outgoing | 8/24/2015<br>1:07:16 AM(UTC-7) | | | Sent | Wats better cash or btc?<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x69C913 (Table: sms, Size: 14880768 bytes) |
| 19 | Inbox | **From**<br>▇▇▇<br>Kuro*<br>**Direction:** Incoming | 8/24/2015<br>8:33:53 AM(UTC-7) | **Network:**<br>8/24/2015<br>8:33:50 AM(UTC-7) | +14054720057 | Read | Btc<br> **Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x69CD0C (Table: sms, Size: 14880768 bytes) |

2