# EXHIBIT 122



# Extraction Report
Cellebrite UFED Reports

## SMS Messages (21)

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Inbox | **From**<br>█████████<br>**Direction:** Incoming | - | | +12063130028 | Read | I saw your ad on local bitcoins. Arm you available to trade.<br>**Source Extraction:** Logical | |
| 2 | Sent | **To**<br>█████████<br>**Direction:** Outgoing | - | | | Sent | Yes wats ur name?<br>**Source Extraction:** Logical | |
| 3 | Inbox | **From**<br>█████████<br>**Direction:** Incoming | - | | +12063130026 | Read | Whatever you have going on with my husband needs to stop now. I will do WHATEVER it takes to end it myself if I must.<br>**Source Extraction:** Logical | |
| 4 | Sent | **To**<br>█████████<br>**Direction:** Outgoing | - | | | Sent | I was contacted about bitcoins. I dont know wat the fuck ur talking about<br>**Source Extraction:** Logical | |
| 5 | Inbox | **From**<br>█████████<br>**Direction:** Incoming | - | | +14044550010 | Read | He's trying to get them so he can buy drugs online.<br>**Source Extraction:** Logical | |
| 6 | Sent | **To**<br>█████████<br>**Direction:** Outgoing | - | | | Sent | Thats non of my buziness. I sell bitcoins thats it. Sounds like u need some couples counseling. I can refer u to to someone who is very effective<br>**Source Extraction:** Logical | |
| 7 | Sent | **To**<br>█████████<br>**Direction:** Outgoing | - | | | Sent | And he takes bitcoin!<br>**Source Extraction:** Logical | |
| 8 | Inbox | **From**<br>█████████<br>**Direction:** Incoming | 1/10/2015 3:57:04 PM(UTC-7) | Network: 1/10/2015 3:57:00 PM(UTC-7) | +12063130028 | Read | I saw your ad on local bitcoins. Arm you available to trade.<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9ECD5 (Table: sms, Size: 14880768 bytes) | |
| 8(1) | Inbox | **From**<br>█████████<br>**Direction:** Incoming | 1/10/2015 3:57:04 PM(UTC-7) | Network: 1/10/2015 3:57:00 PM(UTC-7) | +12063130028 | Read | I saw your ad on local bitcoins. Arm you available to trade.<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9ECD5 (Size: 14880768 bytes) | |
| 9 | Sent | **To**<br>█████████<br>**Direction:** Outgoing | 1/10/2015 4:54:02 PM(UTC-7) | | | Sent | Yes wats ur name?<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9ED58 (Table: sms, Size: 14880768 bytes) | |
| 9(1) | Sent | **To**<br>█████████<br>**Direction:** Outgoing | 1/10/2015 4:54:02 PM(UTC-7) | | | Sent | Yes wats ur name?<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9ED58 (Size: 14880768 bytes) | |
| 10 | Inbox | **From**<br>█████████<br>**Direction:** Incoming | 1/10/2015 5:39:00 PM(UTC-7) | Network: 1/10/2015 5:38:56 PM(UTC-7) | +12063130026 | Read | Whatever you have going on with my husband needs to stop now. I will do WHATEVER it takes to end it myself if I must.<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9EEF1 (Table: sms, Size: 14880768 bytes) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10(1) | Inbox | From<br><br>**Direction:** Incoming | 1/10/2015<br>5:39:00 PM(UTC-7) | Network:<br>1/10/2015<br>5:38:56 PM(UTC-7) | +12015112026 | 3140 | Read | Whatever u r doing on with my husband needs to stop now. I will do WHATEVER it takes to end it myself if I must.<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9EEF1 (Size: 14880768 bytes) | |
| 11 | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:40:51 PM(UTC-7) | | | | Sent | I was contacted about bitcoins. I dont know wat the fuck ur talking about<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9EFAF (Table: sms, Size: 14880768 bytes) | |
| 11(1) | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:40:51 PM(UTC-7) | | | | Sent | I was contacted about bitcoins. I dont know wat the fuck ur talking about<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9EFAF (Size: 14880768 bytes) | |
| 12 | Inbox | From<br><br>**Direction:** Incoming | 1/10/2015<br>5:41:43 PM(UTC-7) | Network:<br>1/10/2015<br>5:41:40 PM(UTC-7) | +14044550010 | | Read | He's trying to get them so he can buy drugs online.<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E74F (Table: sms, Size: 14880768 bytes) | |
| 12(1) | Inbox | From<br><br>**Direction:** Incoming | 1/10/2015<br>5:41:43 PM(UTC-7) | Network:<br>1/10/2015<br>5:41:40 PM(UTC-7) | +14044550010 | | Read | He's trying to get them so he can buy drugs online.<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E74F (Size: 14880768 bytes) | |
| 13 | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:46:07 PM(UTC-7) | | | | Sent | Thats non of my buziness. I sell bitcoins thats it. Sounds like u need some couples counseling. I can refer u to to someone who is very effective<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E688 (Table: sms, Size: 14880768 bytes) | |
| 13(1) | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:46:07 PM(UTC-7) | | | | Sent | Thats non of my buziness. I sell bitcoins thats it. Sounds like u need some couples counseling. I can refer u to to someone who is very effective<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E688 (Size: 14880768 bytes) | |
| 14 | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:46:41 PM(UTC-7) | | | | Sent | And he takes bitcoin!<br>**Source Extraction:** File System<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E63B (Table: sms, Size: 14880768 bytes) | |
| 14(1) | Sent | To<br><br>**Direction:** Outgoing | 1/10/2015<br>5:46:41 PM(UTC-7) | | | | Sent | And he takes bitcoin!<br>**Source Extraction:** Logical<br>**Source file:** Samsung GSM_SGH-T989 Galaxy S II.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x9E63B (Size: 14880768 bytes) | |