**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

CR-17-585-1-PHX-GMS          DATE: 3/20/18
Case Number

HON: G. Murray Snow

USA v.   Thomas Mario Costanzo

DEFENDANT: X Present _Not Present _Released X Custody (Restraint level 0) _Writ

Deputy Clerk:  Kathleen Zoratti     Crt Rptr:  Charlotte Powers

U.S.Atty:   Gary Restaino, Matthew Binford, and Carolina Escalante
Defense:   Maria Weidner and Zachary Cain, FPD

**PROCEEDINGS:   X  Jury Trial     Court Trial    X  Voir Dire    X  Jury Sworn**

Trial Day #  1

9:05 a.m. Trial convenes with counsel and defendant present. Pretrial matters discussed. 9:15 a.m. Recess.

9:31 a.m. Reconvene. Prospective jurors present and sworn. Voir dire examination commences. 10:31 a.m. Jury leaves the courtroom. Discussion held. Challenges raised. 10:41 a.m. Recess.

10:50 a.m. Reconvene. Voir dire examination continues. 12:02 p.m. Jury leaves the courtroom. Additional challenges raised. 12:17 p.m. Recess.

1:21 p.m. Reconvene. Jury not present. Discussion held. 1:33 p.m. Jury enters the courtroom and voir dire examination continues. 2:37 p.m. Jury leaves the courtroom. Additional challenges raised. 2:42 p.m. Court stands at recess while counsel make strikes.

3:27 p.m. Reconvene. Jury not present. Discussion held. 3:31 p.m. Jury enters the courtroom. Panel of 15 jurors are seated and administered the oath. Jury preliminarily instructed by the Court. 4:04 p.m. Jury leaves the courtroom. Discussion held. Defendant's Supplemental Motion in Limine (Doc. 162) is granted as to exhibit 95, that portion of exhibit 96 in which Defendant indicates he expects to be charged for money-laundering, the Defendant's brochure concerning bitcoin; and denied without prejudice as to exhibits 120 and 122. Prior to attempting to introduce any part of exhibit 121, the Government will seek advanced authorization of the Court. Any ruling as to exhibit 97 is deferred. 4:27 p.m. Jury enters the courtroom. Opening statement by counsel for the Government.

4:53 p.m. Court stands at recess until 3/21/2018 at 9:00 a.m.

Time in Court: 5 hr. 34 min.