# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR-17-585-1-PHX-GMS          DATE: 3/22/18
Case Number

HON: G. Murray Snow

USA v.   Thomas Mario Costanzo

DEFENDANT: X Present _Not Present _Released X Custody-Restraint level 0 (for trial only) _Writ

Deputy Clerk:  Kathleen Zoratti      Crt Rptr: Charlotte Powers

U.S.Atty:  Gary Restaino, Matthew Binford, and Carolina Escalante
Defense:   Maria Weidner and Zachary Cain, AFPD

**PROCEEDINGS:   X  Jury Trial  ___ Court Trial  ___ Voir Dire  ___ Jury Sworn**

Trial Day #  3

9:07 a.m. Trial convenes with counsel and defendant present. Government's case continues. Thomas Klepper resumes the stand and testifies further. Exhibits 103, 38 and 37 admitted. Witness excused. Nolan Sperling is sworn and testifies. Witness makes an in-court identification of defendant. 10:30 a.m. Jury leaves the courtroom. Discussion held. 10:31 a.m.  Recess.

10:47 a.m.  Reconvene.  Nolan Sperling resumes the stand and testifies further. 11:58 a.m.  Recess.

1:19 p.m. Reconvene. Nolan Sperling resumes the stand and testifies further. Exhibits 320 and 321 admitted. Witness excused. Aric Manore is sworn and testifies. Witness makes an in-court identification of defendant. Exhibit 362 admitted. Witness excused. Schuyler Kenney is sworn and testifies. Witness makes an in-court identification of defendant.  Exhibits 21, 22 and 23 admitted.  2:58 p.m.  Recess.

3:14 p.m. Reconvene. Jury not present. Discussion held. 3:21 p.m. Jury enters the courtroom.  Schuyler Kenney resumes the stand and testifies further. Exhibits 363 and 364 admitted. Witness excused. Chad Martin is sworn and testifies. Exhibits 24, 74, 28, 73 and 43 admitted. Witness makes an in-court identification of defendant.  Exhibits 41 and 105 admitted. 4:56 p.m.  Jury excused.  Discussion held.

4:59 p.m.  Court stands at recess until 3/27/2018 at 9:00 a.m.

                                                            Time in Court: 5 hr. 59 min.