IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　vs.<br>Thomas Mario Costanzo,<br>　　　　　Defendant | No. CR-17-585-PHX-GMS<br>**ORDER** |

　　　　Upon motion of the defendant to take Judicial Notice of March 2017 Reports of the Department of Justice and Internal Revenue Service, and good cause appearing,

　　　　IT IS HEREBY ORDERED granting this request as to the following documents of record:

　　1)　Dept. of Justice, Office of the Inspector General, *Review of the Department's Oversight of Cash Seizure and Forfeiture Activities*, Evaluation and Inspections Division Report 17-02 (March 2017);

　　2)　Dept. of the Treasury, Inspector General for Tax Administration, *Criminal Investigation Enforced Structuring Laws Primarily Against Legal Source Funds and Compromised the Rights of Some Individuals and Businesses*, 2017-30-025 (Mar. 30, 2017).