INDEX OF EXHIBITS
<u>United States v. Thomas Mario Costanzo</u>
CR-17-0585-PHX-GMS

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOJ Forfeiture Report (Mar. 2017)

Exhibit B . . . . . . . . . . . . . . . . . . . . . . . . . . . TIGTA Forfeiture Report (Mar. 2017)