ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>Defendant. | CR-17-00585-PHX-GMS<br><br>**UNITED STATES' MOTION IN LIMINE TO PRECLUDE REFERENCE TO INSPECTOR GENERAL REPORTS** |
|---|---|

The United States files contemporaneous to this Motion a Response to the defense's suggestion that the Court take judicial notice of certain adverse Inspector General Reports, to wit: one report each by the Treasury and DOJ Inspector Generals as to asset forfeiture from March 2017.  In support of this Motion to preclude reference to those two reports (or any other Inspector General report), the government incorporates by reference its Response.  This is primarily a Rule 403 issue, although hearsay considerations also militate against any reference to the Reports in trial.

That's not to say that the defense should be precluded from asking any questions about how asset forfeiture works in practice, and the government does not seek to broadly

preclude that inquiry.[1]  On a witness-by-witness basis, the defense may seek to ask some specific relevant questions, and the government preserves any relevance or other objection to such questions.  But the Reports themselves (or any reference to them) should be out of bounds.

Respectfully submitted this 26th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Gary Restaino*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY M. RESTAINO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*s/Cristina Abramo*
U.S. Attorney's Office

---

[1] For example, the defense might ask about the stages of asset forfeiture, and whether in an agent's experience his agency has returned money or property, or whether a Court has ordered the return of money or property.  That doesn't seem particularly relevant in a vacuum, but the government does not intend in this motion in limine to preclude the defense from trying.