IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | CR-17-00585-PHX-GMS<br><br>**ORDER** |

　　　For the reasons set forth in the government's motion, and good cause appearing,

　　　IT IS ORDERED that the defense shall not reference while questioning witnesses the Treasury Inspector General Report of March 2017 or the DOJ Inspector General Report of March 2017 or any other Inspector General Report as to asset forfeiture.