```
      FILED      ____ LODGED
____ RECEIVED    ____ COPY

        MAR 2 8 2018

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No. CR-17-585-1-PHX-GMS |
|---|---|---|
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | |
| Thomas Mario Costanzo, | ) | |
| Defendant. | ) | |

**CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS**

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 3-28-18

_____
Attorney for Plaintiff

Date: 3/28/18

_____
Attorney for Defendant