```
            X FILED        ___ LODGED
            ___ RECEIVED   ___ COPY

                 MAR 2 8 2018

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY_____  DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                )     No. CR-17-585-1-PHX-GMS
                                          )
                  Plaintiff,              )     **MINUTE ORDER RE: EXHIBITS**
                                          )
vs.                                       )
                                          )
                                          )
Thomas Mario Costanzo,                    )
                                          )
                  Defendant.              )
                                          )
_____)

IT IS HEREBY ORDERED that the exhibits marked, whether or not received in evidence, in the above-entitled case at the time of the Jury Trial which concluded on March 28, 2018, are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 28th day of March, 2018.

BRIAN D. KARTH,
District Court Executive/Clerk of Court

*s/Kathleen Zoratti*
Kathleen Zoratti,
Courtroom Deputy for Judge Snow

_____
Plaintiff's counsel/representative signature

_____
Defendant's counsel/representative signature