# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### WITNESS LIST --- CRIMINAL

☒ FILED  ___ LODGED
___ RECEIVED  ___ COPY

MAR 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Motion to Suppress     ☐ Non-Jury Trial     ☒ Jury Trial

USA vs. Costanzo, Thomas, M.           CR- 17-00585-1-PHX-GMS
Last, First, Middle Initial              Year-Case No-Deft No-Judge

☒ GOVERNMENT                            ☒ DEFENDANT

| #   | NAME                                              | G/D | DATE SWORN        | DATE APPEARED       |
|-----|---------------------------------------------------|-----|-------------------|---------------------|
| 1.  | Michael Fleischmann, Special Agent (IRS)          | G   | 3-21-18           | 3-21-18             |
| 2.  | Sergei Kushner, Special Agent (IRS)               | G   | 3-21-18           | 3-21-18             |
| 3.  | Thomas Klepper, Special Agent (IRS)               | G   | 3-21-18           | 3-21-18 / 3-22-18   |
| 4.  | Chad Martin, Task Force Officer (DEA/SPD)         | G   | 3-22-18           | 3-22-18 / 3-27-18   |
| 5.  | Aric Manore, Task Force Officer (DEA)             | G   | 3-22-18           | 3-22-18             |
| 6.  | John Nelson, Special Agent (DEA)                  | G   | 3-27-18           | 3-27-18             |
| 7.  | Keith Landa, Special Agent (DEA)                  | G   | 3-27-18           | 3-27-18             |
| 8.  | Schuyler Kenney, Special Agent (DEA)              | G   | 3-22-18           | 3-22-18             |
| 9.  | William Green, Special Agent (HSI)                | G   |                   |                     |
| 10. | Don Ellsworth, Special Agent (IRS)                | G   | 3-27-18           | 3-27-18             |
| 11. | Marcus Hernandez, Task Force Officer (DEA)        | G   |                   |                     |
| 12. | David Alvarado, Task Force Officer (DEA)          | G   | 3-21-18           | 3-21-18             |
| 13. | Ed Goodyear, Special Agent (HSI)                  | G   |                   |                     |
| 14. | Chris Hemerka, Special Agent (HSI)                | G   |                   |                     |
| 15. | Erin McLoughlin, Special Agent (HSI)              | G   |                   |                     |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 16. | Brandon Lopez, Special Agent (IRS) | G | | |
| 17. | Justin Owens, Special Agent (IRS) | G | | |
| 18. | Alicia Aldecoa, Special Agent (IRS) | G | | |
| 19. | David Votaw, Special Agent (IRS) | G | | |
| 20. | Robin Newgren, Special Agent (IRS) | G | | |
| 21. | Sergeant Dietrich (MCSO SWAT Team) | G | | |
| 22. | Jason L. Shadle, Forensic Computer Analyst, Sr. (USPS) | G | 3-21-18 | 3-21-18 |
| 23. | Marcella Preciado, Custodian of Records (CoreCivic) | G | | |
| 24. | Aaron Medina, Custodian of Records (CoreCivic) | G | | |
| 25. | Nolan Sperling | G | 3-22-18 | 3-22-18 |
| 26. | Kelly Westbrook | G | | |
| 27. | Michael Baysek | D | | |
| 28. | Todd Kandaris | D | | |
| 29. | Michael Shoen | D | | |
| 30. | Tom Westbrook | D | | |