# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| X | FILED | | LODGED |
|---|---|---|---|
| | RECEIVED | | COPY |

MAR 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## EXHIBIT LIST  ---  CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☒ Jury Trial

USA vs. Costanzo, Thomas M.                    CR-17-00585-PHX-GMS
_Last, First, Middle Initial_                          _Year-Case No-Deft No-Judge_

☒ GOVERNMENT                    ☐ DEFENDANT

| Exhibit No. | Marked For Evidence | Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | 3-27-18 | Arrest Photo Wallet Currency |
| 2. | | 3-27-18 | Arrest Photo Fanny Pack Currency Stacked |
| 3. | | 3-27-18 | Arrest Photo Currency Sprawled Out  and Precious Metals 3 |
| 4. | | 3-27-18 | Arrest Photo Fanny Pack with Knife |
| 5. | | | Arrest Photo Wallet Cards Back |
| 6. | | | Arrest Photo Wallet Cards Front |
| 7. | | 3-21-18 | Photo Bitcoin Digital Money Brochure link to 'we use coins" |
| 8. | | . | Photo Bitcoin Digital Folder |
| 9. | | | Photo Bitcoin Index Card |
| 10. | | | Photo Bitcoin Quick Start Guide Front Cover |
| 11. | | 3-21-18 | Photo Bitcoin Challenge Coin |
| 12. | | 3-21-18 | Photo Drawer Money Bands |
| 13. | | | Photo Green Journal Entry Bitcoin Goals |
| 14. | | | Photo Green Journal Cover |
| 15. | | | Photo Kitchen Hard Drive Tower |

| Exhibit No. | Date | | Description |
|---|---|---|---|
| | Marked For Evidence | Admitted In Evidence | |
| 16. | | 3-21-18 | Photo Living Room Close-up |
| 17. | | 3-21-18 | Photo Living Room |
| 18. | | 3-21-18 | Photo Morpheus Titania Bitcoin Business Card |
| 19. | | 3-21-18 | Photo Samsung Phone |
| 20. | | 3-21-18 | Photo Table Money Bands |
| 21. | | 3-22-18 | Surveillance Photo 12/14/16- Bicycle and Phone |
| 22. | | 3-22-18 | Surveillance Photo 12/14/16- Bicycle |
| 23. | | 3-22-18 | Surveillance Photo 12/14/16- Table McDonald's |
| 24. | | 3-22-18 | Costanzo Bitcoin Meetup Profile |
| 25. | | | 9/7/16 Local Bitcoin Browse Feedback for Morpheus Titania |
| 26. | | | 11/17/16 Who is Morpheus Titania (unredacted) |
| 27. | | | 9/7/16 Morpheus Titania LocalBitcoins Sale Profile (unredacted) |
| 28. | | 3-22-18 | 9/7/16 Morpheus Titania Information and Confirmed Transactions on LocalBitcoins.com |
| 29. | | | Coinbase Arizona Certificate |
| 30. | | | Ex Parte Tax Records – Certificate of Non-Existence |
| 31. | | 3-21-18 | Placeholder for Samsung Phone Seized at Search Warrant |
| 32. | | 3-21-18 | Sperling Chat Extraction |
| 33. | | 3-21-18 | Miscellaneous Items Contained in Fanny Pack |
| 34. | | 3-21-18 | Bitcoin Quick Start Pamphlet Inside (See Ex. 10) |
| 35. | | 3-21-18 | Bitcoin Quick Start Pamphlet Outside (See Ex. 10) |
| 36. | | 3-21-18 | Precious Metals in Residence |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 37. | | 3-22-18 | 10/7/15 Trade Confirmation |
| 38. | | 3-22-18 | Costanzo Phone Photo 10/7/15 |
| 39. | | | Screen Shot 10/7/15 First Transfer to UC |
| 40. | | | Screen Shot 10/7/15 Second Transfer to UC |
| 41. | | 3-22-18 | Photo of UC Money for 9/14/16 with UC3 |
| 42. | | 3-27-18 | 9/14/16 Screen Captures |
| 43. | | 3-22-18 | 9/14/16  Text Messages with Morpheus |
| 44. | | | Bad Business, Bitcoin and Cash- Morpheus Titania |
| 45. | | 3-27-18 | 9/14/16 Money 1 |
| 46. | | 3-27-18 | 9/14/16 Money 2 |
| 47. | | 3-27-18 | 9/14/16 Money 3 |
| 48. | | 3-27-18 | Screen Shot Bitcoin Transfer 4/21/17 # 1 |
| 49. | | 3-27-18 | Screen Shot Bitcoin Transfer 4/21/17 # 2 |
| 50. | | 3-27-18 | Text Message with Morpheus 9/14/16 |
| 51. | | | 11/16/16 Scan of Money |
| 52. | | | 11/16/16 Photos and Screenshots |
| 53. | | 3-27-18 | 11/16/16 Text Messages |
| 54. | | 3-27-18 | Trezor Photo 11/16/16 |
| 55. | | 3-27-18 | 2/2/17  Buy Money Scan |
| 56. | | 3-27-18 | 2/2/17  Bitcoin Transfer Screenshots |
| 57. | | 3-27-18 | 2/2/17  Text Conversation with Constanzo |
| 58. | | 3-27-18 | 4/20/17 Counting Money 1 |

