# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case Number: <u>CR-17-00585-PHX-GMS</u>   Judge Code: 7033   Date: March 20, 2018

Case Name: <u>U.S. v. Thomas Mario Costanzo</u>

☐ Plaintiff / Petitioner   ☒ Defendant / Respondent

☐ Non-Jury Trial   ☒ Jury Trial   ☐ Other Hearing: _____

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 300 | | | MOA of SA Kushner 10/04/15 (Bates 000011) | |
| 301 | | | MOA of SA Kushner 10/07/15 (Bates 00012-00014) | |
| 302 | | | Screenshot First Transfer to SA Kushner 10/17/15 (Bates 004952) | |
| 303 | | | Screenshot Second Transfer to SA Kushner 10/17/15 (Bates 004953) | |
| 304 | | | Text between Costanzo & SA Klepper 10/5/15 (Bates 004853) | |
| 305 | | | iPhone Msgs between Costanzo & SA Klepper 10/05/15 (Bates 004869-004870) | |
| 306 | | | Bitcoin transfer between UC wallets 10/17/15 (Bates 004939-004941) | |
| 307 | | | ROI TFO Aric Manore 11/16/16 (Bates 000030-00034) | |
| 308 | | | ROI SA Landa 09/14/16 (Bates 000022-000023) | |
| 309 | | | ROI Landa 02/02/17 (Bates 000045-000047) | |
| 310 | | | ROI Landa 04/20/17 (Bates 000063-000065) | |
| 311 | | | ROI Landa 04/24/17 (Bates 000482-000483) | |
| 312 | | | ROI Landa 04/25/17 04/21 & 24/17 (Bates 000479-000781) | |
| 313 | | | Disposition of Non-Drug Evidence 4/25/17 (Bates 004938) | |

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 314 | | | Sperling Indictment | |
| 315 | | | Sperling Proffer letter 12/22/16 | |
| 316 | | | HSI Report SA Kiser – Sperling free talk on 12/22/16 | |
| 317 | | | ROI SA Koritala Interview of Sperling 06/02/16 (Supp Disclosure 000053-000055) | |
| 318 | | | ICE ROI SA A. Lowe – Free talk with Sperling 06/02/16 (Supp Disclosure 000056-000066) | |
| 319 | | | HSI ROI SA W. Green – Proffer of Sperling 5/11/17 (Supp Disclosure 000068-000072) | |
| 320 | | 3-22-18 | Sperling Plea Agreement 11/27/17 | |
| 321 | | 3-22-18 | Sperling Deferred Sentencing Cooperation Addendum 11/27/17 | |
| 322 | | | ROI 1 – Sperling (Bates Sperling-000001-000005) | |
| 323 | | | ROI 2 – Sperling (Bates Sperling 000006-000008) | |
| 324 | | | ROI 3 – Sperling (Bates Sperling 000011-000013) | |
| 325 | | | ROI 4 – Sperling (Bates Sperling 000016-000018) | |
| 326 | | | SAS Laptop & iPhone Seizure (Bates Sperling 000021-000024) | |
| 327 | | | SAS Mailbox 612 SE & Affidavit (Bates Sperling 000025-000032) | |
| 328 | | | SAS Mailbox SW photos (Bates Sperling 000033-000045) | |
| 329 | | | SAS Mailbox SW (Bates Sperling 000046-000049) | |
| 330 | | | SAS Night Glow SW (Bates Sperling 000050-000058) | |
| 331 | | | SAS Night Glow SW Photos (Bates Sperling 000059-000124) | |
| 332 | | | Search Warrant (Bates Sperling 000125-000132) | |
| 333 | | | SAS San Francisco Mail Seizure (Bates Sperling 000133-000137) | |
| 334 | | | SAS Seatac (Bates Sperling 000138-000142) | |

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 335 | | | DEA Chemical Analysis (Bates Sperling 000143-000147) | |
| 336 | | 3-21-18 | Photo – Bitcoin retailer gift cards (Bates 004214 Ex. 35; IMG_20141122_114037.jpg) | |
| 337 | | | IRS Approved LUC – Fleischmann 12/17/14 (Bates 004855-04859) | |
| 338 | | | UC Ops Plan – Fleischmann (Bates 004970-004977) | |
| 339 | | | SA Fleischmann Reports - March 2015 | |
| 340 | | | SA Fleischmann Reports – May 2015 | |
| 341 | | | SA Ellsworth Reports – March 2015 | |
| 342 | | | SA Ellsworth Chain Analyses – All | |
| 343 | | | SA Ellsworth Reports – October 2015 | |
| 344 | | | SA Ellsworth Reports – November 2015 | |
| 345 | | | SA Ellsworth Reports – September 2016 | |
| 346 | | | MOI SA Ellsworth (Bates 003269-003270) | |
| 347 | | | SA Ellsworth – Ads, Fliers, Notes | |
| 348 | | | Jason Shadle – Forensic Exam Report & Notes | |
| 349 | | | Jason Shadle – Chats, Reports, Flyer(s) | |
| 350 | | | TFO Martin Report – May 2015 | |
| 351 | | | TFO Martin Reports – Timeline | |
| 352 | | | TFO Martin Reports – June 2016 | |
| 353 | | | TFO Martin Reports – September 2016 | |
| 354 | | | TFO Martin Reports – March 2016 | |
| 355 | | | TFO Martin Reports – November 2016 | |

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 356 | | | TFO Martin Reports – December 2016 | |
| 357 | | | TFO Martin Reports – February 2017 | |
| 358 | | | TFO Martin Reports – April 2017 | |
| 359 | | | TFO Martin Reports – May 2017 | |
| 360 | | | TFO Martin Reports - March 2017 | |
| 361 | | | TFO Martin Reports – March 2018 | |
| 362 | | 3-22-18 | Photo – Costanzo & UC Martin | |
| 363 | | 3-22-18 | Photo – Exterior Costanzo apartment | |
| 364 | | 3-22-18 | Photo – Costanzo on bicycle | |
| 365 | | | SA Ellsworth MOA 03/08/16 (Bates 001744) | |
| 366 | | | Transcript – 09/14/16 meeting | |
| 367 | | | Transcript 0 11/16/16 meeting | |
| 368 | | | Transcript – 02/02/17 meeting | |
| 369 | | | Transcript – 04/20/17 meeting | |
| 370 | | | TIGTA Report - 03/30/17 (full) | |
| 371 | | | DOJ OIG Review of Department's Oversight of Cash Seizure and Forfeiture Activities – March 2017 (full) | |
| 372 | | | TIGTA Report 03/20/17 (*highlights only*) | |
| 373 | | | DOJ OIG Review of Department's Oversight of Cash Seizure and Forfeiture Activities – March 2017 (*Executive Summary Report only*) | |
| 374 | | | DOJ Organizational Chart | |
| 375 | | | MOA IRS 11/21/15 (Bates 000015-000017) | |
| | | | | |