☒ FILED     ___ LODGED
___ RECEIVED ___ COPY

MAR 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ky_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>    Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**VERDICT FORM**<br><br>Redacted |

We, the Jury, find the defendant, Thomas Mario Costanzo:

**Count 1 ($3,000 bitcoin transaction on or around May 20, 2015)**

In considering whether the defendant is guilty or not guilty on Count 1 ($3,000 bitcoin transaction on or around May 20, 2015), the jury may only consider Instruction 8.147A. On Count 1 the jury finds:

___Guilty___ of Money Laundering, as charged in Count 1 of the
Guilty / Not Guilty    Indictment ($3,000 on or around May 20, 2015).

**Count 2 ($13,000 bitcoin transaction on or around October 7, 2015)**

In considering whether the defendant is guilty or not guilty on Count 2 ($13,000 bitcoin transaction on or around October 7, 2015), the jury may consider Instructions 8.147A and/or 8.147B. On Count 2 the jury finds:

___Guilty___ of Money Laundering, as charged in Count 2 of the
Guilty / Not Guilty    Indictment ($13,000 on or around October 7, 2015).

If you find the defendant guilty, as charged in Count 2 of the Indictment, please check one or both of the following boxes:

☐     The defendant intended to avoid a transaction reporting requirement.

☑ The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

### Count 3 ($11,700 bitcoin transaction on or around November 21, 2015)

In considering whether the defendant is guilty or not guilty on Count 3 ($11,700 bitcoin transaction on or around November 21, 2015), the jury may consider Instructions 8.147A and/or 8.147B. On Count 3 the jury finds:

__Guilty__ of Money Laundering, as charged in Count 3 of the Indictment ($11,700 on or around November 21, 2015)
Guilty / Not Guilty

If you find the defendant guilty, as charged in Count 3 of the Indictment, please check one or both of the following boxes:

☐ The defendant intended to avoid a transaction reporting requirement.
☑ The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

### Count 4 ($30,000 bitcoin transaction on or around February 2, 2017)

In considering whether the defendant is guilty or not guilty on Count 4 ($30,000 bitcoin transaction on or around February 2, 2017), the jury may consider Instructions 8.147A and/or 8.147B. On Count 4 the jury finds:

__Guilty__ of Money Laundering, as charged in Count 4 of the Indictment ($30,000 on or around February 2, 2017).
Guilty / Not Guilty

If you find the defendant guilty, as charged in Count 4 of the Indictment, please check one or both of the following boxes:

☐ The defendant intended to avoid a transaction reporting requirement.
☑ The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

///

///

///

///

2

### Count 5 ($107,000 bitcoin transaction on or around April 20, 2017)

In considering whether the defendant is guilty or not guilty on Count 5 ($107,000 bitcoin transaction on or around April 20, 2017), the jury may consider Instructions 8.147A and/or 8.147B. On Count 5 the jury finds:

__Guilty_____ of Money Laundering, as charged in Count 5 of the
Guilty / Not Guilty              Indictment ($107,000 on or around April 20, 2017).

If you find the defendant guilty, as charged in Count 5 of the Indictment, please check one or both of the following boxes:

☐ The defendant intended to avoid a transaction reporting requirement.
☑ The defendant intended to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity.

DATE __03/28/2018__                    Foreperson _____

3