X  FILED     ___ LODGED
___ RECEIVED ___ COPY

MAR 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>    Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**SUPPLEMENTAL VERDICT FORM RE FORFEITURE**<br><br>Redacted |

We, the jury, return the following Special Verdict, as to Defendant Thomas Mario Costanzo regarding the properties described below

We, the jury, unanimously find by a preponderance of the evidence that this is property, real or personal, that was involved in a money laundering offense (18 U.S.C. § 1956), or any property traceable to such property

    A.    $627.36 in United States currency

        [ ] Yes   [X] No

    B.    Assorted Precious Metals, found in Mr. Costanzo's residence

        [ ] Yes   [X] No

    C.    Assorted Precious Metals, found on Mr. Costanzo's person

        [ ] Yes   [X] No

D.   80.94512167 Bitcoins

[X] Yes   [ ] No

Dated this 28 day of March, 2018.

_____
Foreperson