| ✎AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME<br>Terry I. Major | 2. PHONE NUMBER<br>623-451-5588 | 3. DATE<br>04/25/2018 |
|---|---|---|
| 4. FIRM NAME | | |

| 5. MAILING ADDRESS<br>PO Box 1115 | 6. CITY<br>Glendale | 7. STATE<br>AZ | 8. ZIP CODE<br>85311 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:17-CR-00585-GMS | 10. JUDGE<br>Hon. G. Murray Snow | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 03/20/2018 | 12. 03/28/2018 |
| 13. CASE NAME<br>United States of America v. Thomas Mario Costanzo | | LOCATION OF PROCEEDINGS | |
| | 14. Phoenix | 15. STATE Arizona | |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☑ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☑ VOIR DIRE | 03/20/2018 | ☑ TESTIMONY (Specify) | 03/20/2018 |
| ☑ OPENING STATEMENT (Plaintiff) | 03/20/2018 | All | through |
| ☑ OPENING STATEMENT (Defendant) | 03/21/2018 | All | 03/28/2018 |
| ☑ CLOSING ARGUMENT (Plaintiff) | 03/28/2018 | ☐ PRE-TRIAL PROCEEDING | Complete Trial Transcripts |
| ☑ CLOSING ARGUMENT (Defendant) | 03/28/2018 | | |
| ☑ OPINION OF COURT | 03/28/2018 | | |
| ☑ JURY INSTRUCTIONS | 03/28/2018 | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☑ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>tmajor@greytechs.com |
|---|---|
| 19. SIGNATURE<br>s/Terry I. Major | **NOTE: IF ORDERING MORE THAN ONE FORMAT,<br>THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  04/25/2018 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY