ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
MARK J. WENKER
Arizona State Bar No. 018187
Mark.Wenker@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Thomas Mario Costanzo,<br><br>　　　　　　　Defendant. | CR17-00585-PHX-GMS<br><br>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE** |

Plaintiff United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(b), moves for a preliminary order of forfeiture so that it can provide third parties with the opportunity to file petitions and make claims, if any, to the forfeited property, 80.94512167 of seized bitcoins. A proposed order is submitted with this motion.

On March 28, 2018, the jury found defendant guilty of five counts of money laundering, 18 U.S.C. § 1956(a)(3). (Doc. 188). The government sought to forfeit the following property: (a) $627.36 in United States Currency; (b) assorted precious metals found in Mr. Costanzo's residence; (c) assorted precious metals found on Mr. Costanzo's person; and (d) 80.94512167 bitcoins. *See* supplemental jury instructions re:

forfeiture (doc. 182), p. 2.  The government previously had seized the 80.94512167 bitcoins seized from acct. #13QM5xL4rqwUgQPRtMv3tZtVvpc6caPepv.

The jury returned a forfeiture special verdict finding that (1) the $627.36 and the precious metals were not subject to forfeiture, and (2) the 80.94512167 of bitcoins were property involved in defendant's money laundering offenses or was property traceable to such property.  (Doc. 189).  As the jury found the bitcoins were involved in defendant's money laundering offenses, the government necessarily has established the requisite nexus between the bitcoin and defendant's offenses to make them forfeitable.  *See* Fed. R. Crim. Proc. 32.2(b)(1)(A) (preliminary order of forfeiture should be entered if the "requisite nexus between the property and the offense" has been established).

The government therefore requests a preliminary order of forfeiture of the 80.94512167 bitcoins seized from acct. #13QM5xL4rqwUgQPRtMv3tZtVvpc6caPepv. Once the preliminary order is entered, the government will publish notice of the order and send notice to known third parties as required by Rule 32.2(b)(6) so that any possible petitions or claims by third parties to this bitcoin can be resolved.  The government will publish notice of the order on the government's official Internet website, www.forfeiture.gov, and will send direct notice to any person, other than the defendant, having or claiming a legal interest in the seized property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c).

If a timely petition(s) is filed, the Court may conduct a hearing without a jury to adjudicate the validity of the alleged interest in the property at issue. If no third party files a timely petition, the proposed order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the property can be disposed of according to law.

The United States respectfully requests this Court to enter a preliminary order of forfeiture so that third parties can be noticed and file petitions to the bitcoin.

Respectfully submitted this 14th day of May, 2018.

                                      ELIZABETH A. STRANGE
                                      First Assistant United States Attorney
                                      District of Arizona

                                      *S/ Mark J. Wenker*
                                      MARK J. WENKER
                                      Assistant United States Attorney

## CERTIFICATION

I certify that on May 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By:   *S/ Tina Keoni*

3