JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>　　　　Defendant | No. CR-17-585-01-PHX-GMS<br><br>**MOTION TO CONTINUE SENTENCING**<br>and<br>**MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS TO PRESENTENCE REPORT**<br><br>**(First Request)** |

　　　　Defendant, Thomas Mario Costanzo, by and through undersigned counsel, hereby requests that this Court enter an order continuing the sentencing in this matter from June 11, 2018, for a period of forty-five (45) days and extending the deadline for filing defendant's objections to the presentence report with all subsequent deadlines pertaining to the report adjusted accordingly.

　　　　Defense counsel needs additional time to meet with the defendant, review the draft of the presentence report and file objections to the draft presentence report. Undersigned counsel would also like to advise the Court that she will not be available the week of July 9, 2018.

/ / /

/ / /

/ / /

Defense counsel has contacted Gary Restaino, Assistant U.S. Attorney, and the government has no objection to the requested continuances.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: May 24, 2018.

JON M. SANDS
Federal Public Defender

 *s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing May 24, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

FERNANDA CAROLINA ESCALANTE
MATTHEW H. BINFORD
GARY M. RESTAINO
MARK JAMES WENKER
Assistant U.S. Attorneys
Phoenix, Arizona 85004-4408

Copy email/mailed to:

DANIEL C. JOHNSON
United States Probation Officer

THOMAS MARIO COSTANZO
Defendant

  *s/yc*

2