IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-17-585-01-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | **(First Request)** |
| Thomas Mario Costanzo, | |
| Defendant | |

      Upon motion of the defendant, no objection from the government and good cause appearing,

      IT IS HEREBY ORDERED continuing the sentencing hearing currently set for June 11, 2018, until _____, 2018, at _____ a.m./p.m. The Court finds that the interests of justice outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated in defendant's motion.

      IT IS FURTHER ORDERED extending the deadline for filing defendant's objections to the presentence report to _____, 2018, with all subsequent deadlines pertaining to the presentence report adjusted accordingly.

| | |
|---|---|
| 1 | The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ |
| 2 | from _____ to _____. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |