# EXHIBIT 1

# Binford, Matthew (USAAZ)

| | |
|---|---|
| **From:** | Binford, Matthew (USAAZ) |
| **Sent:** | Wednesday, April 18, 2018 1:13 PM |
| **To:** | 'Dan_Johnson@azd.uscourts.gov' |
| **Cc:** | Escalante Konti, Fernanda (USAAZ); Restaino, Gary (USAAZ) |
| **Subject:** | RE: U.S. v Thomas Mario Costanzo |
| **Attachments:** | Trial Exhibit List USA.PDF; Costanzo Offense Conduct.docx |

Dan,

Here is a proposed Offense Conduct to assist you in your preparation of the PSR.  The Exhibit List is also attached.  I will send the supporting exhibits separately on a disc.  Additionally, I am including two videos on the disc (Exhibits 77 and 123).  These videos provide some brief background on bitcoin and how peer-to-peer bitcoin transfers work.  The videos were not admitted at trial, but they were shown to the jury for demonstrative purposes.

Please let me know if you have any questions, or if you would like more information in order to complete the PSR.

Thanks again for your work on this case,

Matt


Matt Binford
Assistant U.S. Attorney
Organized Crime Drug Enforcement Task Force
District of Arizona
(602) 514-7641


---

**From:** Binford, Matthew (USAAZ)
**Sent:** Friday, April 13, 2018 1:35 PM
**To:** 'Dan_Johnson@azd.uscourts.gov' <Dan_Johnson@azd.uscourts.gov>
**Cc:** Escalante Konti, Fernanda (USAAZ) <fescalantekonti@usa.doj.gov>; Restaino, Gary (USAAZ) <GRestaino@usa.doj.gov>
**Subject:** RE: U.S. v Thomas Mario Costanzo

Dan,

It was nice chatting with you earlier today.  As discussed, I have attached our offense level computation—although we would like to reserve our position on a sentencing recommendation until after the preparation and distribution of the PSR.

Also, as discussed, I will work on the Offense Conduct (with supporting exhibits) and get that to you early next week.  I apologize again for not getting that to you by the end of this week, but I had several unexpected, time-sensitive things come up this week that kept me from getting to this project.

Thanks for your work on this, have a great weekend, and let me know you have any questions.

Matt

---

**From:** Binford, Matthew (USAAZ)
**Sent:** Monday, April 09, 2018 8:42 AM
**To:** 'Dan_Johnson@azd.uscourts.gov' <Dan_Johnson@azd.uscourts.gov>; Escalante Konti, Fernanda (USAAZ) <fescalantekonti@usa.doj.gov>; Restaino, Gary (USAAZ) <GRestaino@usa.doj.gov>
**Cc:** William.P.Green@ice.dhs.gov
**Subject:** RE: U.S. v Thomas Mario Costanzo

Good Morning Officer Johnson,

Thank you for the update. I prepared an estimated guideline calculation and I am currently working on a proposed offense conduct summary. I can get both of those to you, along with discovery, by the end of the week.

If there is anything else that I can provide to help you prepare the PSR, please let me know.

Thanks again,

Matt


Matt Binford
Assistant U.S. Attorney
Organized Crime Drug Enforcement Task Force
District of Arizona
(602) 514-7641



**From:** Dan_Johnson@azd.uscourts.gov <Dan_Johnson@azd.uscourts.gov>
**Sent:** Monday, April 09, 2018 8:06 AM
**To:** Escalante Konti, Fernanda (USAAZ) <fescalantekonti@usa.doj.gov>; Binford, Matthew (USAAZ) <MBinford@usa.doj.gov>; Restaino, Gary (USAAZ) <GRestaino@usa.doj.gov>
**Cc:** William.P.Green@ice.dhs.gov
**Subject:** U.S. v Thomas Mario Costanzo

Good morning to all,

This case has been reassigned to me to prepare the presentence report. Looking for a little assistance from anyone. Do we have a prosecution memo, or a summary of the conduct in this case? I will do my very best to get the PSR out on time given it was assigned to me on short notice. If I run into any problems, I will let you know. If you have any other information for me, please let me know.

Thank you,



**Dan Johnson**
U.S. Probation Officer
U.S. Probation, District of Arizona
Dan_Johnson@azd.uscourts.gov
www.azd.uscourts.gov
602-322-7452

3