JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER
State Bar No. 020343
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-17-585-01-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION TO EXTEND TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Defendant, Thomas Mario Costanzo, by and through undersigned counsel, hereby moves for an extension of the time to file defendant's Sentencing Memorandum to July 20, 2018. Undersigned counsel is scheduled to be out of the office the week of July 9, 2018 and would request a one week extension.

Defense counsel contacted Assistant United States Attorney Gary Restaino regarding this motion and the government has no objection to the motion.

///

///

///

///

///

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(B) and (h)(1)(D) may result from this motion or from an order based thereon.

Respectfully submitted:  July 9, 2018.

JON M. SANDS
Federal Public Defender

 s/Maria Teresa Weidner
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing 9th day of July, 2018, to:

CLERK'S OFFICE
Phoenix, Arizona 85003

MATTHEW H. BINFORD
FERNANDA CAROLINA ESCALANTE KONTI
GARY RESTAINO
Assistant U.S. Attorneys
Phoenix, Arizona

Copy emailed to:

DANIEL JOHNSON
United States Probation Officer
Phoenix, Arizona

Copy mailed to:

THOMAS MARIO COSTANZO
Defendant

s/yc