IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>Defendant. | No. CR-17-5858-01-PHX-DGC<br><br>ORDER<br><br>(First Request) |

Upon review of Defendant's Motion to Extend the Time to File Defendant's Sentencing Memorandum, there being no objection from the government, and good cause appearing,

IT IS HEREBY ORDERED extending time to file Defendant's Sentencing Memorandum from July 13, 2018 to July 20, 2018.

The Court finds excludable delay under 18 U.S.C. § 3161(h) ___ from to _____ .