ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
Matthew.Binford@usdoj.gov
CAROLINA ESCALANTE
Arizona State Bar No. 026233
Fernanda.Escalante.Konti@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>Defendant. | CR-17-00585-PHX-GMS<br><br>**MOTION TO EXTEND TIME TO FILE SENTENCING MEMORANDUM** |

The United States respectfully requests an extension of time to file its Sentencing Memorandum.  The defendant has a pending motion requesting an extension until July 20th and the government is requesting the same deadline.  The short extension will give the government time to respond to the defendant's objections prior to filing the Sentencing Memorandum.  The defendant's attorney, Maria Weidner, does not oppose this motion.

Respectfully submitted this 9th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

*s/ Matthew Binford*
MATTHEW BINFORD
CAROLINA ESCALANTE
GARY M. RESTAINO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maria Teresa Weidner & Zachary Cain
Assistant Federal Public Defenders
*Attorneys for Defendant*


 *s/Yvonne Garcia*
U.S. Attorney's Office