IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Mario Costanzo,<br><br>　　　　　　　Defendant. | No. CR-17-00585-PHX-GMS<br><br>**ORDER** |

　　　Upon review of the pending motions to extend the time to file the parties' Sentencing Memoranda (Docs. 216 & 217), with no objection from either party, and good cause appearing,

　　　IT IS HEREBY ORDERED extending the time to file the parties' Sentencing Memoranda from July 13, 2018, to July 20, 2018.

　　　DATED this _____ day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE G. MURRAY SNOW
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge