ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

MARK J. WENKER
Assistant United States Attorney
Arizona State Bar Number 018187
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | CR 17-00585-PHX-GMS<br><br>**NOTICE OF PUBLICATION** |

　　　　Plaintiff United States of America gives notice that on June 13, 2018, this Court entered a Preliminary Order of Forfeiture as to defendant's interest in the property named therein.  (Doc. 204)

　　　　In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States submits the attached Declaration of Publication regarding the published Notice of this Forfeiture action and the intent of the United States to dispose of the property on an official government internet site (www.forfeiture.gov)

/ / /

/ / /

for at least 30 consecutive days, beginning on June 16, 2018, and ending on July 15, 2018.

Respectfully submitted this 18th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*S/ Mark J. Wenker*
MARK J. WENKER
Assistant United States Attorney

## CERTIFICATION

I hereby certify that on July 18, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Maria Weidner and Zachary Cain.

By: *S/ Tina Keoni*

2