JON M. SANDS
Federal Public Defender
MARIA TERESA WEIDNER#027912
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2700   voice
(602) 382-2800   facsimile
maria_weidner@fd.org
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00585-001-PHX-GMS |
| Plaintiff, | **Notice of Appeal** |
| Vs | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Notice is hereby given that Defendant Thomas Mario Costanzo appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on August 2, 2018 (Dkt. #239).

Respectfully submitted:   August 6, 2018.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEINDER
Assistant Federal Public Defender
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

2

I certify that on August 6, 2018, I caused the foregoing document to be filed

3

with the Clerk of Court for the United States District Court for the District of

4

Arizona using the CM/ECF system. I further certify that all case participants are

5

registered CM/ECF users and that service will be accomplished by the CM/ECF

6

system.

7

8

       *s/Maria Teresa Weidner*

9

MARIA TERESA WEIDNER
Assistant Federal Public Defender

10

*Attorney for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26