# TRANSCRIPT ORDER (Page 2)

Date:   August 10, 2018
Requested by: Daniel L. Kaplan, Assistant Federal Public Defender
Case Name:   United States v. Thomas Mario Costanzo
Case No.:   CR-17-585-001-PHX-GMS

**ADDITIONAL HEARINGS (please specify):**

| Hearing Date | Court Reporter | CR# | Proceedings |
|---|---|---|---|
| 3/20/2018 | Charlotte Powers | 168 | Jury Trial – Day 1 |
| 3/21/2018 | Charlotte Powers | 170 | Jury Trial – Day 2 |
| 3/22/2018 | Charlotte Powers | 171 | Jury Trial – Day 3 |
| 3/27/2018 | Charlotte Powers | 179 | Jury Trial – Day 4 |
| 3/28/2018 | Charlotte Powers | 180 | Jury Trial – Day 5 |
| 7/30/2018 | Charlotte Powers | 238 | Sentencing |