JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

DANIEL L. KAPLAN, State Bar #021158
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700
Fax: (602) 382-2800
Dan_Kaplan@fd.org
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Thomas Mario Costanzo,<br><br>        Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Thomas Mario Costanzo, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment entered in this case on August 10, 2018 (Dkt. #244).

                                      JON M. SANDS
                                      Federal Public Defender

                                      *s/ Daniel L. Kaplan*
                                      DANIEL L. KAPLAN
                                      Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **Notice of Appeal** to be submitted to the Clerk of the Court for the United States District Court, District of Arizona, on August 17, 2018, using the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/*Daniel L. Kaplan*
Daniel L. Kaplan
*Assistant Federal Public Defender*