FILED

MAY 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 18-10291 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00585-GMS-1 District of Arizona, Phoenix |
| v. | |
| THOMAS MARIO COSTANZO, | |
| Defendant-Appellant. | ORDER |

Before: HAWKINS, OWENS, and BENNETT, Circuit Judges.

Judges Owens and Bennett have voted to deny the petition for rehearing en banc, and Judge Hawkins so recommends. The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellant's petition for rehearing en banc is DENIED.