UNITED STATES DISTRICT COURT
for
District of Arizona
Request for Summons and
Modification of the Conditions or Term of Supervision



☒ FILED   ☐ LODGED

**May 25 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Name of Offender: | **Thomas Mario Costanzo**      Case No.: **CR-17-00585-001-PHX-GMS** |
| Name of Sentencing Judicial Officer: | **The Honorable G. Murray Snow**<br>**Chief United States District Judge** |
| Date of Original Sentence: | **7/30/2018** |
| Original Offense: | **Count 3: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a Class C Felony**<br>**Count 4: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony**<br>**Count 5: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony**<br>**Count 6: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony**<br>**Count 7: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony** |
| Original Sentence: | **Counts 3-7: 41 months Bureau of Prisons custody per count to run concurrently, 36 months supervised release per count to run concurrently** |
| Type of Supervision: | **Supervised Release**     Date Supervision Commenced: **3/19/2020**<br>                                        Date Supervision Expires: **3/18/2023** |
| Assistant U.S. Attorney: | **Gary Restaino**            Defense Attorney: **Maria Teresa Weidner**<br>**602-514-7756**                                          **602-382-2700** |

---

### PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued, and hearing held to modify the conditions of supervision as follows:

9. You shall maintain one virtual currency wallet, and that one wallet shall be used for all transactions. You shall not obtain or open any virtual currency wallets/accounts without the prior approval of the probation officer. All virtual currency transactions, along with any virtual currency wallet Extended Public Keys (XPUB), shall be disclosed to the probation officer upon request. You shall be limited to only using and possessing open

public blockchain virtual currencies and be restricted from using privacy-based blockchain virtual currencies, unless prior approval is obtained from the probation officer.

**The probation officer believes that the action requested above is necessary for the following reasons:**

On July 30, 2018, Thomas Mario Costanzo was convicted of Count 3: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a Class Felony, Count 4: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony, Count 5: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony, Count 6: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony, and Count 7: Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), a class C Felony. He was sentenced to 41 months Bureau of Prisons custody per count to run concurrently followed by 36 months supervised release per count to run concurrently.

Costanzo was initially placed at Behavioral Systems Southwest in Phoenix to complete the remainder of his custody sentence. During that time, he secured employment as a salesman for an energy company where he worked until January 2021 before starting his current position with a different energy company. On March 19, 2020, Costanzo was released from custody and his supervised release commenced. Costanzo located a studio apartment owned by a friend where he continues to reside.

In April 2020, Costanzo completed a substance abuse assessment to determine his need for treatment services. Based on the assessment, no further treatment was recommended. Costanzo has complied with drug testing requirements and submitted negative drug tests.

In October 2020, the probation officer received information that Costanzo's moniker, Morpheus Titan, had been observed on a cryptocurrency peer trading website called localcoinswap.com. The probation officer located the account which was established in February 2020. The account was listed as a buy and sell account for cash in person cryptocurrency trades up to $500.

In November 2020, a financial investigation was conducted by the probation officer. Costanzo reported having two cryptocurrency wallet accounts and two cryptocurrency exchange accounts. He reported having approximately $137,114 in various cryptocurrency between the four accounts. Further, Costanzo reported receiving $14,000 in cryptocurrency as a gift from a friend in May 2020 and completing cryptocurrency trades in the amounts of $5,000 in August 2020 and $1,000 in March 2020. In December 2020, the probation officer requested records for the cryptocurrency transactions for all accounts. Costanzo provided Excel spreadsheets showing transactions for the listed accounts which he indicated were the only available records.

In February 2021, the probation officer reviewed the transaction records with Costanzo and discussed his continued involvement with cryptocurrency. He indicated he uses cryptocurrency as both investments and to conduct transactions whenever he can. Costanzo stated he continued to trade cryptocurrency with other people; however, he limited any transactions to $500 or less. Costanzo acknowledged he had an account on localcoinswap.com; however, he indicated there was no recent activity and he had forgotten about the account.

Page 3
RE: Thomas Mario Costanzo
Modification Hearing

In March 2021, the probation officer met with Costanzo to review his current cryptocurrency accounts and to obtain screen shots of all activity for the accounts. It was determined Costanzo had one cryptocurrency exchange account and four different cryptocurrency wallet applications. Several of the wallet applications contained multiple wallet accounts. Costanzo provided the requested screenshots for the activity in each of the accounts. When asked why he maintains so many different accounts, he indicated it is a common practice among people involved in cryptocurrency to maintain multiple accounts.

The probation officer reviewed the cryptocurrency screenshots and compared them to the provided Excel spreadsheets for the previously reported accounts. The Excel spreadsheets for the provided accounts generally matched the screenshots. Costanzo conducted cryptocurrency trades between the various accounts. Most of the transactions were kept at or below the $500 limit and it was not typical for Costanzo to complete multiple $500 transactions in short periods of time. The probation officer noted the following transactions over $500 not associated with a transfer to another one of his accounts: May 4, 2020, approximately $13,646 received into one of his accounts; August 4, 2020, approximately $4,901 and $5,057 sent from one of his accounts; August 11, 2020, approximately $4,981.95 received into one of his accounts; and December 8, 2020, approximately $1,449 sent from one of his accounts. As previously indicated, Costanzo reported receiving $14,000 as a gift from a friend in May 2020 and $6,000 in cryptocurrency trades in August 2020.

On May 4, 2021, the probation officer discussed the recommended special condition restricting the cryptocurrency wallets and he was presented with a Waiver and Order.  Costanzo was advised of his rights to consult with an attorney or request a hearing prior to the modification of his conditions.  Costanzo chose to consult with his attorney.  Ultimately, he decided to proceed with a modification hearing.

The probation officer respectfully recommends the addition of a special condition restricting the number of cryptocurrency wallets maintained by Costanzo. Costanzo currently has four separate wallet applications, some of which contain multiple wallets. Restricting the cryptocurrency wallets will provide greater transparency regarding cryptocurrency transactions and will enable the probation officer to account for the transactions more effectively.

Page 4
RE: Thomas Mario Costanzo
Modification Hearing

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____    5/12/2021
Donald Rogan                          Date
U.S. Probation Officer
Office: 602-682-4382
Cell: 602-501-0493

_____    5/12/2021
Rhonda Spencer                        Date
Supervisory U.S. Probation Officer
Office: 602-682-4380
Cell: 602-725-3601

THE COURT ORDERS:

☐　　No Action
☒　　The Issuance of a Summons
☐　　Other

_____    5/25/2021
The Honorable G. Murray Snow          Date
Chief United States District Judge