GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

MARK J. WENKER
Arizona State Bar Number 018187
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 17-00585-PHX-GMS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF TERMINATION OF GOVERNMENT COUNSEL** |
| Thomas Mario Costanzo, *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 83.3, plaintiff United States of America gives notice that Mark J. Wenker is terminated as counsel of record. All other counsel for the United States remains the same.

DATED this 26th day of May, 2021.

                                           GLENN B. McCORMICK
                                           Acting United States Attorney
                                           District of Arizona

                                           *S/ Mark J. Wenker*
                                           MARK J. WENKER
                                           Assistant United States Attorney

**CERTIFICATION**

I certify that on May 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record

By: *S/ Mark Wenker*