AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | CR-17-00585-001-PHX-GMS |
| Thomas Mario Costanzo | ) | |
| *Defendant* | ) | |

FILED ✗ RECEIVED ___ LODGED ___ COPY
JUN 03 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Request for Modification Hearing   ☐ Violation Notice   ☐ Order of Court

| Place: | 401 W. Washington Street<br>Phoenix, Arizona<br>CHIEF JUDGE G. MURRAY SNOW | Courtroom No.: | Courtroom 601 |
|---|---|---|---|
| | | Date and Time: | 6/21/21 at 11:00 AM |

This offense is briefly described as follows:

Request for Summons/Modification Hearing

City and state: Phoenix, Arizona

*Issuing officer's signature*

Kathleen Zoratti, Deputy Clerk
*Printed name and title*

ISSUED ON 4:10 pm, May 25, 2021
s/ Debra D. Lucas, Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 6-2-21

*Server's signature*

Michael Jenkins, Deputy U.S. Marshal

cc: USPO