# INDEX OF EXHIBITS

### United States v. Thomas Mario Costanzo

### CR-17-585-PHX-GMS

Exhibit A.................................................. Bittrex, Inc., *Terms of Service* (excerpted)

Exhibit B.............. IT Briefcase, *What are the Security Issues Surrounding Bitcoin?*

Exhibit C...........Investopedia, *Why Storing Bitcoin in a Single Wallet is a Bad Idea*

Exhibit D..............Coin Central, *Should You Use Multiple Cryptocurrency Wallets?*

Exhibit E ..................The Money Mongers, *Why to have Multiple Bitcoin Wallets & How Many?*

Exhibit F ....................................................Bitcoin Wiki, *Deterministic Wallet Tools*

Exhibit G..........................Data Insider, *Top 10 Biggest Government Data Breaches of All Time in the U.S.*

Exhibit H..............................................................Emails RE: River Financial, Inc.

Exhibit I ......................................River Financial, Inc., *Terms of Service* (excerpted)