# EXHIBIT E

THE MONEY MONGERS

*Why To Have Multiple Bitcoin Wallets & How Many?*

By Sudhir Khatwani

Updated June 6, 2021

Available online at https://themoneymongers.com/multiple-wallets/ (last accessed June 15, 2021)

Many people often ask, 'how many hardware wallets or Bitcoin wallets do I need to have'?

The answer is simple.

You should have many. Diversification in terms of storage of cryptocurrencies is vital. You cannot rely on one wallet. Your one wallet can be the unlucky one to get destroyed or be lost.

And in such a case, your other wallet can be helpful for you to recover your crypto funds.

But if you cannot have many wallets, then you should have at least two wallets to store your cryptocurrencies safely. In this guide, I am going implore you to have a second or even maybe a third wallet with logical reasoning.

Remember:

This is for your safety, so make sure to read it till the end.

**Can You Have Two Or Multiple Bitcoin Wallets?**

**#1. Back-up & Restore Purposes**

It is good to have 2 or more hardware wallets for back-up & restore purposes.

Let me explain.

I know you are a smart guy who has already taken the back-up of your seed for a rainy day. One day that rainy day comes and due to some reason your one hardware wallet is damaged or lost.

You are in a hurry to use your coins so you go-to the play store and restore your crypto wallet using a crypto app you found in the store.

Alas, you got to know that all of your funds are no[w] lost as it wasn't a reliable wallet, and [in] haste you used the wrong one. For such emergencies, it is wise to restore your crypto wallet only on a hardware device like Ledger Nano X or Ledger Nano S. That's why it is imperative to have 2 or more hardware devices like this !!

If you do this one simple thing, you will be able to secure your cryptocurrencies including Bitcoin for the long term.

### #2. Clone Of Your Wallet

This is another reason to have 2 or more hardware wallets.

Cloning is an easy way to secure your cryptocurrencies. It simply means having the same wallet with the same seed in two different places.

For example, you have set up one hardware wallet. Let say, Ledger Nano X. You keep this wallet at home and make transactions from it often.

Another wallet, you have at your workplace. This is Ledger Nano S, but you have the clone of Ledger Nano X wallet on this wallet. So now, you can access the same funds from the office too.

Wondering !! How to make a clone of your wallet?

To make a clone, you need to use the same seed words in both wallets. In the above example, if you use the same seed of Nano X in Nano S, you get a clone allowing you to access the same funds from either of these wallets.

Isn't it amazing !!

I too have three clone wallets for my crypto assets and these clones also by default serve as a backup for your funds. That's why it is good to buy the discounted Ledger Nano's Dual Pack.

### #3. For Diversification Of Storage Risk

Some extra cautious people even buy multiple hardware wallets for various currencies despite the fact[ ] one hardware wallet can store many coins at a time.

But this a good practice in terms of diversification of storage risk.

The way to diversify is by storing Bitcoin in one wallet, Ethereum & Litecoin in another hardware wallet and other altcoins in the 3rd hardware wallet.

Moreover, it is a smart thing to do because over-reliance on one wallet or one seed is too much risk for your cryptofolio. Imag[ine], if you lose one wallet or the seed of one wallet, you will still not lose all of your coins.

### #4. For Creating Awareness & Education

It is 2019, and yet many people don't use hardware wallets.

Hardware wallets are the basic building blocks for securing your cryptocurrencies. Not using a hardware wallet, it's like ignoring the best practices of an industry.

Satoshi invented Bitcoin to make us our own bank. But if we ignore personal safety and education, how could be become our own bank.

That's if you are someone who knows how to use hardware wallets, then you should volunteer to teach others about it. Create awareness about hardware wallets and make people understand why they shouldn't store their crypto on exchanges or unreliable software wallets.

### Some More FAQs On- How Many Crypto Hardware Wallets Can I (You) Have or You Need?

### Can You Have Duplicate Bitcoin Wallets?

Yes, you can have as many duplicate Bitcoin hardware wallets as you want. This is same as having many clones of the same wallet which I have explained in point #2.

### How Many Bitcoin Wallets Are possible?

An unlimited number of Bitcoin wallets are possible.

### How Many Bitcoins Can A Hardware Wallet Hold?

There is no limit to it. A hardware wallet can store an unlimited number of bitcoins on it and even can store the whole 21 million coin supply.

### Which Wallet Should You Buy For Having Reliable Multiple Bitcoin Wallets?

You should buy Ledger Nano X as your primary wallet and Ledger Nano S as your secondary wallet. Having these two would sufficiently serve your purpose of having multiple wallets as well as you will have at[ ]least two back-ups.

### Why Own 2 or More Hardware Wallets?

Now, I believe, you must have understood how many Bitcoin wallets one should have? And which wallets are reliable for this cause.

If you ask me:

I am one of those cautious people who believe in multiple wallets and multiple backups. I have many wallets and many reserves in many places.

This gives me peace of mind, but you need to be smart at managing all those back-ups. So, if you don't want to complicate things, you should have two hardware wallets.

That's sufficient.

So that's all from my side in this guide. Now you tell us in the comments below, what do you feel about having multiple back-ups. Do you have multiple back-ups? Tell us in the comments !!

**Sudhir Khatwani** |*Hey there! I am Sudhir Khatwani, an IT bank professional turned into a cryptocurrency and blockchain proponent from Pune, India. Cryptocurrencies and blockchain will change human life in inconceivable ways and I am here to empower people to understand this new ecosystem so that they can use it for their benefit. You will find me reading about cryptonomics and eating if I am not doing anything else.*