# EXHIBIT H

**From:** Morpheus Titania
**To:** Maria Weidner
**Subject:** Fwd: Don, I need an acknowledgement from you Costanzo Fwd: [River Financial] Action Required (#114061)
**Date:** Wednesday, May 26, 2021 1:46:19 PM

This is the last one so it should have all the communications in it

---------- Forwarded message ---------
From: **Morpheus Titania**
Date: Mon, May 24, 2021, 10:41 PM
Subject: Re: Don, I need an acknowledgement from you Costanzo Fwd: [River Financial] Action Required (#114061)
To: Donald Rogan

Hi Don, I just want to see if I could get that authorization for River.com so I can keep these Bitcoins I purchased while bitcoin is on sale right now. Do you need anything more from me?

> On Sat, May 22, 2021 at 12:44 PM Morpheus Titania wrote:
> Looks like I did $1750
>
>> On Fri, May 21, 2021, 11:24 AM Morpheus Titania wrote:
>> Yes this is a new account but this is a custodial account and has all the KYC information on it. I'll get that to you later today. All transactions have been below $500
>>
>>> On Thu, May 20, 2021, 4:34 PM Donald Rogan wrote:
>>>
>>> Hello,
>>>
>>> Is this a new account you have established in recent months? I do not have an account for Rivers listed as one of your financial accounts. Can you please send me some documentation on the account balances and transaction records?
>>>
>>>
>>> Donald Rogan
>>>
>>> U.S. Probation Officer
>>> U.S. Probation, District of Arizona
>>>
>>> www.azd.uscourts.gov
>>>
>>> Office:
>>>
>>> ---
>>>
>>> **From:** Morpheus Titania

**Sent:** Thursday, May 20, 2021 4:12 PM
**To:** Donald Rogan
**Subject:** Don, I need an acknowledgement from you Costanzo Fwd: [River Financial] Action Required (#114061)

**CAUTION - EXTERNAL:**

Hi Don I signed up for River.com a Bitcoin custodial service to purchase bitcoins. They need an acknowledgment from you that it's okay that can purchase from them. I think I bought about $1,750 worth and varying amounts of all less than $500 could you send them and me acknowledgment that this is okay?

Thank you

Thomas Costanzo

---------- Forwarded message ---------
From: **Joe (River Financial)** <support@river.com>
Date: Thu, May 20, 2021, 3:35 PM
Subject: [River Financial] Action Required (#114061)
To: Thomas Costanzo



# River Financial

Hi Thomas,

Thank you for your patience as River's Compliance Team reviewed your account. After performing enhanced due diligence, we are aware that you have been convicted of money laundering offenses. Because of this, we are unable to approve your account for sending and receiving Bitcoin.

Additionally, we have temporarily frozen the buying and selling functions of your River account. To continue use of the River platform for buying and selling Bitcoin, we require that you submit written consent - and acknowledgement of your activity on the River platform - from your probation officer. We ask that

you submit this documentation by **Thursday, June 3rd at 5:00pm PT**. Failure to provide this documentation may result in 1) the liquidation of your Bitcoin balance; and 2) transfer of the resulting cash funds back to the bank account that the inbound cash funds originated from.

Please reach out if you have any questions. We look forward to your prompt response.

Joe Bryan
Client Services Specialist
River Financial Inc.

Ticket #114061

For further inquiries, please reply to this email or call us at (888) 801-2586.



River Financial Inc.
580 Pacific Ave.
San Francisco, CA 94133

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--
What would I be doing right Now, to be of value to YOU?

Morpheus

"People do not care how much you know, till they know how much you care" "You can make money or you can make excuses, but you cannot do both!" "Everything comes to those who hustle while they wait" Thomas Edison "It's easy to predict the future, It's the WHEN that is the hard part." Mr. Larry V. Thomason "Smiling...it's contagious...lets start an epidemic!" "When you are not having FUN...you are doing something wrong!" Groucho Marx "When you paint yourself into a corner, time to paint a picture!" The Four Agreements are:Be Impeccable with your Word, Don't Take Anything Personally, Don't Make Assumptions, Always Do Your Best "Never give advice, wise men don't need it and fools never take it" Benjamin Franklin "A good solution applied with vigor NOW, is better than a perfect solution applied ten minutes later." George S. Patton "Good things take time...Great things happen in an instant!" "Most do not succeed not because they set their goals too high and miss, it's because they set their goals too low and HIT THEM!" Charles Rudibaugh "So get out there and Rock And Roll the Bones Get busy!" Neil Peart" "God grant me the serenity to accept the PEOPLE I cannot change, the courage to change the ONE I can and the wisdom to know its ME!" "It's not 'it is what it is' It is what you make of it"

| | |
|---|---|
| MAY 21, 2021 | $4,225.12 |
| River Financial/(River) | -$250.00 |
| MAY 20, 2021 | $4,483.73 |
| River Financial/(River) | -$250.00 |
| MAY 20, 2021 | $4,733.73 |
| River Financial/(River) | -$250.00 |
| MAY 17, 2021 | $4,983.73 |
| River Financial/(River) | -$250.00 |
| MAY 14, 2021 | $5,733.73 |
| River Financial/(River) | -$500.00 |
| MAY 11, 2021 | $3,785.54 |