# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00585-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Mario Costanzo, | |
| Defendant. | |

Following a hearing on Modification of the Conditions or Term of Supervision held on June 21, 2021,

IT IS ORDERED imposing the following additional term of Supervised Release:

You shall not maintain more than two currency wallets, one being an Edge Wallet and the other a Mycelium wallet. You may, however, in addition to these wallets, have one hard drive backup. You shall not obtain or open any virtual currency wallets/accounts without the prior approval of the probation officer. All virtual currency transactions, along with any virtual currency wallet extended public keys, XPUB, shall be disclosed to the probation officer upon request. You shall be limited to only using and possessing open public Blockchain virtual currencies and be restricted from using privacy-based Blockchain virtual currencies unless prior approval is obtained from the probation officer.

Dated this 21st day of June, 2021.

G. Murray Snow
Chief United States District Judge