# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Thomas Mario Costanzo,<br><br>               Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐       any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒       any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

      10.     You must complete 50 hours of community service at the rate of not less than 10 hours per month as approved and directed by the probation officer, to be completed by May 1, 2022.

_____   TMC @11/4/2021
Thomas Mario Costanzo              Date
Defendant

_____   11/4/2021
Fausto Jimenez                     Date
U.S. Probation Officer

ORDER OF COURT

Considered and ordered this  29th  day of  November , 2021  and ordered filed and made a part of the records in the above case.

_____
The Honorable G. Murray Snow
Chief U.S. District Judge