JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JANE L. McCLELLAN, State Bar #015902
Asst. Federal Public Defender
Attorney for Defendant
jane_mcclellan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas Mario Costanzo,<br><br>　　　　　Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

　　　　Pursuant to Local Rule of Civil Procedure 83.3(b)(4), Assistant Federal Public Defender Jane L. McClellan, District of Arizona, hereby gives notice that she is substituted as counsel of record for defendant, terminating Maria Weidner, Assistant Federal Public Defender, for all further proceedings in this case.

　　　　It is not expected that excludable delay under 18 U.S.C. § 3161(h) will result from this motion or from an order based thereon.

　　　　Respectfully submitted:　November 29, 2021.

　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　*s/Jane L. McClellan*
　　　　　　　　　　　　　　　　JANE L. McCLELLAN
　　　　　　　　　　　　　　　　Asst. Federal Public Defender