JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JANE L. McCLELLAN, State Bar #015902
Asst. Federal Public Defender
Attorney for Defendant
jane_mcclellan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Mario Costanzo,<br><br>Defendant. | No. CR-17-00585-001-PHX-GMS<br><br>**UNOPPOSED<br>MOTION FOR EARLY<br>TERMINATION OF SUPERVISED<br>RELEASE** |

Defendant Thomas Mario Costanzo, through undersigned counsel, hereby moves for early termination of his supervised release, pursuant to 18 U.S.C. § 3583(e)(1).  Mr. Costanzo was convicted of five counts of Money Laundering after a guilty verdict on March 28, 2018, in violation of 18 U.S.C. § 1956(a)(3)(B). Mr. Costanzo was sentenced to 41 months of imprisonment on each count to run concurrently (as amended on February 22, 2021), followed by three years of supervised release. He was ordered to pay a special assessment of $500.00. His term of supervised release began on March 19, 2020. He has been on supervision for approximately 29 months.

I.   **Applicable Law and Judicial Policy**

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate supervised release after one year of supervision. Pursuant to the Guide to Judiciary Policy, the

Court may terminate a term of supervised release in felony cases after the expiration of one year of supervision, "if the court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice." *Guide to Judiciary Policy*, Vol. 8E, Ch. 3, § 360.20(a)(2). After 18 months of supervision, "there is a presumption in favor of recommending early termination for persons who meet the following criteria:

    1.    The person does not meet the criteria of a career offender or career criminal . . . or has not committed a sex offense or engaged in terrorism;

    2.    The person presents no identified risk of harm to the public or victims;

    3.    The person is free from any court-reported violations over a 12-month period;

    4.    The person demonstrates the ability to lawfully self-manage beyond the period of supervision;

    5.    The person is in substantial compliance with all conditions of supervision; and

    6.    The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision." *Id.* at § 360.20(c). "After 18 months, higher risk persons under supervision who have demonstrated a reduction in risk . . . and who are in substantial compliance with the factors set forth above shall be considered for early termination." *Id.* at § 360.20(d).

## II.    Early Termination is Appropriate for Mr. Costanzo

Mr. Costanzo meets the above criteria for early termination of supervised release. He has been on supervised release for approximately 29 months. He is well past the 18-month period for "higher risk" persons who can still be considered for

early termination if they have demonstrated a reduction in risk and are in substantial compliance. In all respects, he appears appropriate for early termination.

According to Mr. Costanzo's supervising probation officer, he has been in substantial compliance with the terms of his supervision. He has remained employed, and he has a stable residence. Mr. Costanzo has paid his special assessment of $500. He was evaluated for substance abuse treatment and found to not be in need of any treatment. There were some concerns about his trade in cryptocurrency, and those concerns were addressed by modifications of his supervised release. After a self-reported incident (not related to cryptocurrency), he was ordered to complete 50 hours of community service on November 29, 2021, which he has completed.

Defense counsel has contacted the supervising probation officer, Fausto Jimenez, and he has no objection to the request for early termination of supervised release. Defense counsel has also contacted Gary Restaino, United States Attorney, and he has no objection to this motion.

### III. Conclusion

For all of these reasons, further supervision of Mr. Costanzo is not necessary and would be a waste of resources. Defendant respectfully requests that this Court terminate his term of supervised release.

Respectfully submitted:   August 10, 2022.

JON M. SANDS
Federal Public Defender

*s/Jane L. McClellan*
JANE L. McCLELLAN
Asst. Federal Public Defender