IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-00585-001-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Thomas Mario Costanzo, | |
| Defendant. | |

    Upon motion of the defendant, with no objection from the Government, and good cause appearing,

    IT IS ORDERED granting Defendant's Motion for Early Termination of Supervised Release (Doc. \_\_\_), for the reasons stated in Defendant's motion.

    IT IS HEREBY ORDERED terminating supervised release in this case.

    Dated this _____ day of _____, 2022.