GARY M. RESTAINO
United States Attorney
District of Arizona
RAYMOND K. WOO
Assistant U.S. Attorney
Arizona State Bar No. 023050
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.woo@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR- 17-00585-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Thomas Mario Costanzo, | |
| Defendants. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Raymond K. Woo is substituted in place of United States Attorney Gary M. Restaino as attorney for the United States.

Respectfully submitted this 30th day of August 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Raymond K. Woo*
RAYMOND K. WOO
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on 30th day of August, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

  _s/Daniel Parke_
U.S. Attorney's Office