| Exhibit No. | Date | | Description |
|---|---|---|---|
| | Marked For Evidence | Admitted In Evidence | |
| 59. | | 3-27-18 | 4/20/17 Counting Money 2 |
| 60. | | 3-27-18 | 4/10/17 Photo of Peter Steinmetz |
| 61. | | | Telegram Screen Shots from Costanzo April 2017 |
| 62. | | 3-27-18 | 4/20/17 UC Money Scan |
| 63. | | 3-27-18 | 4/20/17 Screen Shots of 100K Bitcoin Seizure |
| 64. | | 3-27-18 | Telegram Screen Shots with Costanzo 3/29/17 to 4/2/17 |
| 65. | | 3-27-18 | Telegram Text Shots 4/9/17 to 4/20/17 |
| 66. | | | Blockchain Flow Analysis 4/20/17 Transaction |
| 67. | | 3-21-18 | Jake (UC3) Chat Report |
| 68. | | | Loomis Deposit Slip for Exhibit N-59 Cash to USMS in April 2017 |
| 69. | | 3-27-18 | 3/29/17 Text Message with Morpheus |
| 70. | | 3-21-18 | Nokia cell extraction with UC1 |
| 71. | | | 10/27/14 Morpheus Titania LocalBitcoins Sale Profile (unredacted) |
| 72. | | | 10/27/14 Who is Morpheus Titania (unredacted) |
| 73. | | 3-22-18 | 11/17/16 Who is Morpheus Titania (Redacted Ex. 26) |
| 74. | | 3-22-18 | 9/7/16 Morpheus Titania LocalBitcoins Sale Profile (Redacted Ex. 27) |
| 75. | | 3-21-18 | 10/27/14 Morpheus Titania LocalBitcoins Sale Profile (Redacted Ex. 71) |
| 76. | | 3-21-18 | 10/27/14 Who is Morpheus Titania (Redacted Ex. 72) |
| 77. | | | We Use Coins video |
| 78. | | | Klepper-Ellsworth IRS-CI training video |
| 79. | | 3-27-18 | Placeholder precious metals seized at arrest |
| 80. | | 3-21-18 | Placeholder precious metals seized at search warrant |

| Exhibit No. | Date Marked For Evidence | Admitted In Evidence | Description |
|---|---|---|---|
| 81. | | | NS plea agreement |
| 82. | | | NS cooperation addendum |
| 83. | | | NS proffer letter |
| 84. | | 3-27-18 | Summary Chart of Transaction Flow 5-20-15 |
| 84A. | | | Underlying Blockchain (Count 1) |
| 85. | | 3-27-18 | Summary Chart of Transaction Flow 10-7-15 |
| 85A. | | | Underlying Blockchain (Count 2) Part 1 |
| 85B. | | | Underlying Blockchain (Count 2) Part 2 |
| 86. | | 3-27-18 | Summary Chart of Transaction Flow 11-21-15 |
| 86A. | | | Underlying Blockchain (Count 3) Part 1 |
| 86B. | | | Underlying Blockchain (Count 3) Part 2 |
| 86C. | | | Underlying Blockchain (Count 3) Part 3 |
| 86D. | | | Underlying Blockchain (Count 3) Part 4 |
| 86E. | | | Underlying Blockchain (Count 3) Part 5 |
| 87. | | 3-27-18 | Summary Chart of Transaction Flow 2-2-17 |
| 87A. | | | Underlying Blockchain (Count 4) |
| 88. | | 3-27-18 | Summary Chart of Transaction Flow 4-10-17 |
| 88A. | | | Underlying Blockchain (Count 5) Part 1 |
| 88B. | | | Underlying Blockchain (Count 5) Part 2 |
| 88C. | | | Underlying Blockchain (Count 5) Part 3 |
| 89. | | | No Exhibit |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 90. | | | No Exhibit |
| 91. | | | No Exhibit |
| 92. | | | Shadle CV |
| 93. | | | Ellsworth CV |
| 94. | | 3-21-18 | UC1 screen shots 5-20-15 |
| 95. | | | Costanzo letter to Destinee 5-9-17 |
| 96. | | | Costanzo letter to Maximus 5-12-17 |
| 97. | | | Amideo-Costanzo telegram chat 12-13-16 (redacted) |
| 98. | | 3-27-18 | Screenshot of green bag from 2-2-17 |
| 99. | | | No Exhibit |
| 100. | | | No Exhibit |
| 101. | | 3-21-18 | Audio Transaction 1 3-20-15 (Clips A through R) |
| 102. | | 3-21-18 | Audio Transaction 2 5-20-15 (Clips A through J) |
| 103. | | 3-22-18 | Audio Transaction 3 10-7-15 (Clips A through K) |
| 104. | | 3-21-18 | Audio Transaction 4 11-21-15 (Clips A through F) |
| 105. | | 3-22-18 | Audio Transaction 5 9-14-16 (Clips A through Q) |
| 106. | | 3-27-18 | Audio Transaction 6 11-16-16 (Clips A, B, D + E) |
| 107. | | 3-27-18 | Audio Transaction 7 2-2-17 (Clips A through G) |
| 108A. | | | Audio Transaction 8 4-10-17 Clip A |
| 108B. | | | Audio Transaction 8 4-10-17 Clip B |
| 108C. | | | Audio Transaction 8 4-10-17 Clip C |
| 109. | | 3-27-18 | Audio Transaction 9 4-20-17 (Clips A through D) |

| Exhibit No. | Date Marked For Evidence | Admitted In Evidence | Description |
|---|---|---|---|
| 110. | | | No Exhibit |
| 111. | | | No Exhibit |
| 112. | | | No Exhibit |
| 113. | | | No Exhibit |
| 114. | | | No Exhibit |
| 115. | | | No Exhibit |
| 116. | | | No Exhibit |
| 117. | | | No Exhibit |
| 118. | | | No Exhibit |
| 119. | | | No Exhibit |
| 120. | | 3-21-18 | Kuro Bubble DMT Report August 2015 |
| 121. | | | Steve from Tempe Drug Chat Report January 2016 |
| 122. | | 3-21-18 | Wife of Drug User Chat Report January 2015 |
| 123. | | | Klepper-Ellsworth IRS-CI training video (REDACTED at 3:12-3:23 and 6:07-6:20) |
| 124. | | 3-21-18 | Klepper-Morpheus Text String October 2015 |
| 125. | | 3-21-18 | Klepper-Costanzo Telegram String October 2015 |
| 126. | | | No Exhibit |
| 127. | | | No Exhibit |
| 128. | | | No Exhibit |
| 129. | | | No Exhibit |
| 130. | | | No Exhibit |
| 131. | | | Fleischmann Limited Undercover Request |

| Exhibit No. | Date | | Description |
| --- | --- | --- | --- |
| | Marked For Evidence | Admitted In Evidence | |
| 132. | | | Ellsworth Undercover Request |
| 133. | | | Fleischmann Ops Plan Deal 1A |
| 134. | | | Fleischmann Ops Plan Deal 1B |
| 135. | | | Fleischmann Ops Plan Deal 2 |
| 136. | | | Ellsworth Ops Plan Deal 3 |
| 137. | | | Ellsworth Ops Plan Deal 4 |
| 138. | | | Martin Ops Plan Deal 5 |
| 139. | | | Martin Ops Plan Deal 6 |
| 140. | | | Martin Ops Plan Deal 7 |
| 141. | | | Martin Ops Plan Deal 8 |
| 142. | | | Martin Ops Plan Deal 9 |
| 143. | | | IRS Report Deal 1A March 20, 2015 |
| 144. | | | IRS Report Deal 1B March 21, 2015 |
| 145. | | | IRS UC1 Report Deal 1 |
| 146. | | | IRS Report Deal 2 May 2015 |
| 147. | | | IRS UC Report Deal 2 |
| 148. | | | IRS UC1 Text Report Oct 2015 |
| 149. | | | IRS UC2 Report Deal 3 |
| 150. | | | IRS UC1 Report Deal 4 |
| 151. | | | DEA Reports Packet # 1 |
| 152. | | | DEA Reports Packet # 2 |
| 153. | | | DEA Report Search Warrant |

| Exhibit No. | Date | | Description |
| --- | --- | --- | --- |
| | Marked For Evidence | Admitted In Evidence | |
| 154. | | | MCSO Report Search Warrant |
| 155. | | | IRS Surveillance Report 10-7-15 Deal 2 |
| 156. | | | IRS UC1 Report with Steinmetz |
| 157. | | | IRS Report Interview of A Garcia 4-20-17 (SA Newgren) |
| 158. | | | IRS Report Interview of K Westbrook 4-20-17 (SA Newgren) |
| 159. | | | IRS Report Interview of Costanzo 4-20-17 |
| 160. | | | DEA Report Documentary Evidence Review March 2018 |
| 161. | | | DEA-48 as to Seized Cash |
| 162. | | | DEA-48 as to Seized Bitcoin |
| 163. | | | DEA-48 as to Seized Precious Metals |
| 164. | | | NS Proffer # 1 |
| 165. | | | NS Proffer # 2 |
| 166. | | | Grand Jury Testimony Ellsworth |
| 167. | | | Grand Jury Testimony Green |
| 168. | | | Forensic Report of Jason Shadle (USPIS) |
| 169. | | | |
| 170. | | | |
| 171. | | | |
| 172. | | | |
| 173. | | | |
| 174. | | | |
| 175. | | | |